**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| INDEPENDENT PET PARTNERS | ) |
| HOLDINGS, LLC, *et al.*,[1] | ) Case No. 23-10153 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Bid Procedures Objection Deadline:** |
| | ) **February 17, 2023 at 4:00 p.m. (ET)** |
| | ) |
| | ) **Bid Procedures Hearing:** |
| | ) **February 21, 2023 at 9:00 a.m. (ET)** |
| | ) |
| | ) **Ref. Docket Nos. 40, 58 & 63** |

**NOTICE OF HEARING REGARDING THE DEBTORS' SALE MOTION SOLELY
WITH RESPECT TO BID PROCEDURES AND CERTAIN RELATED RELIEF**

    **PLEASE TAKE NOTICE** that, on February 6, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the attached *Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief; and (II)(A) Approving Sale of Substantially All of Debtors' Assets Free and Clear of All Liens, Claims, Interests And Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief* [Docket No. 40] (the "Sale Motion").

    **PLEASE TAKE FURTHER NOTICE** that, on February 7, 2023, Debtors filed the *Debtors' Motion for Entry of an Order Shortening the Notice Period for Consideration of the Debtors Sale Motion Solely with Respect to Bid Procedures and Certain Related Relief* [Docket No. 58] (the "Motion to Shorten"), requesting that the United States Bankruptcy Court for the District of Delaware (the "Court") consider shortening the time for notice of the hearing to consider approval of the Sale Motion, solely as it pertains to approval of the Bidding Procedures, the Assumption and Assignment Procedures, and the Expense Reimbursement (collectively, the "Bidding Procedures") which the Court granted by order dated February 8, 2023 [Docket No. 63] (the "Order Shortening Notice").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Independent Pet Partners Holdings, LLC (5913), Independent Pet Partners Intermediate Holdings I, LLC (4827), Independent Pet Partners Intermediate Holdings II, LLC (7550), Independent Pet Partners Employer Holdings, LLC (6785), Independent Pet Partners Employer, LLC (7531), Independent Pet Partners Intermediate Holdings, LLC (8793), IPP - Stores, LLC (6147), IPP Stores Employer, LLC (0847), Especially For Pets, LLC (6801), Pet Life, LLC (3420), Whole Pet Central, LLC (7833), Natural Pawz, LLC (5615), and Pet Source, LLC (1905). The corporate headquarters and the mailing address for the Debtors is 8450 City Centre Dr., Woodbury, MN 55125.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Order Shortening Notice, the hearing to consider the Bidding Procedures relief requested by the Sale Motion will be held on **February 21, 2023 at 9:00 a.m. (ET)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.  Objections to the relief requested in the Motion, if any, must filed and served on the undersigned proposed counsel to the Debtors so as to be received on or before **February 17, 2023 at 4:00 p.m. (ET)**. (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THEN THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION AS TO THE BIDDING PROCEDURES WITHOUT FURTHER NOTICE OR A HEARING.**

[*Remainder of Page Intentionally Left Blank*]

Dated: February 8, 2023
Wilmington, Delaware

Respectfully submitted,

/s/ *S. Alexander Faris*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Andrew L. Magaziner (No. 5426)
S. Alexander Faris (No. 6278)
Kristin L. McElroy (No. 6871)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile:  (302) 571-1253
Email:  amagaziner@ycst.com
    afaris@ycst.com
    kmcelroy@ycst.com

- and -

**MCDONALD HOPKINS LLC**
David A. Agay
Marc Carmel
Joshua Gadharf
Maria G. Carr
Ashley Jericho
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Telephone: (312) 280-0111
Facsimile:  (312) 280-8232
Email: dagay@mcdonaldhopkins.com
    mcarmel@mcdonaldhopkins.com
    jgadharf@mcdonaldhopkins.com
    mcarr@mcdonaldhopkins.com
    ajericho@mcdonaldhopkins.com

*Proposed Counsel to the Debtors and Debtors in Possession*