## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | CASE NO. 23-10153 |
| | § | |
| INDEPENDENT PET PARTNERS | § | |
| HOLDINGS, LLC | § | |
| | § | CHAPTER 11 |
| | § | |
| DEBTORS | § | |

### TRAVIS COUNTY'S NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICE AND OTHER DOCUMENTS

Notice is hereby given that Jason A. Starks, Assistant Travis County Attorney, will appear as counsel for Travis County in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

Respectfully submitted,

**DELIA GARZA**
Travis County Attorney
P.O. Box 1748
Austin, TX  78767
(512) 854-9092 Telephone
(512) 854-9316 Telecopier

By:     _/s/ Jason A. Starks_
**JASON A. STARKS**
Assistant County Attorney
Texas Bar No. 24046903
Jason.Starks@traviscountytx.gov

## CERTIFICATE OF SERVICE

I, Jason A. Starks, Assistant County Attorney, hereby certify that a true and correct copy of **Travis County's Notice of Appearance and Request for Service of Notice and Other Documents** has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this **9th** day of **February, 2023** and mailed by United States First Class Mail to any party listed below that is not registered.

*/s/ Jason A. Starks*

JASON A. STARKS

**DEBTOR**
Independent Pet Partners Holdings, LLC
8450 City Centre Drive
Woodbury, MN 55125

**DEBTOR'S ATTORNEY**
David Andrew Agay
McDONALD HOPKINS, LLC
300 N. LaSalle Street, Ste. 1400
Chicago, IL 60654
(served electronically)

**TRUSTEE**
U.S. Trustee
J. Caleb Boggs Federal Bldg.
844 King St., Ste. 2207
Wilmington, DE 19801
(served electronically)

1107054-1