**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| INDEPENDENT PET PARTNERS | ) Case No. 23-10153 (LSS) |
| HOLDINGS, LLC., *et al.*, | ) |
|  | ) (Jointly Administered) |
| Debtors. [1] | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Saul Ewing LLP ("**Saul Ewing**") hereby submits this

Notice of Appearance and Request for Service and, pursuant to 11 U.S.C. § 1109(b) and Rules

2002, 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), appears

herein as counsel for the following:

> Ashburn Station LLC
> Uptown Station LLC
> Savage Station LLC
> Shakopee Station LLC
> Waterford Park Station LLC
> Phillips Edison & Company

(collectively, the "**Creditors**"). Saul Ewing also requests that all notices given or required to be

given and all papers served in this case, be delivered to and served upon the counsel identified

below at the following addresses. In addition, it is respectfully requested that pursuant to Rule

2002(g) of the Bankruptcy Rules, the following also be added to the Court's Mailing Matrix:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Independent Pet Partners Holdings, LLC (5913), Independent Pet Partners Intermediate Holdings I, LLC (4827), Independent Pet Partners Intermediate Holdings II, LLC (7550), Independent Pet Partners Employer Holdings, LLC (6785), Independent Pet Partners Employer, LLC (7531), Independent Pet Partners Intermediate Holdings, LLC (8793), IPP - Stores, LLC (6147), IPP Stores Employer, LLC (0847), Especially For Pets, LLC (6801), Pet Life, LLC (3420), Whole Pet Central, LLC (7833), Natural Pawz, LLC (5615), and Pet Source, LLC (1905). The corporate headquarters and the mailing address for the Debtors is 8450 City Centre Dr., Woodbury, MN 55125.

**SAUL EWING LLP**
Monique B. DiSabatino, Esquire
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6806
Email: monique.disabatino@saul.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Bankruptcy Rules, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that if any limited service lists are used in this proceeding, the undersigned requests inclusion thereon.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not constitute a submission by the Creditors to the jurisdiction of the Bankruptcy Court. This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive the Creditors' substantive or procedural rights, including: (i) the right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) the right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the United States District Court for this district in any matter subject to mandatory or discretionary withdrawal or the right to seek abstention in favor of any state court; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Creditors are or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. Nor shall this request for notice be deemed to constitute consent to electronic service of

- 2 -

any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated:  February 9, 2023

SAUL EWING LLP

*/s/ Monique B. DiSabatino*

Monique B. DiSabatino
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6806
Facsimile: (302) 421-5881
Email: monique.disabatino@saul.com

*Attorneys for Ashburn Station LLC, Uptown Station LLC, Savage Station LLC, Shakopee Station LLC, Waterford Park Station LLC and Phillips Edison & Company*

41139350.1 02/09/2023