**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| INDEPENDENT PET PARTNERS | ) |
| HOLDINGS, LLC, *et al.,*[1] | ) Case No. 23-10153 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY**
**AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND**
**LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Independent Pet Partners Holdings, LLC ("IPP") and its affiliated debtors and debtors-in-possession in the above-captioned chapter 11 cases hereby submit their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements") pursuant to section 521 of the Bankruptcy Code (as defined below) and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

On February 5, 2023 (the "Petition Date"), the Debtors commenced the above-captioned chapter 11 cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered under case number 23-10153 (LSS). The Debtors are authorized to operate their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

The Schedules and Statements were prepared by the Debtors' management and are unaudited. While those members of management responsible for the preparation of the Schedules and Statements have made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation after reasonable inquiries, inadvertent errors or omissions may exist and/or the subsequent receipt of information may result in material changes in financial and other data contained in the Schedules

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Independent Pet Partners Holdings, LLC (5913), Independent Pet Partners Intermediate Holdings I, LLC (4827), Independent Pet Partners Intermediate Holdings II, LLC (7550), Independent Pet Partners Employer Holdings, LLC (6785), Independent Pet Partners Employer, LLC (7531), Independent Pet Partners Intermediate Holdings, LLC (8793), IPP - Stores, LLC (6147), IPP Stores Employer, LLC (0847), Especially For Pets, LLC (6801), Pet Life, LLC (3420), Whole Pet Central, LLC (7833), Natural Pawz, LLC (5615), and Pet Source, LLC (1905). The corporate headquarters and the mailing address for the Debtors is 8450 City Centre Dr., Woodbury, MN 55125.

and Statements.  Accordingly, the Debtors reserve their right to amend and/or supplement their Schedules and Statements from time to time as may be necessary or appropriate.

These *Global Notes and Statements of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (these "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.  In the event that the Schedules and Statements differ from these Global Notes, these Global Notes shall control.

**General Comments**

***Reservation of Rights.***  The Debtors reserve the right to dispute, or to assert setoff or other defenses to, any claim reflected in the Schedules and Statements as to amount, liability, and classification. The Debtors also reserve all rights with respect to the values, amounts, and characterizations of the assets and liabilities listed in the Schedules and Statements.

***Basis of Presentation.***  For financial reporting purposes, the Debtors historically have prepared consolidated financial statements at IPP.  The Debtors have not previously recorded financial performance on an entity-by-entity basis and therefore, do not have the ability to report financial results for each individual Debtor.  These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to reconcile to the financial statements previously distributed on an intermittent basis (to the extent applicable).  It should also be noted that the Debtors use a consolidated cash management system through which the Debtors pay substantially all liabilities and expenses.  The Schedules and Statements have been signed by Stephen Coulombe, Co-Chief Restructuring Officer of IPP.  In reviewing and signing the Schedules and Statements, Mr. Coulombe necessarily relied upon the efforts, statements and representations of the Debtors' accounting and non-accounting personnel who report to, or work with, Mr. Coulombe, either directly or indirectly.  Mr. Coulombe has not, and could not have, personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

***Date of Valuations.***  Except as otherwise noted in the Schedules and Statements, all liabilities, as well as cash on hand, bank accounts, inventory and vendor debit balances, are valued as of the Petition Date. All other assets are valued as of January 28, 2023 unless noted otherwise, the end of the Debtors' 2022 fiscal year.  All values are stated in United States currency.  The Debtors made a reasonable effort to allocate liabilities between the pre- and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the Debtors may modify the allocation of liabilities between the pre- and post-petition periods and amend the Schedules and Statements accordingly.

**Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtors in the Schedules and Statements and these Global Notes is provided as of the Petition Date or as close thereto as reasonably practicable under the circumstances.**

***Book Value.***  Except as otherwise noted, each asset and liability of each Debtor is shown on the basis of net book value of the asset or liability in accordance with such Debtor's accounting books and records.  Therefore, the Schedules and Statements are not based upon any estimate of the current market values of the Debtors' assets and liabilities, which may not correspond to book values.  It would be cost prohibitive and unduly burdensome to obtain current market valuations of the Debtors' property interests.  Except as otherwise noted, the Debtors' assets are presented, in detail, as they appear on the Debtors' accounting sub-ledgers. As such, the detail may include error corrections and value adjustments (shown as negative values or multiple line items for an individual asset).  The Debtors believe that certain of their assets, including intangible assets, may have been significantly impaired by, among other things, the events leading to, and the commencement of, the Debtors' chapter 11 cases.  The Debtors have not yet formally evaluated the appropriateness of the carrying values ascribed to their assets prior to the Petition Date.

***Re-characterizatio**n*.  Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to re-characterize, reclassify, re-categorize, re-designate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

***Property and Equipment.***  Owned property and equipment are recorded at cost and are shown net of depreciation.  Depreciation is recorded using the straight-line method over the estimated useful lives of the assets, which range from either (i) three to fifteen years or (ii) the remaining lease life with respect to each store location where the assets are placed in service, whichever is less.

***Causes of Action.***  The Debtors have made their best efforts to set forth known causes of action against third parties as assets in their Schedules and Statements.  The Debtors reserve all of their rights with respect to causes of action they may have, whether disclosed or not disclosed, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

***Materialman's/Mechanic's Liens***.  The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

***Litigation.***  Certain litigation actions (collectively, the "Litigation Actions") reflected as claims against a particular Debtor may relate to any of the other Debtors.  The Debtors made reasonable efforts to accurately record the Litigation Actions in the Schedules and Statements of the Debtor that is the party to the Litigation Action.  The inclusion of any Litigation Action in the Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any Litigation Action or the amount of any potential claim that may result from any claims with respect to any Litigation Action, or the amount and treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.

30168133.2

***Application of Vendor Credits.***  In the ordinary course of their businesses, the Debtors apply credits against amounts otherwise due to vendors (the "Vendor Credits").  The Vendor Credits arise because, among other matters, (i) materials delivered may be damaged or unusable and, (ii) vendor provided volume rebates or promotional discounts.  Certain of the Vendor Credits are subject to change.  Vendor claims are listed at the amounts entered on the Debtors' books and records, which may or may not reflect credits or allowances due from such creditors to the Debtors.  The Debtors reserve all of their rights with respect to such credits and allowances.

***Claims.***  IPP's Schedule lists creditors and sets forth the Debtors' estimate of the claims of creditors as of the Petition Date.  The claim amounts reflected on the Schedules may include the Debtors' estimates for vendor charges not yet invoiced.  By estimating certain invoices, the Debtors are not representing that they have sought to identify and estimate all un-invoiced vendor charges.

The Debtors intentionally have not included "non-cash" accruals, i.e. accruals to recognize expense or liability over multiple periods where no specific obligation to perform is established, such as accruals to equalize lease payments, in the Schedules and Statements.

Pursuant to various "first day" orders entered by the Court (the "First Day Orders"), the Debtors and their estates are authorized to pay certain pre-petition claims, including, without limitation, certain claims relating to employee wages and benefits, claims for taxes and fees, claims of vendors, claims related to customer programs, and claims related to insurance programs.  Accordingly, the claims listed on the Schedules reflect the current amount of such claims as of the Petition Date, net of (i) any payments made pursuant to authority granted by a First Day Order or (ii) Vendor Credits.

Any failure to designate a claim listed on a Debtor's Schedule as "disputed," "contingent," "or "unliquidated" does not constitute an admission by the Debtors that the claim is not "disputed," "contingent," or "unliquidated."  The Debtors and their estates reserve all rights to dispute, and to assert any offsets or defenses to, any claim reflected on the applicable Schedule on any grounds, including, without limitation, amount, liability, validity, priority, or classification, and to subsequently designate any claim as "disputed," "contingent," or "unliquidated."

The claims listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

The Debtors have excluded potential rejection damage claims of counterparties to executory contracts and unexpired nonresidential real property leases that may or may not be rejected, to the extent such damage claims exist.

***Employee Claims.***  The Bankruptcy Court entered a final order granting authority, but not requiring, the Debtors to pay prepetition employee wages, salaries, benefits and other related obligations.  With the exception of any prepetition severance and certain unused vacation obligations, as applicable, the Debtors currently expect that most prepetition employee claims for wages, salaries, benefits and other related obligations either have been paid or will be paid in the

ordinary course of business and, therefore, the Schedules and Statements do not include such claims.

***Reporting Policies***.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent that there are unknown or undetermined amounts, the actual total may be different than the listed total.

## Schedules of Assets and Liabilities

### Schedule A/B – Real and Personal Property

Item 1a.  The Debtors do not own any real property.  In response to this question, the Debtors have listed all leasehold interests for nonresidential real property leases as of the Petition Date which, in part, reflects leases for which the Debtors had surrendered underlying premises prior to the commencement of these chapter 11 cases.  The Debtors' leasehold improvements are listed in response to Item 41.

Items 2 and 3 – Cash on Hand and Checking, Savings, Money Market, or Financial Brokerage Accounts.  The numbers listed in Items 2 and 3 are based on the Debtors' books and records and reflect the balance sheet representation of the amounts held in the Debtors' bank accounts as of February 5, 2023.  While certain bank accounts may be duplicated across the Schedules for each of the Debtors, the value of the cash held in each bank account is listed in the Schedules for IPP.

Item 7.  The Bankruptcy Court authorized the establishment of an adequate assurance account for payment of postpetition utility services, if needed.  Such deposit is not listed in response to Item 7, which is prepared as of the Petition Date.

Additionally, the Debtors have made their best efforts to list separately all security deposits in response to Item 7.  However, certain security deposits related to stores that the Debtors acquired in connection with certain transactions were recorded on the Debtors' books and records as an aggregated initial opening balance at the time of the acquisition, and cannot be broken out on a store-by-store basis.

Item 11 – Accounts Receivable.  The accounts receivable information listed on Schedule A/B include outstanding vendor credits, credit card float, and rebates.  The Debtors include vendor credits and rebates in accounts receivable until the vendors submit a revised invoice to the Debtors re-allocating the credit or invoice to past or future orders.  The Debtors have also included amounts that may be uncollectible.  The Debtors are unable to determine with complete certainty what amounts will actually be collected.

Item 21 - Finished Goods, Including Goods Held for Resale.  Inventory is shown as of the Petition Date and is shown based on the weighted average cost of inventory at each location.  Inventory balances are based on the Debtors POS system.

Item 55 – Owned or Leased Real Property.  Item 54 lists the Debtors' leasehold interests, as of the Petition Date, including those leases for which stores were unequivocally surrendered to landlords after the Petition Date.

Items 59-65 – Intangibles and Intellectual Property.  Except where noted, the Debtors do not have official appraisals for items listed in Part 10.  Accordingly, the Debtors have not listed the value of such items because the values on the Debtors' books and records may not accurately reflect their value in the marketplace.

Items 74 and 75 – Causes of Action and Other Claims.  Potential preference actions and/or fraudulent transfer actions were not listed because the Debtors have not completed an analysis of such potential claims.  The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

## Schedule D – Creditors Holding Claims Secured by Property

Except as otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtor's Schedule D.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.

The claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, not all such dates are included.  All claims listed on Schedule D, however, were incurred before the Petition Date.

The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, real property lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D.  The Debtors have not included parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

In certain instances, a Debtor may be a guarantor with respect to scheduled claims of other Debtors. To the extent one Debtor is a guarantor with respect to the debts of another Debtor, such claims have been listed on the guarantor-Debtor's Schedule D for informational purposes.

## Schedule E/F – Creditors Holding Unsecured Claims

Certain of the claims owing to various taxing authorities to which the Debtors may be liable may be subject to ongoing audits. The Debtors reserve their right to dispute or challenge whether claims owing to various taxing authorities are entitled to priority and the listing of any claim on Schedule

E/F Part 1 does not constitute an admission that such claim is entitled to priority treatment pursuant to section 507 of the Bankruptcy Code.

In certain instances, a Debtor may be a guarantor with respect to scheduled claims of other Debtors. No claim set forth on the Schedule E/F of any Debtor is intended to acknowledge claims of creditors that are may be otherwise satisfied or discharged.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

As noted above, the Bankruptcy Court has authorized, but not directed, the Debtors to, among other matters, pay certain prepetition wages, salaries, employee benefits, and other obligations up to the statutory cap of $15,150. To the extent that any employees have been paid or will be paid in accordance with the Bankruptcy Court's order, they have not been listed.

The Debtors used reasonable efforts to assign address information to potential claimants identified in Schedule F. However, where unknown, this address information has not been provided. The Debtors will continue to use reasonable efforts to locate contact information for these parties.

Item 4 – Others to Be Notified. The Debtors have listed their known creditors in Schedule E/F. To the extent attorneys have entered appearances on behalf of such creditors, those appearances are noted on the docket of the Debtors' chapter 11 cases and are not separately listed in Item 4.

**Schedule G – Executory Contracts and Unexpired Leases**

The businesses of the Debtors are complex and, while every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or an unexpired lease.

The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements that may not be listed therein. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Additionally, the Debtors may be parties to various other agreements concerning real property, such as easements, rights of way, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements. Such agreements, if any, are not set forth in Schedule G. Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings.

The Debtors have not identified the term date for contracts, agreements, or leases listed on Schedule G. Given the limited resources at the Debtors' disposal when preparing the Schedules and Statements, the Debtors determined that completing this field would not be cost efficient or useful to parties reviewing the Schedules and Statements.

Purchase orders outstanding as of the Petition Date are not listed in Schedule G.

**Schedule H – Co-Debtors**

For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because all such claims are contingent, disputed, or unliquidated, such claims have not been set forth individually on Schedule H.

**Statements of Financial Affairs**

Question 1 – Gross Revenue from Business. As is customary in the retail industry, sales are reflected net of returns and allowances, coupons, discounts, shipping and handling, and sales tax.

Question 3 – Payments to Creditors Within 90 Days of Petition Date. The Debtors have listed all payments made to creditors in the 90 days prior to the Petition Date on an individual payment basis, and have not aggregated payments by unique creditor. The data is presented in alphabetical order by vendor name.

Question 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement Question 4), employees, and bankruptcy professionals (which payments appear in response to Question 11 and include any retainers paid to bankruptcy professionals). All disbursements listed in response to Question 3 were made through the Debtors' cash management system.

Question 4 – Payments or other Transfers of Property Made Within One Year Before Filing That Benefitted any Insider. Solely for purposes of these Schedules and Statements, the Debtors define "insiders' to include the following: (a) managing members; (b) senior level officers; (c) significant equity holders and/or their affiliates; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors). Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

The Debtors have listed the corporate headquarters' address, in effect as of the Petition Date, for each of the Debtors' officers.

30168133.2

8

The listing of a party as an Insider in the Schedules and Statements, however, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

<u>Question 7 – Legal Actions, Administrative Proceedings, Court Actions, Executions, Attachments, or Governmental Audits</u>.  The Debtors have identified "Case Title", in some instances, by the applicable plaintiff's name.  The Debtors used reasonable efforts to identify all pending litigation and assign appropriate descriptions thereto.  In the event that the Debtors discover additional information pertaining to these legal actions identified in response to Question 7, the Debtors will use reasonable efforts to supplement the Statements in light thereof.

<u>Question 10 – Losses</u>.  The Debtors occasionally incurred losses for a variety of reasons, including theft and property damage.  The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' business or are not reported for insurance purposes.  Accordingly, in this context, the Debtors have not listed such losses.

<u>Question 11 – Payments Related to Bankruptcy</u>.  The Debtors use a centralized cash management system whereby all disbursements are made by IPP.  As a result, payments related to bankruptcy are reflected on the Statements of IPP only, but were made on behalf of all of the Debtors.

<u>Question 14 – Previous Addresses</u>.  Due to the voluminous nature of the Debtors' store base and the undue burden involved in identifying and documenting all changes to store addresses over the last three years, the Debtors have not included store addresses in IPP's statement.

<u>Question 26 – Books, Records and Financial Statements</u>.

> <u>Question 26b</u>: Deloitte provided audit services to the Debtors through the fiscal year 2021 audit and is planned to perform the Debtors fiscal year 2022 audit.

> <u>Question 26d</u>: From time to time, the Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons.  Recipients have included financial institutions, investment banks, vendors, debtholders, and their legal and financial advisors.  Due to the confidentiality requirements of the non-disclosure agreements, such parties are not listed in response to this question.

<u>Question 28</u>: The Debtors have listed their majority equity holder in response to Question 28.  Other equity holders have only nominal equity interests in IPP.  Further, the Debtors maintain a program through which certain employees and other service providers are awarded, subject to various vesting terms, profit-based equity interests in Debtor Independent Pet Partners Holdings, LLC in exchange for services provided (or anticipated to be provided) to or for the benefit of the Debtors. Holders of such profit-based equity interests have not been listed in response to Question 28.

<u>Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders</u>.  The Debtors have included a response to Question 30 in Statement Question 4.

| Debtor Name | **Independent Pet Partners Holdings, LLC** |
|---|---|
| **United States Bankruptcy Court for the District of Delaware** | |
| Case number (if known): | **23-10153** |

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**    Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property*    (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*...........................................................................

$12,465,392.09

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.........................................................................

$92,370,697.56

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*...........................................................................

$104,836,089.65

---

**Part 2:**    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D..........................

$111,442,419.28

3.  *Schedule E/F: Creditors Who Have Unsecured Claims*    (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*.............................................

$0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................

**+**    $8,308,883.49

4.  **Total liabilities** ...................................................................................................
Lines 2 + 3a + 3b

$119,751,302.77

| Debtor Name | **Independent Pet Partners Holdings, LLC** |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **23-10153** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on  *Schedule G: Executory Contracts and Unexpired Leases*    (Official Form 206G).

Be complete and accurate as possible.  If more space is needed, attach a separate spreadsheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1.    **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

|  **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2.    **Cash on hand** | $222,904.19 |
| | See Attached Exhibit AB2 |

3.    **Checking, savings, money market, or financial brokerage accounts**

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1    See attached Exhibit AB3 | | | $251,529.20 |
| | | | Bank Balance as of Petition Date |

4.    **Other cash equivalents**

| 5.    **Total of Part 1** | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$474,433.39** |

| Part 2: | Deposits and prepayments |
|---|---|

6.    **Does the debtor have any deposits or prepayments?**

Debtor  Independent Pet Partners Holdings, LLC                    Case Number (if known) 23-10153

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** Description, including name of holder of deposit | |
| 7.1 | See Attached Exhibit AB 7 | $1,055,702.29 |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** Description, including name of holder of prepayment | |
| 8.1 | See Attached Exhibit AB8 | $314,666.41 |
| 9. | **Total of Part 2** Add lines 7 through 8.  Copy the total to line 81. | **$1,370,368.70** |

---

**Part 3:**　　**Accounts Receivable**

---

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|
| 11. | **Accounts receivable** | | | |
| 11a. | 90 days old or less: | $4,626,930.35 - | 0.00 = | $4,626,930.35 |
| | | face amount | doubtful or uncollectible accounts | |
| 11b. | Over 90 days old: | $198,253.17 - | 0.00 = | $198,253.17 |
| | | face amount | doubtful or uncollectible accounts | |
| 12. | **Total of Part 3** Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | | **$4,825,183.52** |

---

**Part 4:**　　**Investments**

---

13. **Does the debtor own any investments?**

Debtor  Independent Pet Partners Holdings, LLC                              Case Number (if known) 23-10153

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds of publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                              % of ownership: | | |
| 15.1 | Independent Pet Partners Intermediate Holdings I, LLC        100%   | Net Book Value | Undetermined |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 17. | **Total of Part 4**<br>Add lines 14 through 16. Copy the total to line 83. | | |

## Part 5:    Inventory, excluding agricultural assets

18. **Does the debtor own any inventory (excluding agricultual assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw Materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |

Debtor  Independent Pet Partners Holdings, LLC                    Case Number (if known) 23-10153

| 21.1 | Finished Goods - Perishable | Weekly Cycle Counts | $10,578,169.75 | Weighted Avg Cost | $10,578,169.75 |
| 21.2 | Finished Goods - Non-Perishable | Weekly Cycle Counts | $4,293,291.18 | Weighted Avg Cost | $4,293,291.18 |

**22.  Other inventory or supplies**

**23.  Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.                                    **$14,871,460.93**

**24.  Is any of the property listed in Part 5 perishable?**

☐ No.
☑ Yes.

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.
☑ Yes.     Book Value $ Undetermined        Valuation Method Cost, less Depreciation     Current Value $ Undetermined

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

**28.  Crops - either planted of harvested**

Debtor  Independent Pet Partners Holdings, LLC                    Case Number (if known) 23-10153

29. **Farm animals**
    Examples: Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment**
    (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No.
    ☐ Yes.

    **Is any of the debtor's property stored at the cooperative?**

    ☐ No.
    ☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No.
    ☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

Debtor  Independent Pet Partners Holdings, LLC                    Case Number (if known) 23-10153

☐ No.
☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1    See Attached Exhibit AB39 | $2,273,150.24 | Cost less Depreciation | $2,273,150.24 |
| 40. **Office fixtures** | | | |
| 40.1    See Attached Exhibit AB40 | $1,452,954.42 | Cost less Depreciation | $1,452,954.42 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1    See Attached Exhibit AB41 | $1,007,737.97 | Cost less Depreciation | $1,007,737.97 |

42. **Collectibles**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                              **$4,733,842.63**

Debtor  Independent Pet Partners Holdings, LLC                    Case Number (if known) 23-10153

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

☑ Yes.

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles** | | | |
| 47.1   2018 Dodge Grand Caravan | $1,320.28 | Cost, Less depreciation | $1,320.28 |
| 47.2   2007 Dodge Journey | $1,227.15 | Cost, Less depreciation | $1,227.15 |

48.  **Watercraft, trailers, motors, and related accessories**
     Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Debtor  Independent Pet Partners Holdings, LLC                    Case Number (if known) 23-10153

51. **Total of Part 8.**                                                                    **$2,547.43**
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No.
    ☑ Yes.

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No.
    ☐ Yes.

---

**Part 9:**    **Real property**

---

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   See attached Exhibit AB55 | Leasehold Improvements | $12,465,392.09 | Cost, less depreciation | $12,465,392.09 |

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.2   See attached Exhibit AB55 | Leases | Undetermined | Net Book Value | Undetermined |

56. **Total of Part 9.**                                                                    **$12,465,392.09**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

---

Debtor  Independent Pet Partners Holdings, LLC                    Case Number (if known) 23-10153

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.
☑ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, or trade secrets** | | | |
| 60.1   See attached Exhibit AB60 | | | Undetermined |
| 61.  **Internet domain names and websites** | | | |
| 61.1   See Attached Exhibit AB61 | | | $0.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 63.1   Customer List of loyalty program | Undetermined | N/A | Undetermined |
| 64.  **Other intangibles, or intellectual property** | | | |
| 64.1   Trade Name | $25,800,000.00 | Initial valuation less impairment | $25,800,000.00 |

Debtor  Independent Pet Partners Holdings, LLC                    Case Number (if known) 23-10153

65.  **Goodwill**

| | | | | |
|---|---|---|---|---|
| 65.1 | 160020 - Goodwill - Kriser's | $10,215,864.96 | Initial Value less amortization and impairment | $10,215,864.96 |
| 65.2 | 160030 - Goodwill - Bark | $945,346.16 | Initial Value less amortization and impairment | $945,346.16 |
| 65.3 | 160040 - Goodwill - Especially for Pets | $0.00 | Initial Value less amortization and impairment | $0.00 |
| 65.4 | 160050 - Goodwill - Pet Life | $0.00 | Initial Value less amortization and impairment | $0.00 |
| 65.5 | 160070 - Goodwill - Natural Pawz | $0.00 | Initial Value less amortization and impairment | $0.00 |
| 65.6 | 160080 - Goodwill - Pet Source | $0.00 | Initial Value less amortization and impairment | $0.00 |
| 65.7 | 160090 - Goodwill - Dogma | $0.00 | Initial Value less amortization and impairment | $0.00 |
| 65.8 | 160100 - Goodwill - Chuck and Dons | $29,131,649.84 | Initial Value less amortization and impairment | $29,131,649.84 |
| 65.9 | 160110 - Goodwill - Whole Pet Central | $0.00 | Initial Value less amortization and impairment | $0.00 |
| 65.10 | 160140 - Goodwill - Bentley's | $0.00 | Initial Value less amortization and impairment | $0.00 |

66.  **Total of Part 10.**
     Add lines 60 through 65.  Copy the total to line 89.                                **$66,092,860.96**

67.  **Do your lists or records include personally identifiable information of customers?**

☑ No.
☐ Yes.

Debtor  Independent Pet Partners Holdings, LLC                    Case Number (if known) 23-10153

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No.
☐ Yes.

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No.
☑ Yes.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

**Current value of
debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

_____ - _____ = _____

Total face amount        Doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

   73.1    See attached Exhibit AB73                                                                            Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has
    been filed)**

    **Nature of claim**

    **Amount Requested**

Debtor  Independent Pet Partners Holdings, LLC                    Case Number (if known) 23-10153

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   **Nature of claim**

   **Amount Requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**
   Examples: Season tickets, country club membership

78. **Total of Part 11.**
   Add lines 71 through 77.  Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No.
   ☐ Yes.

Debtor  Independent Pet Partners Holdings, LLC                    Case Number (if known) 23-10153

**Part 12:**     **Summary**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $474,433.39 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,370,368.70 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $4,825,183.52 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $14,871,460.93 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,733,842.63 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,547.43 | |
| 88. | **Real Property.** *Copy line 56, Part 9.* | | $12,465,392.09 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $66,092,860.96 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | | |
| 91. | **Total.** Add lines 80 through 90 for each column. 91a. | $92,370,697.56 | **+** 91b. $12,465,392.09 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92................................................................................. | | $104,836,089.65 |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 1, QUESTION 2

## CASH ON HAND

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 2.  Cash on hand.**

| Location | Current Value of Debtor's Interest |
|---|---|
| 20th Street-338178 | $1,605.67 |
| 50th & France-338240 | $807.09 |
| Acton-338109 | $1,847.55 |
| Andersonville-338127 | $1,217.83 |
| Annapolis-338108 | $1,087.68 |
| Apple Valley-338289 | $1,550.50 |
| Arlington/Clarendon-338131 | $497.45 |
| Arvada - Ralston Plaza-338273 | $1,286.65 |
| Arvada-338272 | $518.09 |
| Ashburn-338157 | $377.49 |
| Aurora-338274 | $1,619.49 |
| Austin Arboretum-338181 | $1,405.04 |
| Bedford-338155 | $1,112.85 |
| Belleview-338169 | $1,379.77 |
| Bethesda-338225 | $638.16 |
| Beverly-338229 | $2,256.88 |
| Blaine-338241 | $1,577.35 |
| Bloomington-338242 | $1,994.25 |
| Brea-338167 | $1,328.07 |
| Bridgeland-338185 | $1,229.24 |
| Bucktown-338122 | $851.08 |
| Buffalo-338176 | $860.26 |
| Cambridge-338228 | $757.03 |
| Canton-338110 | $2,134.54 |
| Castle Rock-338275 | $1,895.87 |
| Cathedral-338132 | $788.20 |
| Catonsville-338107 | $534.51 |
| Cedar Park-338186 | $492.26 |
| Champions-338177 | $934.54 |
| Chanhassen-338243 | $1,448.47 |
| Clarksville-338101 | $1,115.42 |
| Clybourn-338117 | $188.64 |
| Columbia-338159 | $1,285.94 |
| Concord-338209 | $433.39 |
| Congressional-338105 | $790.87 |
| Coon Rapids-338244 | $3,002.66 |
| Cottage Grove-338245 | $2,066.69 |
| Cypress-338188 | $399.75 |
| Dedham-338235 | $1,167.15 |
| Denver - Cherry Creek-338276 | $4,036.65 |
| Derby-338277 | $2,305.52 |
| Eagan-338246 | $2,020.60 |
| Eden Prairie-338247 | $2,024.00 |
| Edina-338248 | $1,779.29 |
| Elk River-338249 | $2,786.45 |

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 2.  Cash on hand.**

| Location | Current Value of Debtor's Interest |
|---|---|
| Erie-338278 | $1,286.47 |
| Fairfax-338129 | $735.14 |
| Firestone-338279 | $1,615.25 |
| Forest Lake-338250 | $4,334.14 |
| Fort Collins-338174 | $1,051.32 |
| Garden Oaks-338189 | $1,333.91 |
| Glen Ellyn-338136 | $729.03 |
| Greenwood Village-338280 | $2,490.40 |
| Herndon-338156 | $593.50 |
| Highlands Ranch (CD)-338281 | $520.42 |
| Highlands Ranch (KR)-338173 | $470.95 |
| Hudson-338251 | $2,413.18 |
| Irvine-338163 | $1,307.43 |
| Kent Place-338170 | $1,100.13 |
| Kentlands-338103 | $2,452.67 |
| Kildeer-338124 | $1,965.94 |
| Kingwood East-338226 | $613.27 |
| Kingwood-338191 | $682.39 |
| Laguna Niguel-338165 | $1,540.78 |
| Lakeville-338252 | $3,880.49 |
| Lakewood-338171 | $821.80 |
| Lee Harrison-338134 | $741.38 |
| Lewiston-338142 | $2,262.98 |
| Littleton (LC)-338211 | $1,425.79 |
| Littleton-338282 | $1,556.99 |
| LoDo-338175 | $1,039.06 |
| Longmont-338283 | $2,232.45 |
| Mahtomedi-338253 | $2,387.15 |
| Maple Grove-338254 | $2,912.97 |
| McHenry Row-338222 | $740.50 |
| Medway-338111 | $1,450.06 |
| Middleburg-338128 | $943.36 |
| Minneapolis - NorthEast-338256 | $1,393.78 |
| Minneapolis - Uptown-338255 | $2,463.32 |
| Minnetonka-338257 | $1,474.56 |
| Montrose-338224 | $921.01 |
| Mosaic-338219 | $1,517.03 |
| Naperville-338138 | $913.27 |
| Newport Beach-338162 | $1,142.01 |
| Newton-338233 | $1,705.06 |
| North Oaks-338258 | $1,678.34 |
| Northbrook-338126 | $875.32 |
| Northfield-338259 | $1,448.89 |
| Old Town-338227 | $73.31 |
| Olney-338102 | $1,797.87 |

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 2.  Cash on hand.**

| Location | Current Value of Debtor's Interest |
|---|---|
| Orland Park-338137 | $1,195.12 |
| Park Ridge-338120 | $2,174.10 |
| Pikesville-338104 | $1,476.75 |
| Pinecroft-338195 | $1,120.55 |
| Plymouth - Vicksburg-338261 | $1,457.09 |
| Plymouth East-338260 | $1,802.67 |
| Portland-338141 | $2,270.32 |
| Red Wing-338262 | $2,183.83 |
| River North-338217 | $1,474.62 |
| Riverstone-338215 | $718.15 |
| Rochester-338263 | $3,696.70 |
| Rockville-338158 | $1,916.69 |
| Roscoe Village-338214 | $1,126.48 |
| Rosemount-338264 | $1,299.23 |
| Roseville-338265 | $2,405.22 |
| Saco-338147 | $2,161.84 |
| Salem-338152 | $2,588.54 |
| Sanford-338148 | $3,375.26 |
| Savage-338266 | $2,012.96 |
| Scarborough-338144 | $913.52 |
| Shakopee-338267 | $2,216.20 |
| Shrewsbury-338113 | $1,511.17 |
| Silver Spring-338106 | $1,322.64 |
| South Barrington-338121 | $458.53 |
| South Bay-338216 | $1,901.20 |
| South End-338220 | $45.09 |
| South Lamar-338184 | $992.84 |
| South Portland-338143 | $3,681.76 |
| Springwoods-338198 | $1,218.42 |
| St. Paul - Highland Park-338268 | $1,738.62 |
| St. Paul - Lowertown-338288 | $1,088.35 |
| State St-338135 | $361.40 |
| Steiner Ranch-338199 | $255.16 |
| Sterling Ridge-338200 | $582.58 |
| Stone Oak-338180 | $1,057.99 |
| Stoneham-338149 | $2,536.78 |
| Stow-338213 | $205.48 |
| Stratham-338151 | $949.78 |
| Streeterville-338125 | $600.52 |
| Studio City-338160 | $1,029.10 |
| Sudbury-338114 | $1,628.13 |
| Sugarland-338201 | $573.87 |
| Tanglewood/Chimney Rock-338230 | $964.71 |
| Thornton-338284 | $1,752.70 |
| Topsham-338146 | $1,267.24 |

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 2.  Cash on hand.**

| Location | Current Value of Debtor's Interest |
|---|---|
| Tysons-338130 | $1,151.78 |
| Valencia-338161 | $625.33 |
| Venice-338166 | $1,241.29 |
| Vernon Hills-338123 | $613.88 |
| Vienna-338133 | $458.08 |
| Vintage Park-338203 | $859.61 |
| Washington Ave-338236 | $2,469.42 |
| Wayland-338115 | $769.17 |
| Wayzata-338269 | $1,242.85 |
| Wellesley-338231 | $1,887.06 |
| West Gray-338182 | $1,054.23 |
| West St Paul-338270 | $2,105.38 |
| West University-338204 | $570.11 |
| Westlake Village-338168 | $593.14 |
| Westminster (CD)-338285 | $1,104.82 |
| Westminster (KR)-338172 | $345.84 |
| Wichita East-338286 | $1,253.61 |
| Wichita West-338287 | $2,036.24 |
| Wilmette-338118 | $1,412.73 |
| Windham-338140 | $2,344.17 |
| Woodbury-338271 | $2,492.78 |
| Woodland Hughes-338179 | $490.82 |
| **Total** | **$222,904.19** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 1, QUESTION 3

## CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 3.  Checking, savings, money market, or financial brokerage accounts.**

| Ref. | Legal Entity | Bank Name | Account Type | Account Number | Current Value of Debtor's Interest * |
|---|---|---|---|---|---|
| 1 | Especially For Pets, LLC | Citizens Bank<br>1188 Centre St<br>Newton, MA 02459 | Deposit | *7209 | $31,751.74 |
| 2 | Pet Life, LLC | TD Bank<br>182 Main St<br>Waterville, ME 04901 | Deposit | *7011 | $29,704.88 |
| 3 | IPP-Stores, LLC | Bank of America<br>333 S Hope St, 24th Fl<br>Los Angeles, CA 90071 | Concentration | *2759 | $106,922.22 |
| 4 | IPP-Stores, LLC | Bank of America<br>333 S Hope St, 24th Fl<br>Los Angeles, CA 90071 | Clearing (zero based) | *9974 | $0.00 |
| 5 | IPP-Stores, LLC | Bank of America<br>Orland Park, IL | Deposit | *0412 | $0.00 |
| 6 | IPP-Stores, LLC | Bank of America<br>Fairfax, VA | Deposit | *9565 | $0.00 |
| 7 | IPP-Stores, LLC | Bank of America<br>Buffalo, TX | Deposit | *1877 | $0.00 |
| 8 | IPP-Stores, LLC | Bank of America<br>Austin Lamar, TX | Deposit | *3496 | $0.00 |
| 9 | Whole Pet Central, LLC | Bank of America<br>333 S Hope St, 24th Fl<br>Los Angeles, CA 90071 | Deposit | *2762 | $12,790.11 |
| 10 | Whole Pet Central, LLC | Bank of America<br>333 S Hope St, 24th Fl<br>Los Angeles, CA 90071 | Clearing (zero based) | *1938 | $0.00 |
| 11 | Natural Pawz, LLC | Bank of America<br>333 S Hope St, 24th Fl<br>Los Angeles, CA 90071 | Deposit | *2856 | $54,764.34 |
| 12 | Natural Pawz, LLC | Bank of America<br>333 S Hope St, 24th Fl<br>Los Angeles, CA 90071 | Clearing (zero based) | *2843 | $0.00 |
| 13 | Pet Source, LLC | Bank of America<br>333 S Hope St, 24th Fl<br>Los Angeles, CA 90071 | Deposit | *3091 | $14,694.43 |
| 14 | Pet Source, LLC | Bank of America<br>333 S Hope St, 24th Fl<br>Los Angeles, CA 90071 | Clearing (zero based) | *3088 | $0.00 |
| 15 | IPP-Stores, LLC | Wells Fargo<br>90 S 7th St, Fl 2<br>Minneapolis, MN 55402 | Concentration | *2771 | $0.00 |
| 16 | IPP-Stores, LLC | Wells Fargo - Payroll (ZBA) | ZBA Account for payroll | *8851 | $0.00 |
| 17 | IPP-Stores, LLC | Wells Fargo - Disbursement (ZBA) | ZBA Account for disbursement | *8844 | $0.00 |
| 18 | IPP-Stores, LLC | Wells Fargo - Utilities Deposits | Account for utilities deposits | *6381 | $0.00 |
| 19 | IPP-Stores, LLC | Wells Fargo - Professional Fees | Account for professional fees | *5805 | $0.00 |
| 20 | IPP-Stores, LLC | Wells Fargo - Eagan | Sub-Account | *2135 | $0.00 |
| 21 | IPP-Stores, LLC | Wells Fargo - Shakopee | Sub-Account | *2143 | $0.00 |
| 22 | IPP-Stores, LLC | Wells Fargo - Cottage Grove | Sub-Account | *2150 | $0.00 |
| 23 | IPP-Stores, LLC | Wells Fargo - Mahtomedi | Sub-Account | *2168 | $0.00 |
| 24 | IPP-Stores, LLC | Wells Fargo - Forest Lake | Sub-Account | *2176 | $0.00 |
| 25 | IPP-Stores, LLC | Wells Fargo - Elk River | Sub-Account | *2184 | $0.00 |
| 26 | IPP-Stores, LLC | Wells Fargo - Minneapolis - Calhoun | Sub-Account | *2192 | $0.00 |
| 27 | IPP-Stores, LLC | Wells Fargo - Northfield | Sub-Account | *2200 | $0.00 |
| 28 | IPP-Stores, LLC | Wells Fargo - Red Wing | Sub-Account | *2218 | $0.00 |
| 29 | IPP-Stores, LLC | Wells Fargo - Roseville | Sub-Account | *2226 | $0.00 |
| 30 | IPP-Stores, LLC | Wells Fargo - Lakeville | Sub-Account | *2234 | $0.00 |
| 31 | IPP-Stores, LLC | Wells Fargo - Bloomington | Sub-Account | *2242 | $0.00 |
| 32 | IPP-Stores, LLC | Wells Fargo - Plymouth - Vicksburg | Sub-Account | *2259 | $0.00 |
| 33 | IPP-Stores, LLC | Wells Fargo - Wayzata | Sub-Account | *2267 | $0.00 |

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 3.  Checking, savings, money market, or financial brokerage accounts.**

| Ref. | Legal Entity | Bank Name | Account Type | Account Number | Current Value of Debtor's Interest * |
|---|---|---|---|---|---|
| 34 | IPP-Stores, LLC | Wells Fargo - St. Paul - Highland Park | Sub-Account | *2309 | $0.00 |
| 35 | IPP-Stores, LLC | Wells Fargo - Blaine | Sub-Account | *2317 | $0.00 |
| 36 | IPP-Stores, LLC | Wells Fargo - Minneapolis - Northeast | Sub-Account | *2283 | $0.00 |
| 37 | IPP-Stores, LLC | Wells Fargo - Savage | Sub-Account | *2069 | $0.00 |
| 38 | IPP-Stores, LLC | Wells Fargo - Edina | Sub-Account | *2051 | $0.00 |
| 39 | IPP-Stores, LLC | Wells Fargo - Maple Grove | Sub-Account | *2077 | $0.00 |
| 40 | IPP-Stores, LLC | Wells Fargo - Hudson | Sub-Account | *2085 | $0.00 |
| 41 | IPP-Stores, LLC | Wells Fargo - Coon Rapids | Sub-Account | *2044 | $0.00 |
| 42 | IPP-Stores, LLC | Wells Fargo - Minnetonka | Sub-Account | *1889 | $0.00 |
| 43 | IPP-Stores, LLC | Wells Fargo - Rosemount | Sub-Account | *2036 | $0.00 |
| 44 | IPP-Stores, LLC | Wells Fargo - Woodbury | Sub-Account | *2002 | $0.00 |
| 45 | IPP-Stores, LLC | Wells Fargo - Chanhassen | Sub-Account | *1863 | $0.00 |
| 46 | IPP-Stores, LLC | Wells Fargo - Ecommerce Chuck & Don's | Sub-Account | *1921 | $0.00 |
| 47 | IPP-Stores, LLC | Wells Fargo - North Oaks | Sub-Account | *1947 | $0.00 |
| 48 | IPP-Stores, LLC | Wells Fargo - Rochester | Sub-Account | *1954 | $0.00 |
| 49 | IPP-Stores, LLC | Wells Fargo - West St. Paul | Sub-Account | *1855 | $0.00 |
| 50 | IPP-Stores, LLC | Wells Fargo - 50th & France | Sub-Account | *1642 | $0.00 |
| 51 | IPP-Stores, LLC | Wells Fargo - Plymouth East | Sub-Account | *2119 | $0.00 |
| 52 | IPP-Stores, LLC | Wells Fargo - Eden Prairie | Sub-Account | *2275 | $0.00 |
| 53 | IPP-Stores, LLC | Wells Fargo - St. Paul - Lowertown | Sub-Account | *7101 | $0.00 |
| 54 | IPP-Stores, LLC | Wells Fargo - Denver - Cherry Creek | Sub-Account | *2291 | $0.00 |
| 55 | IPP-Stores, LLC | Wells Fargo - Littleton | Sub-Account | *1871 | $0.00 |
| 56 | IPP-Stores, LLC | Wells Fargo - Aurora | Sub-Account | *2093 | $0.00 |
| 57 | IPP-Stores, LLC | Wells Fargo - Castle Rock | Sub-Account | *1897 | $0.00 |
| 58 | IPP-Stores, LLC | Wells Fargo - Highlands Ranch (Store No. 338281) | Sub-Account | *1996 | $0.00 |
| 59 | IPP-Stores, LLC | Wells Fargo - Longmont | Sub-Account | *2010 | $0.00 |
| 60 | IPP-Stores, LLC | Wells Fargo - Westminster | Sub-Account | *2028 | $0.00 |
| 61 | IPP-Stores, LLC | Wells Fargo - Erie | Sub-Account | *1913 | $0.00 |
| 62 | IPP-Stores, LLC | Wells Fargo - Greenwood Village | Sub-Account | *1939 | $0.00 |
| 63 | IPP-Stores, LLC | Wells Fargo - Arvada | Sub-Account | *1905 | $0.00 |
| 64 | IPP-Stores, LLC | Wells Fargo - Arvada - Ralston Plaza | Sub-Account | *1394 | $0.00 |
| 65 | IPP-Stores, LLC | Wells Fargo - Firestone | Sub-Account | *1428 | $0.00 |
| 66 | IPP-Stores, LLC | Wells Fargo - Thornton | Sub-Account | *1436 | $0.00 |
| 67 | IPP-Stores, LLC | Wells Fargo - Derby | Sub-Account | *1962 | $0.00 |
| 68 | IPP-Stores, LLC | Wells Fargo - East Wichita | Sub-Account | *1970 | $0.00 |
| 69 | IPP-Stores, LLC | Wells Fargo - West Wichita | Sub-Account | *1988 | $0.00 |
| 70 | IPP-Stores, LLC | Wells Fargo - Bethesda | Sub-Account | *1569 | $0.00 |
| 71 | IPP-Stores, LLC | Wells Fargo - LoDo | Sub-Account | *1300 | $0.00 |
| 72 | IPP-Stores, LLC | Wells Fargo - Olney | Sub-Account | *3940 | $0.00 |
| 73 | IPP-Stores, LLC | Wells Fargo - Kentlands | Sub-Account | *3957 | $0.00 |
| 74 | IPP-Stores, LLC | Wells Fargo - Pikesville | Sub-Account | *3700 | $0.00 |
| 75 | IPP-Stores, LLC | Wells Fargo - Congressional | Sub-Account | *3718 | $0.00 |
| 76 | IPP-Stores, LLC | Wells Fargo - Silver Spring | Sub-Account | *3726 | $0.00 |
| 77 | IPP-Stores, LLC | Wells Fargo - Catonsville | Sub-Account | *3734 | $0.00 |
| 78 | IPP-Stores, LLC | Wells Fargo - Annapolis | Sub-Account | *3742 | $0.00 |
| 79 | IPP-Stores, LLC | Wells Fargo - Cathedral | Sub-Account | *3759 | $0.00 |
| 80 | IPP-Stores, LLC | Wells Fargo - Herndon | Sub-Account | *3767 | $0.00 |
| 81 | IPP-Stores, LLC | Wells Fargo - Ashburn | Sub-Account | *3775 | $0.00 |
| 82 | IPP-Stores, LLC | Wells Fargo - Rockville | Sub-Account | *3783 | $0.00 |
| 83 | IPP-Stores, LLC | Wells Fargo - Columbia | Sub-Account | *3791 | $0.00 |
| 84 | IPP-Stores, LLC | Wells Fargo - Studio City | Sub-Account | *3536 | $0.00 |
| 85 | IPP-Stores, LLC | Wells Fargo - West Lake Village | Sub-Account | *3551 | $0.00 |
| 86 | IPP-Stores, LLC | Wells Fargo - Fort Collins | Sub-Account | *3569 | $0.00 |
| 87 | IPP-Stores, LLC | Wells Fargo - Buffalo | Sub-Account | *3577 | $0.00 |
| 88 | IPP-Stores, LLC | Wells Fargo - Champions | Sub-Account | *3585 | $0.00 |
| 89 | IPP-Stores, LLC | Wells Fargo - 20th Street | Sub-Account | *3593 | $0.00 |
| 90 | IPP-Stores, LLC | Wells Fargo - Woodland Hughes | Sub-Account | *3601 | $0.00 |
| 91 | IPP-Stores, LLC | Wells Fargo - Stone Oak | Sub-Account | *3619 | $0.00 |

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 3.  Checking, savings, money market, or financial brokerage accounts.**

| Ref. | Legal Entity | Bank Name | Account Type | Account Number | Current Value of Debtor's Interest * |
|------|--------------|-----------|--------------|----------------|--------------------------------------|
| 92 | IPP-Stores, LLC | Wells Fargo - Austin Arboretum | Sub-Account | *3627 | $0.00 |
| 93 | IPP-Stores, LLC | Wells Fargo - West Grey | Sub-Account | *3372 | $0.00 |
| 94 | IPP-Stores, LLC | Wells Fargo - South Lamar | Sub-Account | *3398 | $0.00 |
| 95 | IPP-Stores, LLC | Wells Fargo - Bridgeland | Sub-Account | *3406 | $0.00 |
| 96 | IPP-Stores, LLC | Wells Fargo - Cedar Park | Sub-Account | *3414 | $0.00 |
| 97 | IPP-Stores, LLC | Wells Fargo - Cypress | Sub-Account | *3430 | $0.00 |
| 98 | IPP-Stores, LLC | Wells Fargo - Garden Oaks | Sub-Account | *3448 | $0.00 |
| 99 | IPP-Stores, LLC | Wells Fargo - Heights | Sub-Account | *3455 | $0.00 |
| 100 | IPP-Stores, LLC | Wells Fargo - Kingwood | Sub-Account | *3463 | $0.00 |
| 101 | IPP-Stores, LLC | Wells Fargo - Medway | Sub-Account | *3208 | $0.00 |
| 102 | IPP-Stores, LLC | Wells Fargo - Sudbury | Sub-Account | *3224 | $0.00 |
| 103 | IPP-Stores, LLC | Wells Fargo - Pinecroft | Sub-Account | *3232 | $0.00 |
| 104 | IPP-Stores, LLC | Wells Fargo - Springwoods | Sub-Account | *3257 | $0.00 |
| 105 | IPP-Stores, LLC | Wells Fargo - Steiner Ranch | Sub-Account | *3265 | $0.00 |
| 106 | IPP-Stores, LLC | Wells Fargo - Sterling Ridge | Sub-Account | *3273 | $0.00 |
| 107 | IPP-Stores, LLC | Wells Fargo - Sugarland | Sub-Account | *3281 | $0.00 |
| 108 | IPP-Stores, LLC | Wells Fargo - Vintage Park | Sub-Account | *3299 | $0.00 |
| 109 | IPP-Stores, LLC | Wells Fargo - West University | Sub-Account | *3040 | $0.00 |
| 110 | IPP-Stores, LLC | Wells Fargo - Hutto | Sub-Account | *3057 | $0.00 |
| 111 | IPP-Stores, LLC | Wells Fargo - Riverstone | Sub-Account | *3073 | $0.00 |
| 112 | IPP-Stores, LLC | Wells Fargo - Canton Brewers Hill | Sub-Account | *3081 | $0.00 |
| 113 | IPP-Stores, LLC | Wells Fargo - McHenry Row | Sub-Account | *3099 | $0.00 |
| 114 | IPP-Stores, LLC | Wells Fargo - Mount Washington | Sub-Account | *3107 | $0.00 |
| 115 | IPP-Stores, LLC | Wells Fargo - Montrose | Sub-Account | *3115 | $0.00 |
| 116 | IPP-Stores, LLC | Wells Fargo - Naperville | Sub-Account | *2911 | $0.00 |
| 117 | IPP-Stores, LLC | Wells Fargo - Apple Valley | Sub-Account | *9007 | $0.00 |
| 118 | IPP-Stores, LLC | Wells Fargo - Acton | Sub-Account | *3182 | $0.00 |
| 119 | IPP-Stores, LLC | Wells Fargo - Canton | Sub-Account | *3190 | $0.00 |
| 120 | IPP-Stores, LLC | Wells Fargo - Shrewsbury | Sub-Account | *3216 | $0.00 |
| 121 | IPP-Stores, LLC | Wells Fargo - Wayland | Sub-Account | *3232 | $0.00 |
| 122 | IPP-Stores, LLC | Wells Fargo - Clybourn | Sub-Account | *3240 | $0.00 |
| 123 | IPP-Stores, LLC | Wells Fargo - Wilmette | Sub-Account | *3257 | $0.00 |
| 124 | IPP-Stores, LLC | Wells Fargo - Belmont | Sub-Account | *3265 | $0.00 |
| 125 | IPP-Stores, LLC | Wells Fargo - Park Ridge | Sub-Account | *3273 | $0.00 |
| 126 | IPP-Stores, LLC | Wells Fargo - Clarksville | Sub-Account | *3281 | $0.00 |
| 127 | IPP-Stores, LLC | Wells Fargo - South Barrington | Sub-Account | *3026 | $0.00 |
| 128 | IPP-Stores, LLC | Wells Fargo - Bucktown | Sub-Account | *3034 | $0.00 |
| 129 | IPP-Stores, LLC | Wells Fargo - Vernon Hills | Sub-Account | *3042 | $0.00 |
| 130 | IPP-Stores, LLC | Wells Fargo - Kildeer | Sub-Account | *3059 | $0.00 |
| 131 | IPP-Stores, LLC | Wells Fargo - Streeterville | Sub-Account | *3067 | $0.00 |
| 132 | IPP-Stores, LLC | Wells Fargo - Northbrook | Sub-Account | *3075 | $0.00 |
| 133 | IPP-Stores, LLC | Wells Fargo - Andersonville | Sub-Account | *3083 | $0.00 |
| 134 | IPP-Stores, LLC | Wells Fargo - Middleburg | Sub-Account | *3091 | $0.00 |
| 135 | IPP-Stores, LLC | Wells Fargo - Fairfax | Sub-Account | *3109 | $0.00 |
| 136 | IPP-Stores, LLC | Wells Fargo - Tysons | Sub-Account | *3117 | $0.00 |
| 137 | IPP-Stores, LLC | Wells Fargo - Arlington/Clarendon | Sub-Account | *2853 | $0.00 |
| 138 | IPP-Stores, LLC | Wells Fargo - Vienna | Sub-Account | *2861 | $0.00 |
| 139 | IPP-Stores, LLC | Wells Fargo - Lee Harrison | Sub-Account | *2879 | $0.00 |
| 140 | IPP-Stores, LLC | Wells Fargo - State St. | Sub-Account | *2887 | $0.00 |
| 141 | IPP-Stores, LLC | Wells Fargo - Glen Ellyn | Sub-Account | *2895 | $0.00 |
| 142 | IPP-Stores, LLC | Wells Fargo - Orland Park | Sub-Account | *2903 | $0.00 |
| 143 | IPP-Stores, LLC | Wells Fargo - Windham | Sub-Account | *2929 | $0.00 |
| 144 | IPP-Stores, LLC | Wells Fargo - Portland | Sub-Account | *2937 | $0.00 |
| 145 | IPP-Stores, LLC | Wells Fargo - Lewiston | Sub-Account | *2945 | $0.00 |
| 146 | IPP-Stores, LLC | Wells Fargo - South Portland | Sub-Account | *2705 | $0.00 |
| 147 | IPP-Stores, LLC | Wells Fargo - Scarborough | Sub-Account | *2713 | $0.00 |
| 148 | IPP-Stores, LLC | Wells Fargo - Topsham | Sub-Account | *2739 | $0.00 |
| 149 | IPP-Stores, LLC | Wells Fargo - Saco | Sub-Account | *2747 | $0.00 |
| 150 | IPP-Stores, LLC | Wells Fargo - Sanford | Sub-Account | *2754 | $0.00 |
| 151 | IPP-Stores, LLC | Wells Fargo - Stoneham | Sub-Account | *2762 | $0.00 |
| 152 | IPP-Stores, LLC | Wells Fargo - Danvers | Sub-Account | *2770 | $0.00 |
| 153 | IPP-Stores, LLC | Wells Fargo - Stratham | Sub-Account | *2788 | $0.00 |

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 3.  Checking, savings, money market, or financial brokerage accounts.**

| Ref. | Legal Entity | Bank Name | Account Type | Account Number | Current Value of Debtor's Interest * |
|---|---|---|---|---|---|
| 154 | IPP-Stores, LLC | Wells Fargo - Salem | Sub-Account | *2796 | $0.00 |
| 155 | IPP-Stores, LLC | Wells Fargo - Portsmouth | Sub-Account | *2549 | $0.00 |
| 156 | IPP-Stores, LLC | Wells Fargo - Bedford | Sub-Account | *2556 | $0.00 |
| 157 | IPP-Stores, LLC | Wells Fargo - Valencia | Sub-Account | *2564 | $0.00 |
| 158 | IPP-Stores, LLC | Wells Fargo - Newport Beach | Sub-Account | *2572 | $0.00 |
| 159 | IPP-Stores, LLC | Wells Fargo - Irvine | Sub-Account | *2580 | $0.00 |
| 160 | IPP-Stores, LLC | Wells Fargo - Laguna Niguel | Sub-Account | *2598 | $0.00 |
| 161 | IPP-Stores, LLC | Wells Fargo - Venice | Sub-Account | *2606 | $0.00 |
| 162 | IPP-Stores, LLC | Wells Fargo - Brea | Sub-Account | *2614 | $0.00 |
| 163 | IPP-Stores, LLC | Wells Fargo - Belleview | Sub-Account | *2622 | $0.00 |
| 164 | IPP-Stores, LLC | Wells Fargo - Kent Place | Sub-Account | *2376 | $0.00 |
| 165 | IPP-Stores, LLC | Wells Fargo - Lakewood | Sub-Account | *2384 | $0.00 |
| 166 | IPP-Stores, LLC | Wells Fargo - Westminster | Sub-Account | *2392 | $0.00 |
| 167 | IPP-Stores, LLC | Wells Fargo - Highlands Ranch (Store No. 338173) | Sub-Account | *2400 | $0.00 |
| 168 | IPP-Stores, LLC | Wells Fargo - N/A | Sub-Account | *2418 | $0.00 |
| 169 | IPP-Stores, LLC | Wells Fargo - Concord | Sub-Account | *2434 | $0.00 |
| 170 | IPP-Stores, LLC | Wells Fargo - Littleton | Sub-Account | *2459 | $0.00 |
| 171 | IPP-Stores, LLC | Wells Fargo - Marlborough | Sub-Account | *2467 | $0.00 |
| 172 | IPP-Stores, LLC | Wells Fargo - Stow | Sub-Account | *2202 | $0.00 |
| 173 | IPP-Stores, LLC | Wells Fargo - Roscoe Village | Sub-Account | *2210 | $0.00 |
| 174 | IPP-Stores, LLC | Wells Fargo - South Bay | Sub-Account | *2228 | $0.00 |
| 175 | IPP-Stores, LLC | Wells Fargo - River North | Sub-Account | *2236 | $0.00 |
| 176 | IPP-Stores, LLC | Wells Fargo - Mosaic | Sub-Account | *2244 | $0.00 |
| 177 | IPP-Stores, LLC | Wells Fargo - South End | Sub-Account | *2251 | $0.00 |
| 178 | IPP-Stores, LLC | Wells Fargo - Kingwood East | Sub-Account | *2269 | $0.00 |
| 179 | IPP-Stores, LLC | Wells Fargo - Cambridge | Sub-Account | *2277 | $0.00 |
| 180 | IPP-Stores, LLC | Wells Fargo - Beverly | Sub-Account | *2285 | $0.00 |
| 181 | IPP-Stores, LLC | Wells Fargo - Tanglewood/Chimney Rock | Sub-Account | *2293 | $0.00 |
| 182 | IPP-Stores, LLC | Wells Fargo - Wellesley | Sub-Account | *2053 | $0.00 |
| 183 | IPP-Stores, LLC | Wells Fargo - Newton | Sub-Account | *2061 | $0.00 |
| 184 | IPP-Stores, LLC | Wells Fargo - Ecommerce Loyal Companion | Sub-Account | *4892 | $0.00 |
| 185 | IPP-Stores, LLC | Wells Fargo - Ecommerce Kriser's Feeding Pets for Life | Sub-Account | *4900 | $0.00 |
| 186 | IPP-Stores, LLC | Wells Fargo - Ecommerce Natural Pawz | Sub-Account | *4918 | $0.00 |
| 187 | IPP-Stores, LLC | Wells Fargo - Employee Assistance | Sub-Account | *9993 | $901.48 |
| 188 | IPP-Stores, LLC | Wells Fargo - N/A | Sub-Account | *9162 | $0.00 |
| 189 | IPP-Stores, LLC | Wells Fargo - Old Town | Sub-Account | *3936 | $0.00 |
| 190 | IPP-Stores, LLC | Wells Fargo - Washington Avenue | Sub-Account | *4362 | $0.00 |
| | | | | | |
| | | | | **TOTAL:** | **$251,529.20** |

**\*Bank Balance as of Petition Date**

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 2, QUESTION 7

## DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 7.  Deposits, including security deposits and utility deposits**

| Debtor Entity | Holder of Deposit | Description | Current Value of Debtor's Interest |
|---|---|---|---|
| Especially for Pets, LLC | Union Post LLC | Security Deposit | $13,475.00 |
| IPP - Stores, LLC | The Trustees of the Bradley Boulevard Shopping Center | Security Deposit | $21,250.00 |
| IPP - Stores, LLC | Werner G. Scharff and Simone H. Scharff 1988 Family Trust and Jack M. Gross Revocable Trust | Security Deposit | $15,000.00 |
| IPP - Stores, LLC | W. Gray; Peden Realty, Ltd. c/o Braun Enterprises | Security Deposit | $11,993.00 |
| IPP - Stores, LLC | Point-LC1, LLC | Security Deposit | $11,955.00 |
| IPP - Stores, LLC | Westcliff Retail Plaza, LLC | Security Deposit | $10,840.00 |
| IPP - Stores, LLC | La Floresta Regency, LLC | Security Deposit | $10,827.00 |
| IPP - Stores, LLC | HHC Hughes Landing Retail, LLC | Security Deposit | $10,002.00 |
| IPP - Stores, LLC | Alton Square LP | Security Deposit | $9,892.00 |
| IPP - Stores, LLC | Regency Centers, L.P. | Security Deposit | $8,952.00 |
| IPP - Stores, LLC | Sonterra Village, L.P. | Security Deposit | $8,550.00 |
| IPP - Stores, LLC | Vintage Marketplace LTD | Security Deposit | $7,872.00 |
| IPP - Stores, LLC | Rutland & 20th Realty Ltd | Security Deposit | $7,500.00 |
| IPP - Stores, LLC | Plaza In The Park (Edens), LLC | Security Deposit | $7,083.00 |
| IPP - Stores, LLC | C. Jean Blevins &amp; Beth Blevins Cuje | Security Deposit | $5,428.00 |
| IPP - Stores, LLC | Lake Pointe Shopping Center, LP | Security Deposit | $5,287.00 |
| IPP - Stores, LLC | Whitestone Quinlan Crossing LLC | Security Deposit | $4,830.00 |
| IPP - Stores, LLC | The Vienna Shopping Center Limited Partnership | Security Deposit | $4,500.00 |
| IPP - Stores, LLC | CSHV Woodlands, L.P. | Security Deposit | $4,487.00 |
| IPP - Stores, LLC | Marc C. Foster | Security Deposit | $3,483.00 |
| Natural Pawz, LLC | Reliant Energy | Security Deposit | $21,739.00 |
| Natural Pawz, LLC | LH North Park, LLC, | Security Deposit | $4,787.00 |
| Natural Pawz, LLC | REG8 Sterling Ridge, LLC (Regency Centers) | Security Deposit | $4,063.00 |
| Natural Pawz, LLC | IA Cypress Cyfair Limited Partnership | Security Deposit | $3,942.00 |
| Natural Pawz, LLC | Vintage Park LLC | Security Deposit | $3,325.00 |
| Natural Pawz, LLC | Brixmor West U Marketplace LLC | Security Deposit | $3,106.00 |
| Pet Life, LLC | NP Stratham LLC | Security Deposit | $6,250.00 |
| Pet Life, LLC | CFS Limited Partnership | Security Deposit | $4,475.00 |
| Whole Pet Central, LLC | B.P. Associates Limited Partnership | Security Deposit | $10,796.00 |
| Independent Pet Partners Holdings, LLC | Lexington Location | Security Deposit | $37,794.00 |
| Independent Pet Partners Holdings, LLC | US Parcel D LLC c/o Urban Spaces | Security Deposit | $33,975.00 |
| Independent Pet Partners Holdings, LLC | Morningside Crossroads Development Ptnrs | Security Deposit | $28,125.00 |
| Independent Pet Partners Holdings, LLC | Pender LLC | Security Deposit | $21,843.32 |
| Independent Pet Partners Holdings, LLC | Onni Hudson Limited Partnership | Security Deposit | $19,853.34 |
| Independent Pet Partners Holdings, LLC | Eskridge (E&A) LLC | Security Deposit | $16,050.00 |
| Independent Pet Partners Holdings, LLC | General Real Estate Management | Security Deposit | $15,000.00 |
| Independent Pet Partners Holdings, LLC | UDR 345 Harrison LLC | Security Deposit | $13,870.00 |
| Independent Pet Partners Holdings, LLC | Abbott Estates, Inc (EFP) | Security Deposit | $11,845.33 |
| Independent Pet Partners Holdings, LLC | Newcastle Retail Management | Security Deposit | $10,688.00 |
| Independent Pet Partners Holdings, LLC | Naperville Plaza Venture, LLC | Security Deposit | $8,869.00 |
| Independent Pet Partners Holdings, LLC | GDG Chestnut Place, LLC | Security Deposit | $7,244.60 |
| Independent Pet Partners Holdings, LLC | Newcastle Retail Management | Security Deposit | $4,615.68 |
| Independent Pet Partners Holdings, LLC | The Irvine Company LLC - Newport Beach | Security Deposit | $2,394.79 |
| Independent Pet Partners Holdings, LLC | Rogers Industrial Park | Security Deposit | $1,800.00 |
| Independent Pet Partners Holdings, LLC | The Irvine Company LLC - Irvine | Security Deposit | $1,351.86 |
| Independent Pet Partners Holdings, LLC | Hudson Light and Power (PS) | Security Deposit | $1,200.00 |
| Independent Pet Partners Holdings, LLC | City of Austin | Security Deposit | $821.00 |
| Independent Pet Partners Holdings, LLC | Village of Elk Grove*** | Security Deposit | $654.00 |
| Independent Pet Partners Holdings, LLC | City of Houston | Security Deposit | $600.00 |
| Independent Pet Partners Holdings, LLC | Xcel Energy (New) | Security Deposit | $531.00 |
| Independent Pet Partners Holdings, LLC | Black Hills Energy | Security Deposit | $311.00 |
| Independent Pet Partners Holdings, LLC | Texas Gas Service | Security Deposit | $250.00 |
| Independent Pet Partners Holdings, LLC | NMS 2001 Studio Apartments, LLC | Security Deposit | $200.00 |
| Independent Pet Partners Holdings, LLC | ComEd | Security Deposit | $163.34 |
| Independent Pet Partners Holdings, LLC | ComEd | Security Deposit | $163.33 |
| Independent Pet Partners Holdings, LLC | ComEd | Security Deposit | $163.33 |
| Independent Pet Partners Holdings, LLC | NMS 2001 Studio Apartments, LLC | Security Deposit | $50.00 |
| Independent Pet Partners Holdings, LLC | Opening Balance from Acquisitions | Security Deposit | $569,586.37 |
| **Grand Total** | | | **$1,055,702.29** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 2, QUESTION 8

## PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent.**

| Holder of Prepayment | Current Value of Debtor's Interest |
|---|---|
| Acquiom Agency Services LLC | $1,333.34 |
| Wilmington Trust (New) | $18,750.01 |
| EverFi Inc. | $6,041.69 |
| IT Savvy LLC (New) | $1,484.70 |
| Loffler | $17,018.92 |
| Yotpo, Inc | $4,306.99 |
| Jobvite, Inc. | $11,666.65 |
| Indeed, Inc. | $1,680.00 |
| Indeed, Inc. | $3,833.34 |
| MomentFeed, Inc. | $14,262.50 |
| Paragon School of Pet Grooming | $1,349.13 |
| Muzak LLC (Mood Media)(New) | $6,166.93 |
| Docebo NA, Inc. | $3,217.50 |
| MX Data | $51,816.00 |
| Navex Global, Inc | $11,816.08 |
| Linkedin Coporation (IPP) | $8,050.00 |
| Linkedin Coporation (IPP) | $14,533.32 |
| OrderGroove, IN. | $7,500.00 |
| SalesForce | $380.95 |
| SalesForce | $16,391.85 |
| SalesForce | $32,849.68 |
| Next Step Brand Solutions, LLC | $350.00 |
| Ironscales | $20,700.00 |
| Ironscales | $27,600.00 |
| iCIMS, Inc | $18,871.63 |
| The Jellyvision Lab, Inc. | $3,148.00 |
| Compsych Corporation | $2,386.80 |
| Compsych Corporation | $7,160.40 |
| **Grand Total** | **$314,666.41** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 7, QUESTION 39

## OFFICE FURNITURE

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 39. Office furniture**

| General Description | Location | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Cold Storage Cases, Washers/Dryers, Furniture | 20th Street-338178 | $22,411.62 | Cost Less Depreciation | $22,411.62 |
| Cold Storage Cases, Washers/Dryers, Furniture | 50th & France-338240 | $14,301.66 | Cost Less Depreciation | $14,301.66 |
| Cold Storage Cases, Washers/Dryers, Furniture | 8089115-Kriser's IL Warehouse | $1,076.97 | Cost Less Depreciation | $1,076.97 |
| Cold Storage Cases, Washers/Dryers, Furniture | Acton-338109 | $911.42 | Cost Less Depreciation | $911.42 |
| Cold Storage Cases, Washers/Dryers, Furniture | Andersonville-338127 | $10,772.51 | Cost Less Depreciation | $10,772.51 |
| Cold Storage Cases, Washers/Dryers, Furniture | Annapolis-338108 | $10,638.66 | Cost Less Depreciation | $10,638.66 |
| Cold Storage Cases, Washers/Dryers, Furniture | Apple Valley-338289 | $3,914.03 | Cost Less Depreciation | $3,914.03 |
| Cold Storage Cases, Washers/Dryers, Furniture | Arvada-338272 | $20,524.68 | Cost Less Depreciation | $20,524.68 |
| Cold Storage Cases, Washers/Dryers, Furniture | Ashburn-338157 | $257.60 | Cost Less Depreciation | $257.60 |
| Cold Storage Cases, Washers/Dryers, Furniture | Aurora-338274 | $2,525.61 | Cost Less Depreciation | $2,525.61 |
| Cold Storage Cases, Washers/Dryers, Furniture | Austin Arboretum-338181 | $35,648.92 | Cost Less Depreciation | $35,648.92 |
| Cold Storage Cases, Washers/Dryers, Furniture | Belleview-338169 | $16,137.29 | Cost Less Depreciation | $16,137.29 |
| Cold Storage Cases, Washers/Dryers, Furniture | Belmont-338119 | $6,287.09 | Cost Less Depreciation | $6,287.09 |
| Cold Storage Cases, Washers/Dryers, Furniture | Bethesda-338225 | $22,812.83 | Cost Less Depreciation | $22,812.83 |
| Cold Storage Cases, Washers/Dryers, Furniture | Beverly-338229 | $84,651.99 | Cost Less Depreciation | $84,651.99 |
| Cold Storage Cases, Washers/Dryers, Furniture | Blaine-338241 | $0.00 | Cost Less Depreciation | $0.00 |
| Cold Storage Cases, Washers/Dryers, Furniture | Bloomington-338242 | $14,333.26 | Cost Less Depreciation | $14,333.26 |
| Cold Storage Cases, Washers/Dryers, Furniture | Brea-338167 | $34,778.58 | Cost Less Depreciation | $34,778.58 |
| Cold Storage Cases, Washers/Dryers, Furniture | Bridgeland-338185 | $2,018.23 | Cost Less Depreciation | $2,018.23 |
| Cold Storage Cases, Washers/Dryers, Furniture | Bucktown-338122 | $44,778.17 | Cost Less Depreciation | $44,778.17 |
| Cold Storage Cases, Washers/Dryers, Furniture | Buffalo-338176 | $19,466.41 | Cost Less Depreciation | $19,466.41 |
| Cold Storage Cases, Washers/Dryers, Furniture | Cambridge-338228 | $34,232.25 | Cost Less Depreciation | $34,232.25 |
| Cold Storage Cases, Washers/Dryers, Furniture | Canton-338110 | $107.70 | Cost Less Depreciation | $107.70 |
| Cold Storage Cases, Washers/Dryers, Furniture | Castle Rock-338275 | $3,170.83 | Cost Less Depreciation | $3,170.83 |
| Cold Storage Cases, Washers/Dryers, Furniture | Cathedral-338132 | $16,895.94 | Cost Less Depreciation | $16,895.94 |
| Cold Storage Cases, Washers/Dryers, Furniture | Catonsville-338107 | $11,573.82 | Cost Less Depreciation | $11,573.82 |
| Cold Storage Cases, Washers/Dryers, Furniture | Cedar Park-338186 | $1,251.34 | Cost Less Depreciation | $1,251.34 |
| Cold Storage Cases, Washers/Dryers, Furniture | Champions-338177 | $22,060.30 | Cost Less Depreciation | $22,060.30 |
| Cold Storage Cases, Washers/Dryers, Furniture | Chanhassen-338243 | $11,197.88 | Cost Less Depreciation | $11,197.88 |
| Cold Storage Cases, Washers/Dryers, Furniture | Clarksville-338101 | $6,751.69 | Cost Less Depreciation | $6,751.69 |
| Cold Storage Cases, Washers/Dryers, Furniture | Clybourn-338117 | $47,997.60 | Cost Less Depreciation | $47,997.60 |
| Cold Storage Cases, Washers/Dryers, Furniture | Cobble Hill-338232 | $3,494.33 | Cost Less Depreciation | $3,494.33 |
| Cold Storage Cases, Washers/Dryers, Furniture | Columbia-338159 | $843.06 | Cost Less Depreciation | $843.06 |
| Cold Storage Cases, Washers/Dryers, Furniture | Concord-338209 | $15,148.88 | Cost Less Depreciation | $15,148.88 |
| Cold Storage Cases, Washers/Dryers, Furniture | Congressional-338105 | $4,879.10 | Cost Less Depreciation | $4,879.10 |

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 39. Office furniture**

| General Description | Location | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Cold Storage Cases, Washers/Dryers, Furniture | Coon Rapids-338244 | $8,719.33 | Cost Less Depreciation | $8,719.33 |
| Cold Storage Cases, Washers/Dryers, Furniture | Cottage Grove-338245 | $986.22 | Cost Less Depreciation | $986.22 |
| Cold Storage Cases, Washers/Dryers, Furniture | Danvers-338150 | $4.79 | Cost Less Depreciation | $4.79 |
| Cold Storage Cases, Washers/Dryers, Furniture | Dedham-338235 | $27,712.22 | Cost Less Depreciation | $27,712.22 |
| Cold Storage Cases, Washers/Dryers, Furniture | Denver - Cherry Creek-338276 | $12,683.30 | Cost Less Depreciation | $12,683.30 |
| Cold Storage Cases, Washers/Dryers, Furniture | Derby-338277 | $12,273.34 | Cost Less Depreciation | $12,273.34 |
| Cold Storage Cases, Washers/Dryers, Furniture | Eagan-338246 | $1,370.63 | Cost Less Depreciation | $1,370.63 |
| Cold Storage Cases, Washers/Dryers, Furniture | Ecommerce Chuck and Dons | $889.31 | Cost Less Depreciation | $889.31 |
| Cold Storage Cases, Washers/Dryers, Furniture | Eden Prairie-338247 | $7,202.76 | Cost Less Depreciation | $7,202.76 |
| Cold Storage Cases, Washers/Dryers, Furniture | Edina-338248 | $6,635.84 | Cost Less Depreciation | $6,635.84 |
| Cold Storage Cases, Washers/Dryers, Furniture | Elk River-338249 | $7,696.65 | Cost Less Depreciation | $7,696.65 |
| Cold Storage Cases, Washers/Dryers, Furniture | Erie-338278 | $12,685.62 | Cost Less Depreciation | $12,685.62 |
| Cold Storage Cases, Washers/Dryers, Furniture | Fairfax-338129 | $11,486.84 | Cost Less Depreciation | $11,486.84 |
| Cold Storage Cases, Washers/Dryers, Furniture | Forest Lake-338250 | $9,601.53 | Cost Less Depreciation | $9,601.53 |
| Cold Storage Cases, Washers/Dryers, Furniture | Fort Collins-338174 | $23,678.95 | Cost Less Depreciation | $23,678.95 |
| Cold Storage Cases, Washers/Dryers, Furniture | Garden Oaks-338189 | $588.94 | Cost Less Depreciation | $588.94 |
| Cold Storage Cases, Washers/Dryers, Furniture | Glen Ellyn-338136 | $21,680.94 | Cost Less Depreciation | $21,680.94 |
| Cold Storage Cases, Washers/Dryers, Furniture | Greenwood Village-338280 | $46,667.33 | Cost Less Depreciation | $46,667.33 |
| Cold Storage Cases, Washers/Dryers, Furniture | Heights-338190 | $1,431.01 | Cost Less Depreciation | $1,431.01 |
| Cold Storage Cases, Washers/Dryers, Furniture | Highlands Ranch (CD)-338281 | $6,893.83 | Cost Less Depreciation | $6,893.83 |
| Cold Storage Cases, Washers/Dryers, Furniture | Highlands Ranch (KR)-338173 | $19,559.65 | Cost Less Depreciation | $19,559.65 |
| Cold Storage Cases, Washers/Dryers, Furniture | HQ - Corporate Office | $9,740.06 | Cost Less Depreciation | $9,740.06 |
| Cold Storage Cases, Washers/Dryers, Furniture | Hudson-338251 | $3,928.50 | Cost Less Depreciation | $3,928.50 |
| Cold Storage Cases, Washers/Dryers, Furniture | Hutto-338206 | $0.00 | Cost Less Depreciation | $0.00 |
| Cold Storage Cases, Washers/Dryers, Furniture | Irvine-338163 | $27,873.08 | Cost Less Depreciation | $27,873.08 |
| Cold Storage Cases, Washers/Dryers, Furniture | Kent Place-338170 | $24,764.89 | Cost Less Depreciation | $24,764.89 |
| Cold Storage Cases, Washers/Dryers, Furniture | Kentlands-338103 | $1,739.65 | Cost Less Depreciation | $1,739.65 |
| Cold Storage Cases, Washers/Dryers, Furniture | Kildeer-338124 | $26,299.37 | Cost Less Depreciation | $26,299.37 |
| Cold Storage Cases, Washers/Dryers, Furniture | Kingwood East-338226 | $7,830.40 | Cost Less Depreciation | $7,830.40 |
| Cold Storage Cases, Washers/Dryers, Furniture | Kingwood-338191 | $1,284.81 | Cost Less Depreciation | $1,284.81 |
| Cold Storage Cases, Washers/Dryers, Furniture | Laguna Niguel-338165 | $38,939.45 | Cost Less Depreciation | $38,939.45 |
| Cold Storage Cases, Washers/Dryers, Furniture | Lakeville-338252 | $6,794.26 | Cost Less Depreciation | $6,794.26 |
| Cold Storage Cases, Washers/Dryers, Furniture | Lakewood-338171 | $20,080.80 | Cost Less Depreciation | $20,080.80 |
| Cold Storage Cases, Washers/Dryers, Furniture | Lee Harrison-338134 | $12,886.07 | Cost Less Depreciation | $12,886.07 |
| Cold Storage Cases, Washers/Dryers, Furniture | Lewiston-338142 | $412.62 | Cost Less Depreciation | $412.62 |

Independent Pet Partners Holdings, LLC
Case No. 23-10153
Schedule AB 39. Office furniture

| General Description | Location | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Cold Storage Cases, Washers/Dryers, Furniture | Littleton (LC)-338211 | $20,987.18 | Cost Less Depreciation | $20,987.18 |
| Cold Storage Cases, Washers/Dryers, Furniture | Littleton-338282 | $9,094.97 | Cost Less Depreciation | $9,094.97 |
| Cold Storage Cases, Washers/Dryers, Furniture | LoDo-338175 | $27,364.17 | Cost Less Depreciation | $27,364.17 |
| Cold Storage Cases, Washers/Dryers, Furniture | Longmont-338283 | $17,904.27 | Cost Less Depreciation | $17,904.27 |
| Cold Storage Cases, Washers/Dryers, Furniture | Mahtomedi-338253 | $6,040.85 | Cost Less Depreciation | $6,040.85 |
| Cold Storage Cases, Washers/Dryers, Furniture | Maple Grove-338254 | $8,095.08 | Cost Less Depreciation | $8,095.08 |
| Cold Storage Cases, Washers/Dryers, Furniture | Marlborough-338212 | $0.00 | Cost Less Depreciation | $0.00 |
| Cold Storage Cases, Washers/Dryers, Furniture | McHenry Row-338222 | $2,636.30 | Cost Less Depreciation | $2,636.30 |
| Cold Storage Cases, Washers/Dryers, Furniture | Medway-338111 | $1,060.75 | Cost Less Depreciation | $1,060.75 |
| Cold Storage Cases, Washers/Dryers, Furniture | Middleburg-338128 | $377.00 | Cost Less Depreciation | $377.00 |
| Cold Storage Cases, Washers/Dryers, Furniture | Minneapolis - NorthEast-338256 | $0.00 | Cost Less Depreciation | $0.00 |
| Cold Storage Cases, Washers/Dryers, Furniture | Minneapolis - Uptown-338255 | $7,390.57 | Cost Less Depreciation | $7,390.57 |
| Cold Storage Cases, Washers/Dryers, Furniture | Minnetonka-338257 | $9,347.17 | Cost Less Depreciation | $9,347.17 |
| Cold Storage Cases, Washers/Dryers, Furniture | Montrose-338224 | $14,410.51 | Cost Less Depreciation | $14,410.51 |
| Cold Storage Cases, Washers/Dryers, Furniture | Mosaic-338219 | $10,380.59 | Cost Less Depreciation | $10,380.59 |
| Cold Storage Cases, Washers/Dryers, Furniture | Naperville-338138 | $33,987.78 | Cost Less Depreciation | $33,987.78 |
| Cold Storage Cases, Washers/Dryers, Furniture | Newport Beach-338162 | $17,313.15 | Cost Less Depreciation | $17,313.15 |
| Cold Storage Cases, Washers/Dryers, Furniture | Newton-338233 | $33,584.94 | Cost Less Depreciation | $33,584.94 |
| Cold Storage Cases, Washers/Dryers, Furniture | North Oaks-338258 | $15,145.91 | Cost Less Depreciation | $15,145.91 |
| Cold Storage Cases, Washers/Dryers, Furniture | Northbrook-338126 | $28,452.78 | Cost Less Depreciation | $28,452.78 |
| Cold Storage Cases, Washers/Dryers, Furniture | Northfield-338259 | $4,414.46 | Cost Less Depreciation | $4,414.46 |
| Cold Storage Cases, Washers/Dryers, Furniture | Office - MN | $31,059.01 | Cost Less Depreciation | $31,059.01 |
| Cold Storage Cases, Washers/Dryers, Furniture | Old Town-338227 | $81,923.73 | Cost Less Depreciation | $81,923.73 |
| Cold Storage Cases, Washers/Dryers, Furniture | Olney-338102 | $10,184.30 | Cost Less Depreciation | $10,184.30 |
| Cold Storage Cases, Washers/Dryers, Furniture | Orland Park-338137 | $24,904.18 | Cost Less Depreciation | $24,904.18 |
| Cold Storage Cases, Washers/Dryers, Furniture | Park Ridge-338120 | $65,113.55 | Cost Less Depreciation | $65,113.55 |
| Cold Storage Cases, Washers/Dryers, Furniture | Pikesville-338104 | $2,319.19 | Cost Less Depreciation | $2,319.19 |
| Cold Storage Cases, Washers/Dryers, Furniture | Pinecroft-338195 | $8,504.48 | Cost Less Depreciation | $8,504.48 |
| Cold Storage Cases, Washers/Dryers, Furniture | Plymouth - Vicksburg-338261 | $3,263.72 | Cost Less Depreciation | $3,263.72 |
| Cold Storage Cases, Washers/Dryers, Furniture | Plymouth East-338260 | $43,990.71 | Cost Less Depreciation | $43,990.71 |
| Cold Storage Cases, Washers/Dryers, Furniture | Portland-338141 | $716.45 | Cost Less Depreciation | $716.45 |
| Cold Storage Cases, Washers/Dryers, Furniture | Red Wing-338262 | $1,212.55 | Cost Less Depreciation | $1,212.55 |
| Cold Storage Cases, Washers/Dryers, Furniture | River North-338217 | $38,868.54 | Cost Less Depreciation | $38,868.54 |
| Cold Storage Cases, Washers/Dryers, Furniture | Riverstone-338215 | $2,825.74 | Cost Less Depreciation | $2,825.74 |
| Cold Storage Cases, Washers/Dryers, Furniture | Rochester-338263 | $16,721.42 | Cost Less Depreciation | $16,721.42 |

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 39. Office furniture**

| General Description | Location | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Cold Storage Cases, Washers/Dryers, Furniture | Rockville-338158 | $2,391.23 | Cost Less Depreciation | $2,391.23 |
| Cold Storage Cases, Washers/Dryers, Furniture | Roscoe Village-338214 | $8,813.57 | Cost Less Depreciation | $8,813.57 |
| Cold Storage Cases, Washers/Dryers, Furniture | Rosemount-338264 | $6,427.89 | Cost Less Depreciation | $6,427.89 |
| Cold Storage Cases, Washers/Dryers, Furniture | Roseville-338265 | $21,008.88 | Cost Less Depreciation | $21,008.88 |
| Cold Storage Cases, Washers/Dryers, Furniture | Saco-338147 | $1,237.98 | Cost Less Depreciation | $1,237.98 |
| Cold Storage Cases, Washers/Dryers, Furniture | Salem-338152 | $838.65 | Cost Less Depreciation | $838.65 |
| Cold Storage Cases, Washers/Dryers, Furniture | Sanford-338148 | $1,570.18 | Cost Less Depreciation | $1,570.18 |
| Cold Storage Cases, Washers/Dryers, Furniture | Savage-338266 | $9,815.59 | Cost Less Depreciation | $9,815.59 |
| Cold Storage Cases, Washers/Dryers, Furniture | Scarborough-338144 | $790.94 | Cost Less Depreciation | $790.94 |
| Cold Storage Cases, Washers/Dryers, Furniture | Shakopee-338267 | $17,385.36 | Cost Less Depreciation | $17,385.36 |
| Cold Storage Cases, Washers/Dryers, Furniture | Shrewsbury-338113 | $15,928.81 | Cost Less Depreciation | $15,928.81 |
| Cold Storage Cases, Washers/Dryers, Furniture | Silver Spring-338106 | $1,375.36 | Cost Less Depreciation | $1,375.36 |
| Cold Storage Cases, Washers/Dryers, Furniture | South Barrington-338121 | $4,437.13 | Cost Less Depreciation | $4,437.13 |
| Cold Storage Cases, Washers/Dryers, Furniture | South Bay-338216 | $44,419.37 | Cost Less Depreciation | $44,419.37 |
| Cold Storage Cases, Washers/Dryers, Furniture | South End-338220 | $25,520.17 | Cost Less Depreciation | $25,520.17 |
| Cold Storage Cases, Washers/Dryers, Furniture | South Lamar-338184 | $4,560.72 | Cost Less Depreciation | $4,560.72 |
| Cold Storage Cases, Washers/Dryers, Furniture | South Portland-338143 | $1,638.08 | Cost Less Depreciation | $1,638.08 |
| Cold Storage Cases, Washers/Dryers, Furniture | Springwoods-338198 | $1,124.87 | Cost Less Depreciation | $1,124.87 |
| Cold Storage Cases, Washers/Dryers, Furniture | St. Paul - Highland Park-338268 | $15,077.05 | Cost Less Depreciation | $15,077.05 |
| Cold Storage Cases, Washers/Dryers, Furniture | St. Paul - Lowertown-338288 | $10,705.31 | Cost Less Depreciation | $10,705.31 |
| Cold Storage Cases, Washers/Dryers, Furniture | State St-338135 | $8,538.77 | Cost Less Depreciation | $8,538.77 |
| Cold Storage Cases, Washers/Dryers, Furniture | Steiner Ranch-338199 | $1,375.10 | Cost Less Depreciation | $1,375.10 |
| Cold Storage Cases, Washers/Dryers, Furniture | Sterling Ridge-338200 | $2,317.52 | Cost Less Depreciation | $2,317.52 |
| Cold Storage Cases, Washers/Dryers, Furniture | Stone Oak-338180 | $31,330.59 | Cost Less Depreciation | $31,330.59 |
| Cold Storage Cases, Washers/Dryers, Furniture | Stoneham-338149 | $1,451.83 | Cost Less Depreciation | $1,451.83 |
| Cold Storage Cases, Washers/Dryers, Furniture | Stow-338213 | $9,241.85 | Cost Less Depreciation | $9,241.85 |
| Cold Storage Cases, Washers/Dryers, Furniture | Stratham-338151 | $3,023.07 | Cost Less Depreciation | $3,023.07 |
| Cold Storage Cases, Washers/Dryers, Furniture | Streeterville-338125 | $19,232.83 | Cost Less Depreciation | $19,232.83 |
| Cold Storage Cases, Washers/Dryers, Furniture | Studio City-338160 | $15,493.04 | Cost Less Depreciation | $15,493.04 |
| Cold Storage Cases, Washers/Dryers, Furniture | Sudbury-338114 | $6,759.02 | Cost Less Depreciation | $6,759.02 |
| Cold Storage Cases, Washers/Dryers, Furniture | Tanglewood/Chimney Rock-338230 | $10,541.30 | Cost Less Depreciation | $10,541.30 |
| Cold Storage Cases, Washers/Dryers, Furniture | Topsham-338146 | $2,489.40 | Cost Less Depreciation | $2,489.40 |
| Cold Storage Cases, Washers/Dryers, Furniture | Tysons-338130 | $12,284.94 | Cost Less Depreciation | $12,284.94 |
| Cold Storage Cases, Washers/Dryers, Furniture | Valencia-338161 | $13,261.56 | Cost Less Depreciation | $13,261.56 |
| Cold Storage Cases, Washers/Dryers, Furniture | Venice-338166 | $40,629.88 | Cost Less Depreciation | $40,629.88 |

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 39. Office furniture**

| General Description | Location | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Cold Storage Cases, Washers/Dryers, Furniture | Vernon Hills-338123 | $21,674.47 | Cost Less Depreciation | $21,674.47 |
| Cold Storage Cases, Washers/Dryers, Furniture | Vienna-338133 | $28,789.94 | Cost Less Depreciation | $28,789.94 |
| Cold Storage Cases, Washers/Dryers, Furniture | Washington Ave-338236 | $30,312.50 | Cost Less Depreciation | $30,312.50 |
| Cold Storage Cases, Washers/Dryers, Furniture | Wayland-338115 | $1,555.88 | Cost Less Depreciation | $1,555.88 |
| Cold Storage Cases, Washers/Dryers, Furniture | Wayzata-338269 | $4,541.42 | Cost Less Depreciation | $4,541.42 |
| Cold Storage Cases, Washers/Dryers, Furniture | Wellesley-338231 | $17,077.12 | Cost Less Depreciation | $17,077.12 |
| Cold Storage Cases, Washers/Dryers, Furniture | West Gray-338182 | $24,994.90 | Cost Less Depreciation | $24,994.90 |
| Cold Storage Cases, Washers/Dryers, Furniture | West St Paul-338270 | $17,270.86 | Cost Less Depreciation | $17,270.86 |
| Cold Storage Cases, Washers/Dryers, Furniture | West University-338204 | $5,245.69 | Cost Less Depreciation | $5,245.69 |
| Cold Storage Cases, Washers/Dryers, Furniture | Westlake Village-338168 | $29,608.49 | Cost Less Depreciation | $29,608.49 |
| Cold Storage Cases, Washers/Dryers, Furniture | Westminster (CD)-338285 | $8,745.46 | Cost Less Depreciation | $8,745.46 |
| Cold Storage Cases, Washers/Dryers, Furniture | Westminster (KR)-338172 | $19,373.02 | Cost Less Depreciation | $19,373.02 |
| Cold Storage Cases, Washers/Dryers, Furniture | Wichita East-338286 | $18,650.38 | Cost Less Depreciation | $18,650.38 |
| Cold Storage Cases, Washers/Dryers, Furniture | Wichita West-338287 | $15,933.56 | Cost Less Depreciation | $15,933.56 |
| Cold Storage Cases, Washers/Dryers, Furniture | Wilmette-338118 | $14,071.15 | Cost Less Depreciation | $14,071.15 |
| Cold Storage Cases, Washers/Dryers, Furniture | Windham-338140 | $2,747.07 | Cost Less Depreciation | $2,747.07 |
| Cold Storage Cases, Washers/Dryers, Furniture | Woodbury HQ | $31,963.72 | Cost Less Depreciation | $31,963.72 |
| Cold Storage Cases, Washers/Dryers, Furniture | Woodbury-338271 | $12,397.83 | Cost Less Depreciation | $12,397.83 |
| Cold Storage Cases, Washers/Dryers, Furniture | Woodland Hughes-338179 | $24,687.70 | Cost Less Depreciation | $24,687.70 |
| **Grand Total** | | | | **$2,273,150.24** |

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 7, QUESTION 40

OFFICE FIXTURE

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 40. Office fixtures**

| General Description | Location | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Grooming Fixtures and Shelving | 20th Street-338178 | $2,920.44 | Cost Less Depreciation | $2,920.44 |
| Grooming Fixtures and Shelving | 50th & France-338240 | $21,617.33 | Cost Less Depreciation | $21,617.33 |
| Grooming Fixtures and Shelving | Andersonville-338127 | $1,339.42 | Cost Less Depreciation | $1,339.42 |
| Grooming Fixtures and Shelving | Apple Valley-338289 | $42,113.09 | Cost Less Depreciation | $42,113.09 |
| Grooming Fixtures and Shelving | Arvada-338272 | $17,245.91 | Cost Less Depreciation | $17,245.91 |
| Grooming Fixtures and Shelving | Aurora-338274 | $0.00 | Cost Less Depreciation | $0.00 |
| Grooming Fixtures and Shelving | Austin Arboretum-338181 | $3,268.43 | Cost Less Depreciation | $3,268.43 |
| Grooming Fixtures and Shelving | Bedford-338155 | $3,947.73 | Cost Less Depreciation | $3,947.73 |
| Grooming Fixtures and Shelving | Belleview-338169 | $2,893.76 | Cost Less Depreciation | $2,893.76 |
| Grooming Fixtures and Shelving | Belmont-338119 | $6,214.04 | Cost Less Depreciation | $6,214.04 |
| Grooming Fixtures and Shelving | Bethesda-338225 | $53,340.56 | Cost Less Depreciation | $53,340.56 |
| Grooming Fixtures and Shelving | Blaine-338241 | $0.00 | Cost Less Depreciation | $0.00 |
| Grooming Fixtures and Shelving | Bloomington-338242 | $23,753.47 | Cost Less Depreciation | $23,753.47 |
| Grooming Fixtures and Shelving | Brea-338167 | $663.56 | Cost Less Depreciation | $663.56 |
| Grooming Fixtures and Shelving | Bridgeland-338185 | $3,701.91 | Cost Less Depreciation | $3,701.91 |
| Grooming Fixtures and Shelving | Bucktown-338122 | $3,218.84 | Cost Less Depreciation | $3,218.84 |
| Grooming Fixtures and Shelving | Buffalo-338176 | $1,568.88 | Cost Less Depreciation | $1,568.88 |
| Grooming Fixtures and Shelving | Cambridge-338228 | $71,021.74 | Cost Less Depreciation | $71,021.74 |
| Grooming Fixtures and Shelving | Canton-338110 | $427.52 | Cost Less Depreciation | $427.52 |
| Grooming Fixtures and Shelving | Castle Rock-338275 | $4,434.66 | Cost Less Depreciation | $4,434.66 |
| Grooming Fixtures and Shelving | Cathedral-338132 | $8,744.82 | Cost Less Depreciation | $8,744.82 |
| Grooming Fixtures and Shelving | Cedar Park-338186 | $3,160.78 | Cost Less Depreciation | $3,160.78 |
| Grooming Fixtures and Shelving | Champions-338177 | $0.00 | Cost Less Depreciation | $0.00 |
| Grooming Fixtures and Shelving | Chanhassen-338243 | $148,693.80 | Cost Less Depreciation | $148,693.80 |
| Grooming Fixtures and Shelving | Clarksville-338101 | $905.30 | Cost Less Depreciation | $905.30 |
| Grooming Fixtures and Shelving | Clybourn-338117 | $2,888.96 | Cost Less Depreciation | $2,888.96 |
| Grooming Fixtures and Shelving | Coon Rapids-338244 | $4,377.06 | Cost Less Depreciation | $4,377.06 |
| Grooming Fixtures and Shelving | Cottage Grove-338245 | $0.00 | Cost Less Depreciation | $0.00 |
| Grooming Fixtures and Shelving | Cypress-338188 | $643.97 | Cost Less Depreciation | $643.97 |
| Grooming Fixtures and Shelving | Danvers-338150 | $205.43 | Cost Less Depreciation | $205.43 |
| Grooming Fixtures and Shelving | Dedham-338235 | $96,948.17 | Cost Less Depreciation | $96,948.17 |
| Grooming Fixtures and Shelving | Denver - Cherry Creek-338276 | $9,454.79 | Cost Less Depreciation | $9,454.79 |
| Grooming Fixtures and Shelving | Derby-338277 | $12,173.30 | Cost Less Depreciation | $12,173.30 |
| Grooming Fixtures and Shelving | Eagan-338246 | $1,563.27 | Cost Less Depreciation | $1,563.27 |
| Grooming Fixtures and Shelving | Eden Prairie-338247 | $11,400.67 | Cost Less Depreciation | $11,400.67 |

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 40. Office fixtures**

| General Description | Location | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Grooming Fixtures and Shelving | Edina-338248 | $956.89 | Cost Less Depreciation | $956.89 |
| Grooming Fixtures and Shelving | Elk River-338249 | $19,692.49 | Cost Less Depreciation | $19,692.49 |
| Grooming Fixtures and Shelving | Erie-338278 | $15,805.81 | Cost Less Depreciation | $15,805.81 |
| Grooming Fixtures and Shelving | Fairfax-338129 | $462.91 | Cost Less Depreciation | $462.91 |
| Grooming Fixtures and Shelving | Forest Lake-338250 | $0.00 | Cost Less Depreciation | $0.00 |
| Grooming Fixtures and Shelving | Fort Collins-338174 | $10,229.43 | Cost Less Depreciation | $10,229.43 |
| Grooming Fixtures and Shelving | Garden Oaks-338189 | $4,877.11 | Cost Less Depreciation | $4,877.11 |
| Grooming Fixtures and Shelving | Georgetown-338207 | $3,740.21 | Cost Less Depreciation | $3,740.21 |
| Grooming Fixtures and Shelving | Glen Ellyn-338136 | $3,199.67 | Cost Less Depreciation | $3,199.67 |
| Grooming Fixtures and Shelving | Greenwood Village-338280 | $11,845.19 | Cost Less Depreciation | $11,845.19 |
| Grooming Fixtures and Shelving | Heights-338190 | $2,816.88 | Cost Less Depreciation | $2,816.88 |
| Grooming Fixtures and Shelving | Highlands Ranch (KR)-338173 | $0.00 | Cost Less Depreciation | $0.00 |
| Grooming Fixtures and Shelving | HQ - Corporate Office | $5,258.43 | Cost Less Depreciation | $5,258.43 |
| Grooming Fixtures and Shelving | Hudson-338251 | $7,971.08 | Cost Less Depreciation | $7,971.08 |
| Grooming Fixtures and Shelving | Hutto-338206 | $0.00 | Cost Less Depreciation | $0.00 |
| Grooming Fixtures and Shelving | Irvine-338163 | $0.00 | Cost Less Depreciation | $0.00 |
| Grooming Fixtures and Shelving | Kent Place-338170 | $903.38 | Cost Less Depreciation | $903.38 |
| Grooming Fixtures and Shelving | Kildeer-338124 | $1,187.82 | Cost Less Depreciation | $1,187.82 |
| Grooming Fixtures and Shelving | Kingwood East-338226 | $10,434.47 | Cost Less Depreciation | $10,434.47 |
| Grooming Fixtures and Shelving | Kingwood-338191 | $2,346.31 | Cost Less Depreciation | $2,346.31 |
| Grooming Fixtures and Shelving | Lakeville-338252 | $14,475.74 | Cost Less Depreciation | $14,475.74 |
| Grooming Fixtures and Shelving | Lakewood-338171 | $2,085.71 | Cost Less Depreciation | $2,085.71 |
| Grooming Fixtures and Shelving | Lee Harrison-338134 | $467.30 | Cost Less Depreciation | $467.30 |
| Grooming Fixtures and Shelving | Lewiston-338142 | $384.73 | Cost Less Depreciation | $384.73 |
| Grooming Fixtures and Shelving | Littleton-338282 | $5,540.46 | Cost Less Depreciation | $5,540.46 |
| Grooming Fixtures and Shelving | LoDo-338175 | $1,880.01 | Cost Less Depreciation | $1,880.01 |
| Grooming Fixtures and Shelving | Longmont-338283 | $6,834.34 | Cost Less Depreciation | $6,834.34 |
| Grooming Fixtures and Shelving | Mahtomedi-338253 | $9,846.87 | Cost Less Depreciation | $9,846.87 |
| Grooming Fixtures and Shelving | Maple Grove-338254 | $3,407.36 | Cost Less Depreciation | $3,407.36 |
| Grooming Fixtures and Shelving | Medway-338111 | $1,564.51 | Cost Less Depreciation | $1,564.51 |
| Grooming Fixtures and Shelving | Minneapolis - NorthEast-338256 | $100.44 | Cost Less Depreciation | $100.44 |
| Grooming Fixtures and Shelving | Minneapolis - Uptown-338255 | $3,135.09 | Cost Less Depreciation | $3,135.09 |
| Grooming Fixtures and Shelving | Minnetonka-338257 | $4,701.67 | Cost Less Depreciation | $4,701.67 |
| Grooming Fixtures and Shelving | Montrose-338224 | $17,171.00 | Cost Less Depreciation | $17,171.00 |
| Grooming Fixtures and Shelving | Naperville-338138 | $3,814.62 | Cost Less Depreciation | $3,814.62 |

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 40. Office fixtures**

| General Description | Location | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Grooming Fixtures and Shelving | Newton-338233 | $69,987.03 | Cost Less Depreciation | $69,987.03 |
| Grooming Fixtures and Shelving | North Oaks-338258 | $12,710.85 | Cost Less Depreciation | $12,710.85 |
| Grooming Fixtures and Shelving | Northbrook-338126 | $1,482.62 | Cost Less Depreciation | $1,482.62 |
| Grooming Fixtures and Shelving | Northfield-338259 | $0.00 | Cost Less Depreciation | $0.00 |
| Grooming Fixtures and Shelving | Office - MN | $1,665.68 | Cost Less Depreciation | $1,665.68 |
| Grooming Fixtures and Shelving | Old Town-338227 | $24,013.16 | Cost Less Depreciation | $24,013.16 |
| Grooming Fixtures and Shelving | Orland Park-338137 | $4,089.48 | Cost Less Depreciation | $4,089.48 |
| Grooming Fixtures and Shelving | Park Ridge-338120 | $9,536.72 | Cost Less Depreciation | $9,536.72 |
| Grooming Fixtures and Shelving | Pinecroft-338195 | $20,054.16 | Cost Less Depreciation | $20,054.16 |
| Grooming Fixtures and Shelving | Plymouth - Vicksburg-338261 | $8,371.86 | Cost Less Depreciation | $8,371.86 |
| Grooming Fixtures and Shelving | Plymouth East-338260 | $10,707.06 | Cost Less Depreciation | $10,707.06 |
| Grooming Fixtures and Shelving | Portland-338141 | $699.61 | Cost Less Depreciation | $699.61 |
| Grooming Fixtures and Shelving | Red Wing-338262 | $0.00 | Cost Less Depreciation | $0.00 |
| Grooming Fixtures and Shelving | River North-338217 | $7,383.55 | Cost Less Depreciation | $7,383.55 |
| Grooming Fixtures and Shelving | Riverstone-338215 | $14,143.32 | Cost Less Depreciation | $14,143.32 |
| Grooming Fixtures and Shelving | Rochester-338263 | $20,420.05 | Cost Less Depreciation | $20,420.05 |
| Grooming Fixtures and Shelving | Rockville-338158 | $2,099.92 | Cost Less Depreciation | $2,099.92 |
| Grooming Fixtures and Shelving | Roscoe Village-338214 | $2,992.82 | Cost Less Depreciation | $2,992.82 |
| Grooming Fixtures and Shelving | Rosemount-338264 | $5,189.30 | Cost Less Depreciation | $5,189.30 |
| Grooming Fixtures and Shelving | Roseville-338265 | $23,810.59 | Cost Less Depreciation | $23,810.59 |
| Grooming Fixtures and Shelving | Saco-338147 | $321.84 | Cost Less Depreciation | $321.84 |
| Grooming Fixtures and Shelving | Salem-338152 | $489.16 | Cost Less Depreciation | $489.16 |
| Grooming Fixtures and Shelving | Sanford-338148 | $105.93 | Cost Less Depreciation | $105.93 |
| Grooming Fixtures and Shelving | Savage-338266 | $2,033.05 | Cost Less Depreciation | $2,033.05 |
| Grooming Fixtures and Shelving | Scarborough-338144 | $133.19 | Cost Less Depreciation | $133.19 |
| Grooming Fixtures and Shelving | Shakopee-338267 | $15,173.43 | Cost Less Depreciation | $15,173.43 |
| Grooming Fixtures and Shelving | Shrewsbury-338113 | $1,991.10 | Cost Less Depreciation | $1,991.10 |
| Grooming Fixtures and Shelving | South Barrington-338121 | $1,187.82 | Cost Less Depreciation | $1,187.82 |
| Grooming Fixtures and Shelving | South End-338220 | $64,724.38 | Cost Less Depreciation | $64,724.38 |
| Grooming Fixtures and Shelving | South Lamar-338184 | $1,927.12 | Cost Less Depreciation | $1,927.12 |
| Grooming Fixtures and Shelving | South Portland-338143 | $3,803.40 | Cost Less Depreciation | $3,803.40 |
| Grooming Fixtures and Shelving | Springwoods-338198 | $2,259.31 | Cost Less Depreciation | $2,259.31 |
| Grooming Fixtures and Shelving | St. Paul - Highland Park-338268 | $21,770.14 | Cost Less Depreciation | $21,770.14 |
| Grooming Fixtures and Shelving | St. Paul - Lowertown-338288 | $21,983.48 | Cost Less Depreciation | $21,983.48 |
| Grooming Fixtures and Shelving | State St-338135 | $3,223.01 | Cost Less Depreciation | $3,223.01 |

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 40. Office fixtures**

| General Description | Location | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Grooming Fixtures and Shelving | Steiner Ranch-338199 | $4,282.34 | Cost Less Depreciation | $4,282.34 |
| Grooming Fixtures and Shelving | Sterling Ridge-338200 | $1,549.54 | Cost Less Depreciation | $1,549.54 |
| Grooming Fixtures and Shelving | Stone Oak-338180 | $3,207.58 | Cost Less Depreciation | $3,207.58 |
| Grooming Fixtures and Shelving | Stoneham-338149 | $1,321.30 | Cost Less Depreciation | $1,321.30 |
| Grooming Fixtures and Shelving | Stratham-338151 | $1,221.15 | Cost Less Depreciation | $1,221.15 |
| Grooming Fixtures and Shelving | Streeterville-338125 | $1,661.83 | Cost Less Depreciation | $1,661.83 |
| Grooming Fixtures and Shelving | Studio City-338160 | $1,183.88 | Cost Less Depreciation | $1,183.88 |
| Grooming Fixtures and Shelving | Sudbury-338114 | $6,102.65 | Cost Less Depreciation | $6,102.65 |
| Grooming Fixtures and Shelving | Tanglewood/Chimney Rock-338230 | $49,253.34 | Cost Less Depreciation | $49,253.34 |
| Grooming Fixtures and Shelving | Topsham-338146 | $3,651.76 | Cost Less Depreciation | $3,651.76 |
| Grooming Fixtures and Shelving | Tysons-338130 | $498.62 | Cost Less Depreciation | $498.62 |
| Grooming Fixtures and Shelving | Valencia-338161 | $2,753.60 | Cost Less Depreciation | $2,753.60 |
| Grooming Fixtures and Shelving | Venice-338166 | $1,661.15 | Cost Less Depreciation | $1,661.15 |
| Grooming Fixtures and Shelving | Vernon Hills-338123 | $2,428.69 | Cost Less Depreciation | $2,428.69 |
| Grooming Fixtures and Shelving | Vienna-338133 | $548.50 | Cost Less Depreciation | $548.50 |
| Grooming Fixtures and Shelving | Vintage Park-338203 | $3,898.05 | Cost Less Depreciation | $3,898.05 |
| Grooming Fixtures and Shelving | Washington Ave-338236 | $52,543.49 | Cost Less Depreciation | $52,543.49 |
| Grooming Fixtures and Shelving | Wayland-338115 | $3,861.07 | Cost Less Depreciation | $3,861.07 |
| Grooming Fixtures and Shelving | Wayzata-338269 | $21,730.69 | Cost Less Depreciation | $21,730.69 |
| Grooming Fixtures and Shelving | Wellesley-338231 | $70,022.08 | Cost Less Depreciation | $70,022.08 |
| Grooming Fixtures and Shelving | West Gray-338182 | $1,284.69 | Cost Less Depreciation | $1,284.69 |
| Grooming Fixtures and Shelving | West St Paul-338270 | $14,523.43 | Cost Less Depreciation | $14,523.43 |
| Grooming Fixtures and Shelving | West University-338204 | $17,050.65 | Cost Less Depreciation | $17,050.65 |
| Grooming Fixtures and Shelving | Westlake Village-338168 | $13.12 | Cost Less Depreciation | $13.12 |
| Grooming Fixtures and Shelving | Westminster (CD)-338285 | $11,357.03 | Cost Less Depreciation | $11,357.03 |
| Grooming Fixtures and Shelving | Westminster (KR)-338172 | $0.00 | Cost Less Depreciation | $0.00 |
| Grooming Fixtures and Shelving | Wichita East-338286 | $17,759.16 | Cost Less Depreciation | $17,759.16 |
| Grooming Fixtures and Shelving | Wichita West-338287 | $14,444.31 | Cost Less Depreciation | $14,444.31 |
| Grooming Fixtures and Shelving | Wilmette-338118 | $42.92 | Cost Less Depreciation | $42.92 |
| Grooming Fixtures and Shelving | Windham-338140 | $306.43 | Cost Less Depreciation | $306.43 |
| Grooming Fixtures and Shelving | Woodbury HQ | $3,736.91 | Cost Less Depreciation | $3,736.91 |
| Grooming Fixtures and Shelving | Woodbury-338271 | $11,439.27 | Cost Less Depreciation | $11,439.27 |
| Grooming Fixtures and Shelving | Woodland Hughes-338179 | $5,141.51 | Cost Less Depreciation | $5,141.51 |
| **Grand Total** | | | | **$1,452,954.42** |

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 7, QUESTION 41

OFFICE EQUIPMENT, INCLUDING ALL COMPUTER
EQUIPMENT AND COMMUNICATION SYSTEMS
EQUIPMENT AND SOFTWARE

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 41. Office equipment, including all computer equipment and communication systems equipment and software**

| General Description | Location | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Equipment, Computers, Point of Sale, Servers, and Software | 20th Street-338178 | $2,943.82 | Cost Less Depreciation | $2,943.82 |
| Equipment, Computers, Point of Sale, Servers, and Software | 50th & France-338240 | $9,866.06 | Cost Less Depreciation | $9,866.06 |
| Equipment, Computers, Point of Sale, Servers, and Software | 8089115-Kriser's IL Warehouse | $2,850.09 | Cost Less Depreciation | $2,850.09 |
| Equipment, Computers, Point of Sale, Servers, and Software | Acton-338109 | $3,111.65 | Cost Less Depreciation | $3,111.65 |
| Equipment, Computers, Point of Sale, Servers, and Software | Andersonville-338127 | $2,583.96 | Cost Less Depreciation | $2,583.96 |
| Equipment, Computers, Point of Sale, Servers, and Software | Annapolis-338108 | $1,002.03 | Cost Less Depreciation | $1,002.03 |
| Equipment, Computers, Point of Sale, Servers, and Software | Apple Valley-338289 | $12,350.23 | Cost Less Depreciation | $12,350.23 |
| Equipment, Computers, Point of Sale, Servers, and Software | Arlington/Clarendon-338131 | $2,165.50 | Cost Less Depreciation | $2,165.50 |
| Equipment, Computers, Point of Sale, Servers, and Software | Arvada-338272 | $8,228.16 | Cost Less Depreciation | $8,228.16 |
| Equipment, Computers, Point of Sale, Servers, and Software | Ashburn-338157 | $2,490.04 | Cost Less Depreciation | $2,490.04 |
| Equipment, Computers, Point of Sale, Servers, and Software | Aurora-338274 | $0.00 | Cost Less Depreciation | $0.00 |
| Equipment, Computers, Point of Sale, Servers, and Software | Austin Arboretum-338181 | $2,192.34 | Cost Less Depreciation | $2,192.34 |
| Equipment, Computers, Point of Sale, Servers, and Software | Bedford-338155 | $2,930.18 | Cost Less Depreciation | $2,930.18 |
| Equipment, Computers, Point of Sale, Servers, and Software | Belleview-338169 | $2,556.34 | Cost Less Depreciation | $2,556.34 |
| Equipment, Computers, Point of Sale, Servers, and Software | Belmont-338119 | $2,936.52 | Cost Less Depreciation | $2,936.52 |
| Equipment, Computers, Point of Sale, Servers, and Software | Bethesda-338225 | $7,593.63 | Cost Less Depreciation | $7,593.63 |
| Equipment, Computers, Point of Sale, Servers, and Software | Beverly-338229 | $3,484.00 | Cost Less Depreciation | $3,484.00 |
| Equipment, Computers, Point of Sale, Servers, and Software | Blaine-338241 | $963.47 | Cost Less Depreciation | $963.47 |
| Equipment, Computers, Point of Sale, Servers, and Software | Bloomington-338242 | $3,450.63 | Cost Less Depreciation | $3,450.63 |
| Equipment, Computers, Point of Sale, Servers, and Software | Brea-338167 | $2,335.57 | Cost Less Depreciation | $2,335.57 |
| Equipment, Computers, Point of Sale, Servers, and Software | Bridgeland-338185 | $2,960.22 | Cost Less Depreciation | $2,960.22 |
| Equipment, Computers, Point of Sale, Servers, and Software | Bucktown-338122 | $4,175.97 | Cost Less Depreciation | $4,175.97 |
| Equipment, Computers, Point of Sale, Servers, and Software | Buffalo-338176 | $2,165.50 | Cost Less Depreciation | $2,165.50 |
| Equipment, Computers, Point of Sale, Servers, and Software | Cambridge-338228 | $6,428.68 | Cost Less Depreciation | $6,428.68 |
| Equipment, Computers, Point of Sale, Servers, and Software | Canton Brewers Hill-338221 | $2,867.89 | Cost Less Depreciation | $2,867.89 |
| Equipment, Computers, Point of Sale, Servers, and Software | Canton-338110 | $2,734.20 | Cost Less Depreciation | $2,734.20 |
| Equipment, Computers, Point of Sale, Servers, and Software | Castle Rock-338275 | $4,292.09 | Cost Less Depreciation | $4,292.09 |
| Equipment, Computers, Point of Sale, Servers, and Software | Cathedral-338132 | $2,502.34 | Cost Less Depreciation | $2,502.34 |
| Equipment, Computers, Point of Sale, Servers, and Software | Catonsville-338107 | $640.45 | Cost Less Depreciation | $640.45 |
| Equipment, Computers, Point of Sale, Servers, and Software | Cedar Park-338186 | $2,960.31 | Cost Less Depreciation | $2,960.31 |
| Equipment, Computers, Point of Sale, Servers, and Software | Champions-338177 | $2,165.50 | Cost Less Depreciation | $2,165.50 |
| Equipment, Computers, Point of Sale, Servers, and Software | Chanhassen-338243 | $13,552.68 | Cost Less Depreciation | $13,552.68 |
| Equipment, Computers, Point of Sale, Servers, and Software | Clarksville-338101 | $640.44 | Cost Less Depreciation | $640.44 |
| Equipment, Computers, Point of Sale, Servers, and Software | Clybourn-338117 | $4,819.16 | Cost Less Depreciation | $4,819.16 |
| Equipment, Computers, Point of Sale, Servers, and Software | Columbia-338159 | $2,713.20 | Cost Less Depreciation | $2,713.20 |
| Equipment, Computers, Point of Sale, Servers, and Software | Concord-338209 | $3,200.26 | Cost Less Depreciation | $3,200.26 |
| Equipment, Computers, Point of Sale, Servers, and Software | Congressional-338105 | $407.37 | Cost Less Depreciation | $407.37 |
| Equipment, Computers, Point of Sale, Servers, and Software | Coon Rapids-338244 | $2,118.01 | Cost Less Depreciation | $2,118.01 |

Independent Pet Partners Holdings, LLC
Case No. 23-10153
Schedule AB 41. Office equipment, including all computer equipment and communication systems equipment and software

| General Description | Location | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Equipment, Computers, Point of Sale, Servers, and Software | Cottage Grove-338245 | $0.00 | Cost Less Depreciation | $0.00 |
| Equipment, Computers, Point of Sale, Servers, and Software | Cypress-338188 | $2,960.31 | Cost Less Depreciation | $2,960.31 |
| Equipment, Computers, Point of Sale, Servers, and Software | Danvers-338150 | $6,503.34 | Cost Less Depreciation | $6,503.34 |
| Equipment, Computers, Point of Sale, Servers, and Software | Dedham-338235 | $19,632.48 | Cost Less Depreciation | $19,632.48 |
| Equipment, Computers, Point of Sale, Servers, and Software | Denver - Cherry Creek-338276 | $1,208.88 | Cost Less Depreciation | $1,208.88 |
| Equipment, Computers, Point of Sale, Servers, and Software | Derby-338277 | $1,290.82 | Cost Less Depreciation | $1,290.82 |
| Equipment, Computers, Point of Sale, Servers, and Software | Eagan-338246 | $0.00 | Cost Less Depreciation | $0.00 |
| Equipment, Computers, Point of Sale, Servers, and Software | Ecommerce Chuck and Dons | $1,958.19 | Cost Less Depreciation | $1,958.19 |
| Equipment, Computers, Point of Sale, Servers, and Software | Eden Prairie-338247 | $5,955.05 | Cost Less Depreciation | $5,955.05 |
| Equipment, Computers, Point of Sale, Servers, and Software | Edina-338248 | $429.43 | Cost Less Depreciation | $429.43 |
| Equipment, Computers, Point of Sale, Servers, and Software | Elk River-338249 | $3,973.89 | Cost Less Depreciation | $3,973.89 |
| Equipment, Computers, Point of Sale, Servers, and Software | Erie-338278 | $5,251.04 | Cost Less Depreciation | $5,251.04 |
| Equipment, Computers, Point of Sale, Servers, and Software | Fairfax-338129 | $2,366.34 | Cost Less Depreciation | $2,366.34 |
| Equipment, Computers, Point of Sale, Servers, and Software | Forest Lake-338250 | $984.70 | Cost Less Depreciation | $984.70 |
| Equipment, Computers, Point of Sale, Servers, and Software | Fort Collins-338174 | $2,252.94 | Cost Less Depreciation | $2,252.94 |
| Equipment, Computers, Point of Sale, Servers, and Software | Garden Oaks-338189 | $3,317.36 | Cost Less Depreciation | $3,317.36 |
| Equipment, Computers, Point of Sale, Servers, and Software | Georgetown-338207 | $2,833.97 | Cost Less Depreciation | $2,833.97 |
| Equipment, Computers, Point of Sale, Servers, and Software | Glen Ellyn-338136 | $2,775.96 | Cost Less Depreciation | $2,775.96 |
| Equipment, Computers, Point of Sale, Servers, and Software | Greenwood Village-338280 | $20,023.44 | Cost Less Depreciation | $20,023.44 |
| Equipment, Computers, Point of Sale, Servers, and Software | Heights-338190 | $2,690.05 | Cost Less Depreciation | $2,690.05 |
| Equipment, Computers, Point of Sale, Servers, and Software | Herndon-338156 | $2,729.13 | Cost Less Depreciation | $2,729.13 |
| Equipment, Computers, Point of Sale, Servers, and Software | Highlands Ranch (CD)-338281 | $4,683.78 | Cost Less Depreciation | $4,683.78 |
| Equipment, Computers, Point of Sale, Servers, and Software | Highlands Ranch (KR)-338173 | $2,204.84 | Cost Less Depreciation | $2,204.84 |
| Equipment, Computers, Point of Sale, Servers, and Software | HQ - Corporate Office | $215,524.16 | Cost Less Depreciation | $215,524.16 |
| Equipment, Computers, Point of Sale, Servers, and Software | Hudson-338251 | $4,096.19 | Cost Less Depreciation | $4,096.19 |
| Equipment, Computers, Point of Sale, Servers, and Software | Hutto-338206 | $0.00 | Cost Less Depreciation | $0.00 |
| Equipment, Computers, Point of Sale, Servers, and Software | Irvine-338163 | $2,799.07 | Cost Less Depreciation | $2,799.07 |
| Equipment, Computers, Point of Sale, Servers, and Software | Kent Place-338170 | $2,246.96 | Cost Less Depreciation | $2,246.96 |
| Equipment, Computers, Point of Sale, Servers, and Software | Kentlands-338103 | $1,580.77 | Cost Less Depreciation | $1,580.77 |
| Equipment, Computers, Point of Sale, Servers, and Software | Kildeer-338124 | $2,165.50 | Cost Less Depreciation | $2,165.50 |
| Equipment, Computers, Point of Sale, Servers, and Software | Kingwood East-338226 | $2,899.04 | Cost Less Depreciation | $2,899.04 |
| Equipment, Computers, Point of Sale, Servers, and Software | Kingwood-338191 | $3,334.05 | Cost Less Depreciation | $3,334.05 |
| Equipment, Computers, Point of Sale, Servers, and Software | Laguna Niguel-338165 | $2,337.54 | Cost Less Depreciation | $2,337.54 |
| Equipment, Computers, Point of Sale, Servers, and Software | Lakeville-338252 | $1,350.38 | Cost Less Depreciation | $1,350.38 |
| Equipment, Computers, Point of Sale, Servers, and Software | Lakewood-338171 | $2,259.75 | Cost Less Depreciation | $2,259.75 |
| Equipment, Computers, Point of Sale, Servers, and Software | Lee Harrison-338134 | $2,278.83 | Cost Less Depreciation | $2,278.83 |
| Equipment, Computers, Point of Sale, Servers, and Software | Lewiston-338142 | $3,135.62 | Cost Less Depreciation | $3,135.62 |
| Equipment, Computers, Point of Sale, Servers, and Software | Littleton (LC)-338211 | $3,415.67 | Cost Less Depreciation | $3,415.67 |

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 41. Office equipment, including all computer equipment and communication systems equipment and software**

| General Description | Location | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Equipment, Computers, Point of Sale, Servers, and Software | Littleton-338282 | $1,258.52 | Cost Less Depreciation | $1,258.52 |
| Equipment, Computers, Point of Sale, Servers, and Software | LoDo-338175 | $2,456.85 | Cost Less Depreciation | $2,456.85 |
| Equipment, Computers, Point of Sale, Servers, and Software | Longmont-338283 | $3,240.25 | Cost Less Depreciation | $3,240.25 |
| Equipment, Computers, Point of Sale, Servers, and Software | Mahtomedi-338253 | $8,263.26 | Cost Less Depreciation | $8,263.26 |
| Equipment, Computers, Point of Sale, Servers, and Software | Maple Grove-338254 | $747.86 | Cost Less Depreciation | $747.86 |
| Equipment, Computers, Point of Sale, Servers, and Software | Marlborough-338212 | $0.00 | Cost Less Depreciation | $0.00 |
| Equipment, Computers, Point of Sale, Servers, and Software | McHenry Row-338222 | $2,874.39 | Cost Less Depreciation | $2,874.39 |
| Equipment, Computers, Point of Sale, Servers, and Software | Medway-338111 | $2,950.70 | Cost Less Depreciation | $2,950.70 |
| Equipment, Computers, Point of Sale, Servers, and Software | Middleburg-338128 | $2,395.93 | Cost Less Depreciation | $2,395.93 |
| Equipment, Computers, Point of Sale, Servers, and Software | Minneapolis - NorthEast-338256 | $0.00 | Cost Less Depreciation | $0.00 |
| Equipment, Computers, Point of Sale, Servers, and Software | Minneapolis - Uptown-338255 | $1,176.13 | Cost Less Depreciation | $1,176.13 |
| Equipment, Computers, Point of Sale, Servers, and Software | Minnetonka-338257 | $2,972.44 | Cost Less Depreciation | $2,972.44 |
| Equipment, Computers, Point of Sale, Servers, and Software | Montrose-338224 | $3,903.24 | Cost Less Depreciation | $3,903.24 |
| Equipment, Computers, Point of Sale, Servers, and Software | Mosaic-338219 | $3,329.97 | Cost Less Depreciation | $3,329.97 |
| Equipment, Computers, Point of Sale, Servers, and Software | Mt. Washington-338223 | $3,151.19 | Cost Less Depreciation | $3,151.19 |
| Equipment, Computers, Point of Sale, Servers, and Software | Naperville-338138 | $2,194.13 | Cost Less Depreciation | $2,194.13 |
| Equipment, Computers, Point of Sale, Servers, and Software | Newport Beach-338162 | $2,720.13 | Cost Less Depreciation | $2,720.13 |
| Equipment, Computers, Point of Sale, Servers, and Software | Newton-338233 | $8,609.38 | Cost Less Depreciation | $8,609.38 |
| Equipment, Computers, Point of Sale, Servers, and Software | North Oaks-338258 | $1,459.36 | Cost Less Depreciation | $1,459.36 |
| Equipment, Computers, Point of Sale, Servers, and Software | Northbrook-338126 | $3,045.54 | Cost Less Depreciation | $3,045.54 |
| Equipment, Computers, Point of Sale, Servers, and Software | Northfield-338259 | $0.00 | Cost Less Depreciation | $0.00 |
| Equipment, Computers, Point of Sale, Servers, and Software | Office - MN | $122,702.82 | Cost Less Depreciation | $122,702.82 |
| Equipment, Computers, Point of Sale, Servers, and Software | Office - NY | $8,369.30 | Cost Less Depreciation | $8,369.30 |
| Equipment, Computers, Point of Sale, Servers, and Software | Office - Remote | $581.20 | Cost Less Depreciation | $581.20 |
| Equipment, Computers, Point of Sale, Servers, and Software | Old Town-338227 | $12,106.37 | Cost Less Depreciation | $12,106.37 |
| Equipment, Computers, Point of Sale, Servers, and Software | Olney-338102 | $858.39 | Cost Less Depreciation | $858.39 |
| Equipment, Computers, Point of Sale, Servers, and Software | Orland Park-338137 | $2,165.50 | Cost Less Depreciation | $2,165.50 |
| Equipment, Computers, Point of Sale, Servers, and Software | Park Ridge-338120 | $4,317.96 | Cost Less Depreciation | $4,317.96 |
| Equipment, Computers, Point of Sale, Servers, and Software | Pikesville-338104 | $2,016.27 | Cost Less Depreciation | $2,016.27 |
| Equipment, Computers, Point of Sale, Servers, and Software | Pinecroft-338195 | $2,942.32 | Cost Less Depreciation | $2,942.32 |
| Equipment, Computers, Point of Sale, Servers, and Software | Plymouth - Vicksburg-338261 | $935.61 | Cost Less Depreciation | $935.61 |
| Equipment, Computers, Point of Sale, Servers, and Software | Plymouth East-338260 | $22,075.14 | Cost Less Depreciation | $22,075.14 |
| Equipment, Computers, Point of Sale, Servers, and Software | Portland-338141 | $4,692.74 | Cost Less Depreciation | $4,692.74 |
| Equipment, Computers, Point of Sale, Servers, and Software | Red Wing-338262 | $0.00 | Cost Less Depreciation | $0.00 |
| Equipment, Computers, Point of Sale, Servers, and Software | River North-338217 | $2,910.92 | Cost Less Depreciation | $2,910.92 |
| Equipment, Computers, Point of Sale, Servers, and Software | Riverstone-338215 | $2,235.06 | Cost Less Depreciation | $2,235.06 |
| Equipment, Computers, Point of Sale, Servers, and Software | Rochester-338263 | $10,131.13 | Cost Less Depreciation | $10,131.13 |
| Equipment, Computers, Point of Sale, Servers, and Software | Rockville-338158 | $3,358.75 | Cost Less Depreciation | $3,358.75 |

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 41. Office equipment, including all computer equipment and communication systems equipment and software**

| General Description | Location | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Equipment, Computers, Point of Sale, Servers, and Software | Roscoe Village-338214 | $2,511.63 | Cost Less Depreciation | $2,511.63 |
| Equipment, Computers, Point of Sale, Servers, and Software | Rosemount-338264 | $2,359.46 | Cost Less Depreciation | $2,359.46 |
| Equipment, Computers, Point of Sale, Servers, and Software | Roseville-338265 | $10,481.73 | Cost Less Depreciation | $10,481.73 |
| Equipment, Computers, Point of Sale, Servers, and Software | Saco-338147 | $3,828.55 | Cost Less Depreciation | $3,828.55 |
| Equipment, Computers, Point of Sale, Servers, and Software | Salem-338152 | $2,930.18 | Cost Less Depreciation | $2,930.18 |
| Equipment, Computers, Point of Sale, Servers, and Software | Sanford-338148 | $3,260.13 | Cost Less Depreciation | $3,260.13 |
| Equipment, Computers, Point of Sale, Servers, and Software | Savage-338266 | $0.00 | Cost Less Depreciation | $0.00 |
| Equipment, Computers, Point of Sale, Servers, and Software | Scarborough-338144 | $2,890.96 | Cost Less Depreciation | $2,890.96 |
| Equipment, Computers, Point of Sale, Servers, and Software | Shakopee-338267 | $3,517.45 | Cost Less Depreciation | $3,517.45 |
| Equipment, Computers, Point of Sale, Servers, and Software | Shrewsbury-338113 | $4,083.90 | Cost Less Depreciation | $4,083.90 |
| Equipment, Computers, Point of Sale, Servers, and Software | Silver Spring-338106 | $1,538.37 | Cost Less Depreciation | $1,538.37 |
| Equipment, Computers, Point of Sale, Servers, and Software | South Barrington-338121 | $2,052.34 | Cost Less Depreciation | $2,052.34 |
| Equipment, Computers, Point of Sale, Servers, and Software | South Bay-338216 | $41,062.06 | Cost Less Depreciation | $41,062.06 |
| Equipment, Computers, Point of Sale, Servers, and Software | South End-338220 | $7,138.61 | Cost Less Depreciation | $7,138.61 |
| Equipment, Computers, Point of Sale, Servers, and Software | South Lamar-338184 | $2,456.70 | Cost Less Depreciation | $2,456.70 |
| Equipment, Computers, Point of Sale, Servers, and Software | South Portland-338143 | $5,361.46 | Cost Less Depreciation | $5,361.46 |
| Equipment, Computers, Point of Sale, Servers, and Software | Springwoods-338198 | $2,942.04 | Cost Less Depreciation | $2,942.04 |
| Equipment, Computers, Point of Sale, Servers, and Software | St. Paul - Highland Park-338268 | $4,034.39 | Cost Less Depreciation | $4,034.39 |
| Equipment, Computers, Point of Sale, Servers, and Software | St. Paul - Lowertown-338288 | $2,974.82 | Cost Less Depreciation | $2,974.82 |
| Equipment, Computers, Point of Sale, Servers, and Software | State St-338135 | $2,165.78 | Cost Less Depreciation | $2,165.78 |
| Equipment, Computers, Point of Sale, Servers, and Software | Steiner Ranch-338199 | $2,960.31 | Cost Less Depreciation | $2,960.31 |
| Equipment, Computers, Point of Sale, Servers, and Software | Sterling Ridge-338200 | $4,161.27 | Cost Less Depreciation | $4,161.27 |
| Equipment, Computers, Point of Sale, Servers, and Software | Stone Oak-338180 | $2,916.00 | Cost Less Depreciation | $2,916.00 |
| Equipment, Computers, Point of Sale, Servers, and Software | Stoneham-338149 | $4,994.94 | Cost Less Depreciation | $4,994.94 |
| Equipment, Computers, Point of Sale, Servers, and Software | Stow-338213 | $4,511.94 | Cost Less Depreciation | $4,511.94 |
| Equipment, Computers, Point of Sale, Servers, and Software | Stratham-338151 | $5,047.25 | Cost Less Depreciation | $5,047.25 |
| Equipment, Computers, Point of Sale, Servers, and Software | Streeterville-338125 | $2,339.02 | Cost Less Depreciation | $2,339.02 |
| Equipment, Computers, Point of Sale, Servers, and Software | Studio City-338160 | $2,269.43 | Cost Less Depreciation | $2,269.43 |
| Equipment, Computers, Point of Sale, Servers, and Software | Sudbury-338114 | $3,788.04 | Cost Less Depreciation | $3,788.04 |
| Equipment, Computers, Point of Sale, Servers, and Software | Sugarland-338201 | $12,919.73 | Cost Less Depreciation | $12,919.73 |
| Equipment, Computers, Point of Sale, Servers, and Software | Topsham-338146 | $2,790.18 | Cost Less Depreciation | $2,790.18 |
| Equipment, Computers, Point of Sale, Servers, and Software | Torrance (Never Opened)-0117519 | $0.00 | Cost Less Depreciation | $0.00 |
| Equipment, Computers, Point of Sale, Servers, and Software | Tysons-338130 | $2,483.08 | Cost Less Depreciation | $2,483.08 |
| Equipment, Computers, Point of Sale, Servers, and Software | Valencia-338161 | $2,957.07 | Cost Less Depreciation | $2,957.07 |
| Equipment, Computers, Point of Sale, Servers, and Software | Venice-338166 | $2,363.29 | Cost Less Depreciation | $2,363.29 |
| Equipment, Computers, Point of Sale, Servers, and Software | Vernon Hills-338123 | $3,153.67 | Cost Less Depreciation | $3,153.67 |
| Equipment, Computers, Point of Sale, Servers, and Software | Vienna-338133 | $4,335.42 | Cost Less Depreciation | $4,335.42 |
| Equipment, Computers, Point of Sale, Servers, and Software | Vintage Park-338203 | $3,209.71 | Cost Less Depreciation | $3,209.71 |

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 41. Office equipment, including all computer equipment and communication systems equipment and software**

| General Description | Location | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Equipment, Computers, Point of Sale, Servers, and Software | Washington Ave-338236 | $1,872.51 | Cost Less Depreciation | $1,872.51 |
| Equipment, Computers, Point of Sale, Servers, and Software | Wayland-338115 | $2,734.20 | Cost Less Depreciation | $2,734.20 |
| Equipment, Computers, Point of Sale, Servers, and Software | Wayzata-338269 | $3,249.02 | Cost Less Depreciation | $3,249.02 |
| Equipment, Computers, Point of Sale, Servers, and Software | Wellesley-338231 | $5,248.20 | Cost Less Depreciation | $5,248.20 |
| Equipment, Computers, Point of Sale, Servers, and Software | West Gray-338182 | $2,172.32 | Cost Less Depreciation | $2,172.32 |
| Equipment, Computers, Point of Sale, Servers, and Software | West St Paul-338270 | $6,738.96 | Cost Less Depreciation | $6,738.96 |
| Equipment, Computers, Point of Sale, Servers, and Software | West University-338204 | $2,742.19 | Cost Less Depreciation | $2,742.19 |
| Equipment, Computers, Point of Sale, Servers, and Software | Westlake Village-338168 | $2,812.76 | Cost Less Depreciation | $2,812.76 |
| Equipment, Computers, Point of Sale, Servers, and Software | Westminster (CD)-338285 | $5,934.20 | Cost Less Depreciation | $5,934.20 |
| Equipment, Computers, Point of Sale, Servers, and Software | Westminster (KR)-338172 | $2,392.51 | Cost Less Depreciation | $2,392.51 |
| Equipment, Computers, Point of Sale, Servers, and Software | Wichita East-338286 | $1,782.43 | Cost Less Depreciation | $1,782.43 |
| Equipment, Computers, Point of Sale, Servers, and Software | Wichita West-338287 | $1,290.60 | Cost Less Depreciation | $1,290.60 |
| Equipment, Computers, Point of Sale, Servers, and Software | Wilmette-338118 | $2,758.98 | Cost Less Depreciation | $2,758.98 |
| Equipment, Computers, Point of Sale, Servers, and Software | Windham-338140 | $4,343.13 | Cost Less Depreciation | $4,343.13 |
| Equipment, Computers, Point of Sale, Servers, and Software | Woodbury HQ | $33,845.52 | Cost Less Depreciation | $33,845.52 |
| Equipment, Computers, Point of Sale, Servers, and Software | Woodbury-338271 | $8,887.49 | Cost Less Depreciation | $8,887.49 |
| Equipment, Computers, Point of Sale, Servers, and Software | Woodland Hughes-338179 | $2,165.33 | Cost Less Depreciation | $2,165.33 |
| **Grand Total** | | | | **$1,007,737.97** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 9, QUESTION 55

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
Schedule AB 55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest.

| Description and Location of Property | Nature and Extent of Debtor's Interest in Property | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| **Leasehold Improvements, Buildings, Signage** | | | | |
| Leasehold Improvements, Buildings, Signage - 20th Street-338178 | Leased Property | $9,537.18 | Cost Less Depreciation | $9,537.18 |
| Leasehold Improvements, Buildings, Signage - 50th & France-338240 | Leased Property | $189,104.35 | Cost Less Depreciation | $189,104.35 |
| Leasehold Improvements, Buildings, Signage - Acton-338109 | Leased Property | $12,167.00 | Cost Less Depreciation | $12,167.00 |
| Leasehold Improvements, Buildings, Signage - Andersonville-338127 | Leased Property | $162,612.62 | Cost Less Depreciation | $162,612.62 |
| Leasehold Improvements, Buildings, Signage - Annapolis-338108 | Leased Property | $17,177.40 | Cost Less Depreciation | $17,177.40 |
| Leasehold Improvements, Buildings, Signage - Apple Valley-338289 | Leased Property | $425,524.83 | Cost Less Depreciation | $425,524.83 |
| Leasehold Improvements, Buildings, Signage - Arlington/Clarendon-338131 | Leased Property | $5,342.49 | Cost Less Depreciation | $5,342.49 |
| Leasehold Improvements, Buildings, Signage - Arvada - Ralston Plaza-338273 | Leased Property | $500.85 | Cost Less Depreciation | $500.85 |
| Leasehold Improvements, Buildings, Signage - Arvada-338272 | Leased Property | $180,750.74 | Cost Less Depreciation | $180,750.74 |
| Leasehold Improvements, Buildings, Signage - Ashburn-338157 | Leased Property | $4,383.13 | Cost Less Depreciation | $4,383.13 |
| Leasehold Improvements, Buildings, Signage - Aurora-338274 | Leased Property | $76,076.54 | Cost Less Depreciation | $76,076.54 |
| Leasehold Improvements, Buildings, Signage - Austin Arboretum-338181 | Leased Property | $89,020.49 | Cost Less Depreciation | $89,020.49 |
| Leasehold Improvements, Buildings, Signage - Bedford-338155 | Leased Property | $63,126.32 | Cost Less Depreciation | $63,126.32 |
| Leasehold Improvements, Buildings, Signage - Belleview-338169 | Leased Property | $18,418.43 | Cost Less Depreciation | $18,418.43 |
| Leasehold Improvements, Buildings, Signage - Belmont-338119 | Leased Property | $5,523.54 | Cost Less Depreciation | $5,523.54 |
| Leasehold Improvements, Buildings, Signage - Bethesda-338225 | Leased Property | $363,598.66 | Cost Less Depreciation | $363,598.66 |
| Leasehold Improvements, Buildings, Signage - Beverly-338229 | Leased Property | $245,139.22 | Cost Less Depreciation | $245,139.22 |
| Leasehold Improvements, Buildings, Signage - Blaine-338241 | Leased Property | $3,078.70 | Cost Less Depreciation | $3,078.70 |
| Leasehold Improvements, Buildings, Signage - Bloomington-338242 | Leased Property | $172,554.64 | Cost Less Depreciation | $172,554.64 |
| Leasehold Improvements, Buildings, Signage - Brea-338167 | Leased Property | $3,235.84 | Cost Less Depreciation | $3,235.84 |
| Leasehold Improvements, Buildings, Signage - Bridgeland-338185 | Leased Property | $3,616.77 | Cost Less Depreciation | $3,616.77 |
| Leasehold Improvements, Buildings, Signage - Bucktown-338122 | Leased Property | $182,457.30 | Cost Less Depreciation | $182,457.30 |
| Leasehold Improvements, Buildings, Signage - Buffalo-338176 | Leased Property | $23,511.60 | Cost Less Depreciation | $23,511.60 |
| Leasehold Improvements, Buildings, Signage - Cambridge-338228 | Leased Property | $424,214.45 | Cost Less Depreciation | $424,214.45 |
| Leasehold Improvements, Buildings, Signage - Canton-338110 | Leased Property | $22,479.07 | Cost Less Depreciation | $22,479.07 |
| Leasehold Improvements, Buildings, Signage - Castle Rock-338275 | Leased Property | $14,054.98 | Cost Less Depreciation | $14,054.98 |
| Leasehold Improvements, Buildings, Signage - Cathedral-338132 | Leased Property | $89,071.12 | Cost Less Depreciation | $89,071.12 |
| Leasehold Improvements, Buildings, Signage - Catonsville-338107 | Leased Property | $8,920.27 | Cost Less Depreciation | $8,920.27 |
| Leasehold Improvements, Buildings, Signage - Champions-338177 | Leased Property | $40,921.22 | Cost Less Depreciation | $40,921.22 |
| Leasehold Improvements, Buildings, Signage - Chanhassen-338243 | Leased Property | $217,994.30 | Cost Less Depreciation | $217,994.30 |
| Leasehold Improvements, Buildings, Signage - Clarksville-338101 | Leased Property | $8,473.52 | Cost Less Depreciation | $8,473.52 |
| Leasehold Improvements, Buildings, Signage - Clybourn-338117 | Leased Property | $68,265.65 | Cost Less Depreciation | $68,265.65 |
| Leasehold Improvements, Buildings, Signage - Cobble Hill-338232 | Leased Property | $71,812.07 | Cost Less Depreciation | $71,812.07 |
| Leasehold Improvements, Buildings, Signage - Columbia-338159 | Leased Property | $6,043.41 | Cost Less Depreciation | $6,043.41 |
| Leasehold Improvements, Buildings, Signage - Concord-338209 | Leased Property | $29,573.81 | Cost Less Depreciation | $29,573.81 |
| Leasehold Improvements, Buildings, Signage - Congressional-338105 | Leased Property | $23,190.01 | Cost Less Depreciation | $23,190.01 |
| Leasehold Improvements, Buildings, Signage - Coon Rapids-338244 | Leased Property | $33,732.66 | Cost Less Depreciation | $33,732.66 |
| Leasehold Improvements, Buildings, Signage - Cottage Grove-338245 | Leased Property | $37,418.78 | Cost Less Depreciation | $37,418.78 |
| Leasehold Improvements, Buildings, Signage - Cypress-338188 | Leased Property | $9,687.22 | Cost Less Depreciation | $9,687.22 |
| Leasehold Improvements, Buildings, Signage - Danvers-338161 | Leased Property | $19,561.81 | Cost Less Depreciation | $19,561.81 |
| Leasehold Improvements, Buildings, Signage - Dedham-338235 | Leased Property | $475,231.65 | Cost Less Depreciation | $475,231.65 |
| Leasehold Improvements, Buildings, Signage - Denver - Cherry Creek-338276 | Leased Property | $13,723.58 | Cost Less Depreciation | $13,723.58 |
| Leasehold Improvements, Buildings, Signage - Derby-338277 | Leased Property | $10,767.83 | Cost Less Depreciation | $10,767.83 |
| Leasehold Improvements, Buildings, Signage - Eagan-338246 | Leased Property | $1,041.66 | Cost Less Depreciation | $1,041.66 |
| Leasehold Improvements, Buildings, Signage - Ecommerce Chuck and Dons | Leased Property | $1,116.75 | Cost Less Depreciation | $1,116.75 |
| Leasehold Improvements, Buildings, Signage - Eden Prairie-338247 | Leased Property | $249,341.68 | Cost Less Depreciation | $249,341.68 |
| Leasehold Improvements, Buildings, Signage - Edina-338248 | Leased Property | $13,771.20 | Cost Less Depreciation | $13,771.20 |
| Leasehold Improvements, Buildings, Signage - Elk River-338249 | Leased Property | $10,378.07 | Cost Less Depreciation | $10,378.07 |
| Leasehold Improvements, Buildings, Signage - Erie-338278 | Leased Property | $143,398.70 | Cost Less Depreciation | $143,398.70 |
| Leasehold Improvements, Buildings, Signage - Fairfax-338129 | Leased Property | $116,623.31 | Cost Less Depreciation | $116,623.31 |
| Leasehold Improvements, Buildings, Signage - Firestone-338279 | Leased Property | $12,351.60 | Cost Less Depreciation | $12,351.60 |
| Leasehold Improvements, Buildings, Signage - Forest Lake-338250 | Leased Property | $38,043.56 | Cost Less Depreciation | $38,043.56 |
| Leasehold Improvements, Buildings, Signage - Fort Collins-338174 | Leased Property | $66,004.01 | Cost Less Depreciation | $66,004.01 |
| Leasehold Improvements, Buildings, Signage - Garden Oaks-338189 | Leased Property | -$687.50 | Cost Less Depreciation | -$687.50 |
| Leasehold Improvements, Buildings, Signage - Glen Ellyn-338136 | Leased Property | $22,672.72 | Cost Less Depreciation | $22,672.72 |
| Leasehold Improvements, Buildings, Signage - Greenwood Village-338280 | Leased Property | $141,664.31 | Cost Less Depreciation | $141,664.31 |
| Leasehold Improvements, Buildings, Signage - Herndon-338156 | Leased Property | $10,706.99 | Cost Less Depreciation | $10,706.99 |
| Leasehold Improvements, Buildings, Signage - Highlands Ranch (CD)-338281 | Leased Property | $4,360.59 | Cost Less Depreciation | $4,360.59 |
| Leasehold Improvements, Buildings, Signage - Highlands Ranch (KR)-338173 | Leased Property | $27,239.35 | Cost Less Depreciation | $27,239.35 |
| Leasehold Improvements, Buildings, Signage - HQ - Corporate Office | Leased Property | $64,202.27 | Cost Less Depreciation | $64,202.27 |
| Leasehold Improvements, Buildings, Signage - Hudson-338251 | Leased Property | $133,662.66 | Cost Less Depreciation | $133,662.66 |
| Leasehold Improvements, Buildings, Signage - Irvine-338163 | Leased Property | $5,031.30 | Cost Less Depreciation | $5,031.30 |
| Leasehold Improvements, Buildings, Signage - Kent Place-338170 | Leased Property | $5,651.96 | Cost Less Depreciation | $5,651.96 |
| Leasehold Improvements, Buildings, Signage - Kentlands-338103 | Leased Property | $6,763.79 | Cost Less Depreciation | $6,763.79 |
| Leasehold Improvements, Buildings, Signage - Kildeer-338124 | Leased Property | $3,177.42 | Cost Less Depreciation | $3,177.42 |
| Leasehold Improvements, Buildings, Signage - Kingwood East-338226 | Leased Property | $97,273.41 | Cost Less Depreciation | $97,273.41 |
| Leasehold Improvements, Buildings, Signage - Kingwood-338191 | Leased Property | $1,421.33 | Cost Less Depreciation | $1,421.33 |
| Leasehold Improvements, Buildings, Signage - Laguna Niguel-338165 | Leased Property | $26,230.71 | Cost Less Depreciation | $26,230.71 |
| Leasehold Improvements, Buildings, Signage - Lakeville-338252 | Leased Property | $15,808.39 | Cost Less Depreciation | $15,808.39 |
| Leasehold Improvements, Buildings, Signage - Lakewood-338171 | Leased Property | $5,909.77 | Cost Less Depreciation | $5,909.77 |
| Leasehold Improvements, Buildings, Signage - Lee Harrison-338134 | Leased Property | $63,862.40 | Cost Less Depreciation | $63,862.40 |
| Leasehold Improvements, Buildings, Signage - Lewiston-338142 | Leased Property | $26,200.06 | Cost Less Depreciation | $26,200.06 |
| Leasehold Improvements, Buildings, Signage - Littleton (LC)-338211 | Leased Property | $32,217.69 | Cost Less Depreciation | $32,217.69 |
| Leasehold Improvements, Buildings, Signage - Littleton-338282 | Leased Property | $105,852.58 | Cost Less Depreciation | $105,852.58 |
| Leasehold Improvements, Buildings, Signage - LoDo-338175 | Leased Property | $81,319.19 | Cost Less Depreciation | $81,319.19 |
| Leasehold Improvements, Buildings, Signage - Longmont-338283 | Leased Property | $128,802.26 | Cost Less Depreciation | $128,802.26 |
| Leasehold Improvements, Buildings, Signage - Mahtomedi-338253 | Leased Property | $23,134.74 | Cost Less Depreciation | $23,134.74 |
| Leasehold Improvements, Buildings, Signage - Maple Grove-338254 | Leased Property | $3,624.33 | Cost Less Depreciation | $3,624.33 |
| Leasehold Improvements, Buildings, Signage - Marlborough-338212 | Leased Property | $0.00 | Cost Less Depreciation | $0.00 |
| Leasehold Improvements, Buildings, Signage - McHenry Row-338222 | Leased Property | $8,558.24 | Cost Less Depreciation | $8,558.24 |
| Leasehold Improvements, Buildings, Signage - Medway-338111 | Leased Property | $5,730.69 | Cost Less Depreciation | $5,730.69 |
| Leasehold Improvements, Buildings, Signage - Middleburg-338128 | Leased Property | $9,335.72 | Cost Less Depreciation | $9,335.72 |
| Leasehold Improvements, Buildings, Signage - Minneapolis - NorthEast-338256 | Leased Property | $17,688.07 | Cost Less Depreciation | $17,688.07 |
| Leasehold Improvements, Buildings, Signage - Minneapolis - Uptown-338255 | Leased Property | $57,549.75 | Cost Less Depreciation | $57,549.75 |
| Leasehold Improvements, Buildings, Signage - Minnetonka-338257 | Leased Property | $12,282.88 | Cost Less Depreciation | $12,282.88 |
| Leasehold Improvements, Buildings, Signage - Montrose-338224 | Leased Property | $43,198.39 | Cost Less Depreciation | $43,198.39 |
| Leasehold Improvements, Buildings, Signage - Mosaic-338219 | Leased Property | $185,418.84 | Cost Less Depreciation | $185,418.84 |
| Leasehold Improvements, Buildings, Signage - Mt. Washington-338223 | Leased Property | $13,247.59 | Cost Less Depreciation | $13,247.59 |
| Leasehold Improvements, Buildings, Signage - Naperville-338138 | Leased Property | $58,433.28 | Cost Less Depreciation | $58,433.28 |
| Leasehold Improvements, Buildings, Signage - Newport Beach-338162 | Leased Property | $3,620.84 | Cost Less Depreciation | $3,620.84 |
| Leasehold Improvements, Buildings, Signage - Newton-338233 | Leased Property | $212,461.53 | Cost Less Depreciation | $212,461.53 |
| Leasehold Improvements, Buildings, Signage - North Oaks-338258 | Leased Property | $110,307.42 | Cost Less Depreciation | $110,307.42 |
| Leasehold Improvements, Buildings, Signage - Northbrook-338126 | Leased Property | $63,189.89 | Cost Less Depreciation | $63,189.89 |
| Leasehold Improvements, Buildings, Signage - Northfield-338259 | Leased Property | $4,867.77 | Cost Less Depreciation | $4,867.77 |
| Leasehold Improvements, Buildings, Signage - Office - MN | Leased Property | $210,898.41 | Cost Less Depreciation | $210,898.41 |
| Leasehold Improvements, Buildings, Signage - Old Town-338227 | Leased Property | $274,016.74 | Cost Less Depreciation | $274,016.74 |
| Leasehold Improvements, Buildings, Signage - Olney-338102 | Leased Property | $5,394.76 | Cost Less Depreciation | $5,394.76 |
| Leasehold Improvements, Buildings, Signage - Orland Park-338137 | Leased Property | $1,326.45 | Cost Less Depreciation | $1,326.45 |
| Leasehold Improvements, Buildings, Signage - Park Ridge-338120 | Leased Property | $81,985.65 | Cost Less Depreciation | $81,985.65 |
| Leasehold Improvements, Buildings, Signage - Pikesville-338104 | Leased Property | $13,386.91 | Cost Less Depreciation | $13,386.91 |
| Leasehold Improvements, Buildings, Signage - Pinecroft-338195 | Leased Property | $41,564.58 | Cost Less Depreciation | $41,564.58 |
| Leasehold Improvements, Buildings, Signage - Plymouth - Vicksburg-338261 | Leased Property | $13,710.40 | Cost Less Depreciation | $13,710.40 |
| Leasehold Improvements, Buildings, Signage - Plymouth East-338260 | Leased Property | $326,662.08 | Cost Less Depreciation | $326,662.08 |
| Leasehold Improvements, Buildings, Signage - Portland-338141 | Leased Property | $9,959.38 | Cost Less Depreciation | $9,959.38 |
| Leasehold Improvements, Buildings, Signage - Red Wing-338262 | Leased Property | $3,234.45 | Cost Less Depreciation | $3,234.45 |
| Leasehold Improvements, Buildings, Signage - River North-338217 | Leased Property | $152,664.24 | Cost Less Depreciation | $152,664.24 |
| Leasehold Improvements, Buildings, Signage - Riverstone-338215 | Leased Property | $8,886.41 | Cost Less Depreciation | $8,886.41 |
| Leasehold Improvements, Buildings, Signage - Rochester-338263 | Leased Property | $169,472.79 | Cost Less Depreciation | $169,472.79 |
| Leasehold Improvements, Buildings, Signage - Rockville-338158 | Leased Property | $28,695.26 | Cost Less Depreciation | $28,695.26 |

Independent Pet Partners Holdings, LLC
Case No. 23-10153
Schedule AB 55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest.

| Description and Location of Property | Nature and Extent of Debtor's Interest in Property | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Leasehold Improvements, Buildings, Signage - Roscoe Village-338214 | Leased Property | $230,772.22 | Cost Less Depreciation | $230,772.22 |
| Leasehold Improvements, Buildings, Signage - Rosemount-338264 | Leased Property | $26,610.90 | Cost Less Depreciation | $26,610.90 |
| Leasehold Improvements, Buildings, Signage - Roseville-338265 | Leased Property | $23,346.13 | Cost Less Depreciation | $23,346.13 |
| Leasehold Improvements, Buildings, Signage - Saco-338147 | Leased Property | $6,028.43 | Cost Less Depreciation | $6,028.43 |
| Leasehold Improvements, Buildings, Signage - Salem-338152 | Leased Property | $34,479.14 | Cost Less Depreciation | $34,479.14 |
| Leasehold Improvements, Buildings, Signage - Sanford-338148 | Leased Property | $19,595.67 | Cost Less Depreciation | $19,595.67 |
| Leasehold Improvements, Buildings, Signage - Savage-338266 | Leased Property | $25,705.50 | Cost Less Depreciation | $25,705.50 |
| Leasehold Improvements, Buildings, Signage - Scarborough-338144 | Leased Property | $34,075.00 | Cost Less Depreciation | $34,075.00 |
| Leasehold Improvements, Buildings, Signage - Shakopee-338267 | Leased Property | $33,264.90 | Cost Less Depreciation | $33,264.90 |
| Leasehold Improvements, Buildings, Signage - Shrewsbury-338113 | Leased Property | $199,354.68 | Cost Less Depreciation | $199,354.68 |
| Leasehold Improvements, Buildings, Signage - Silver Spring-338106 | Leased Property | $17,364.62 | Cost Less Depreciation | $17,364.62 |
| Leasehold Improvements, Buildings, Signage - South Barrington-338121 | Leased Property | $7,959.59 | Cost Less Depreciation | $7,959.59 |
| Leasehold Improvements, Buildings, Signage - South Bay-338216 | Leased Property | $461,197.04 | Cost Less Depreciation | $461,197.04 |
| Leasehold Improvements, Buildings, Signage - South End-338220 | Leased Property | $362,017.01 | Cost Less Depreciation | $362,017.01 |
| Leasehold Improvements, Buildings, Signage - South Lamar-338184 | Leased Property | $150,527.15 | Cost Less Depreciation | $150,527.15 |
| Leasehold Improvements, Buildings, Signage - South Portland-338143 | Leased Property | $5,941.62 | Cost Less Depreciation | $5,941.62 |
| Leasehold Improvements, Buildings, Signage - St. Paul - Highland Park-338268 | Leased Property | $58,116.13 | Cost Less Depreciation | $58,116.13 |
| Leasehold Improvements, Buildings, Signage - St. Paul - Lowertown-338288 | Leased Property | $332,200.24 | Cost Less Depreciation | $332,200.24 |
| Leasehold Improvements, Buildings, Signage - State St-338135 | Leased Property | $33,098.20 | Cost Less Depreciation | $33,098.20 |
| Leasehold Improvements, Buildings, Signage - Sterling Ridge-338200 | Leased Property | $13,732.91 | Cost Less Depreciation | $13,732.91 |
| Leasehold Improvements, Buildings, Signage - Stone Oak-338180 | Leased Property | $22,878.31 | Cost Less Depreciation | $22,878.31 |
| Leasehold Improvements, Buildings, Signage - Stoneham-338149 | Leased Property | $30,022.43 | Cost Less Depreciation | $30,022.43 |
| Leasehold Improvements, Buildings, Signage - Stow-338213 | Leased Property | $15,163.58 | Cost Less Depreciation | $15,163.58 |
| Leasehold Improvements, Buildings, Signage - Stratham-338151 | Leased Property | $36,804.66 | Cost Less Depreciation | $36,804.66 |
| Leasehold Improvements, Buildings, Signage - Streeterville-338125 | Leased Property | $28,323.65 | Cost Less Depreciation | $28,323.65 |
| Leasehold Improvements, Buildings, Signage - Studio City-338160 | Leased Property | $14,175.74 | Cost Less Depreciation | $14,175.74 |
| Leasehold Improvements, Buildings, Signage - Sudbury-338114 | Leased Property | $43,164.39 | Cost Less Depreciation | $43,164.39 |
| Leasehold Improvements, Buildings, Signage - Sugarland-338201 | Leased Property | $24,038.32 | Cost Less Depreciation | $24,038.32 |
| Leasehold Improvements, Buildings, Signage - Tanglewood/Chimney Rock-338230 | Leased Property | $112,270.69 | Cost Less Depreciation | $112,270.69 |
| Leasehold Improvements, Buildings, Signage - Topsham-338146 | Leased Property | $59,787.27 | Cost Less Depreciation | $59,787.27 |
| Leasehold Improvements, Buildings, Signage - Tysons-338130 | Leased Property | $97,408.82 | Cost Less Depreciation | $97,408.82 |
| Leasehold Improvements, Buildings, Signage - Valencia-338161 | Leased Property | $3,600.01 | Cost Less Depreciation | $3,600.01 |
| Leasehold Improvements, Buildings, Signage - Venice-338166 | Leased Property | $6,409.14 | Cost Less Depreciation | $6,409.14 |
| Leasehold Improvements, Buildings, Signage - Vernon Hills-338123 | Leased Property | $3,361.45 | Cost Less Depreciation | $3,361.45 |
| Leasehold Improvements, Buildings, Signage - Vienna-338133 | Leased Property | $50,793.36 | Cost Less Depreciation | $50,793.36 |
| Leasehold Improvements, Buildings, Signage - Vintage Park-338203 | Leased Property | $9,327.10 | Cost Less Depreciation | $9,327.10 |
| Leasehold Improvements, Buildings, Signage - Washington Ave-338236 | Leased Property | $267,127.34 | Cost Less Depreciation | $267,127.34 |
| Leasehold Improvements, Buildings, Signage - Wayland-338115 | Leased Property | $7,321.55 | Cost Less Depreciation | $7,321.55 |
| Leasehold Improvements, Buildings, Signage - Wayzata-338269 | Leased Property | $305,353.07 | Cost Less Depreciation | $305,353.07 |
| Leasehold Improvements, Buildings, Signage - Wellesley-338231 | Leased Property | $529,417.48 | Cost Less Depreciation | $529,417.48 |
| Leasehold Improvements, Buildings, Signage - West Gray-338182 | Leased Property | $85,597.70 | Cost Less Depreciation | $85,597.70 |
| Leasehold Improvements, Buildings, Signage - West St Paul-338270 | Leased Property | $192,694.17 | Cost Less Depreciation | $192,694.17 |
| Leasehold Improvements, Buildings, Signage - West University-338204 | Leased Property | $9,769.55 | Cost Less Depreciation | $9,769.55 |
| Leasehold Improvements, Buildings, Signage - Westlake Village-338168 | Leased Property | $4,611.19 | Cost Less Depreciation | $4,611.19 |
| Leasehold Improvements, Buildings, Signage - Westminster (CD)-338285 | Leased Property | $46,334.75 | Cost Less Depreciation | $46,334.75 |
| Leasehold Improvements, Buildings, Signage - Westminster (KR)-338172 | Leased Property | $5,085.31 | Cost Less Depreciation | $5,085.31 |
| Leasehold Improvements, Buildings, Signage - Wichita East-338286 | Leased Property | $8,441.13 | Cost Less Depreciation | $8,441.13 |
| Leasehold Improvements, Buildings, Signage - Wichita West-338287 | Leased Property | $20,123.01 | Cost Less Depreciation | $20,123.01 |
| Leasehold Improvements, Buildings, Signage - Willmette-338118 | Leased Property | $44,930.04 | Cost Less Depreciation | $44,930.04 |
| Leasehold Improvements, Buildings, Signage - Windham-338140 | Leased Property | $5,425.78 | Cost Less Depreciation | $5,425.78 |
| Leasehold Improvements, Buildings, Signage - Woodbury HQ | Leased Property | $525,364.25 | Cost Less Depreciation | $525,364.25 |
| Leasehold Improvements, Buildings, Signage - Woodbury-338271 | Leased Property | $52,684.79 | Cost Less Depreciation | $52,684.79 |
| Leasehold Improvements, Buildings, Signage - Woodland Hughes-338179 | Leased Property | $4,776.26 | Cost Less Depreciation | $4,776.26 |
| | | | **SUBTOTAL** | **$12,465,392.09** |
| **Leases** | | | | |
| Canton R2G Owner, LLC  95 Washington Street, Canton, MA 02021 | Lease - Especially for Pets, LLC | Undetermined | Net Book Value | Undetermined |
| MCA Lakeway Owner, LLC  193 Turnpike Road, Shrewsbury, MA 01545 | Lease - Especially for Pets, LLC | Undetermined | Net Book Value | Undetermined |
| Union Post LLC  424 Boston Post Road, Sudbury, MA 01776 | Lease - Especially for Pets, LLC | Undetermined | Net Book Value | Undetermined |
| Cochituate Commons LLC  44 Main Street, Wayland, MA 01778 | Lease - Especially for Pets, LLC | Undetermined | Net Book Value | Undetermined |
| c/o Edens Limited Partnership  5 District Ave, Dorchester, MA  02125 | Lease - Especially for Pets, LLC | Undetermined | Net Book Value | Undetermined |
| CEA Beverly LLC  144 Brimbal Avenue - Unit 11, Beverly, MA 01915 | Lease - Especially for Pets, LLC | Undetermined | Net Book Value | Undetermined |
| Blaine Shopping Center, LLC   4255 PHEASANT RIDGE DR 304, Blaine, MN 55449 | Lease - Independent Pet Partners Intermediate Holdings, LLC | Undetermined | Net Book Value | Undetermined |
| Rosedale Square LLC  1661 Cty Rd C West, Roseville, MN 55113 | Lease - Independent Pet Partners Intermediate Holdings, LLC | Undetermined | Net Book Value | Undetermined |
| Greenwich Investment Group, LLC  2244 N Greenwich Rd, Wichita, KS 67226 | Lease - Independent Pet Partners Intermediate Holdings, LLC | Undetermined | Net Book Value | Undetermined |
| 130 Needham St Trust;  130 Needham St, Newton, MA  02464 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| 135 Via Marina, LLC  14710 W. Colfax Ave, Lakewood, CO 80401 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| 282 LowerTown, LLC  282 6TH Street East, St. Paul, MN 55101 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| 300 Elden  Street, LLC  c/o SugarOak Management Services, LLC  304 Elden Street, Herndon, VA 20170 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| 50 Market Street Limited Partnership  50 Market St, South Portland, ME 04106 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| A&D Realty LLC  91 Auburn St, Portland, ME 04103 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Abbott Estates; c/o Haynes Management Inc  276 Washington St, Wellesley MA  02481 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Abdo-1, LLC, IDCol78, LLC  13691 Colorado Blvd Suite 109, Thornton, CO 80602 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Alton Square LP  5365 Alton Parkway, Irvine, CA 92604 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| AmREIT SPF Shadow Creek, LP  2803 Business Ctr Dr, Ste 129, Pearland,TX 77584 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Arapahoe Crossings, L.P.  6380 S Parker Rd Ste 107, Aurora, CO 80016 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Arboretum Holdings LLC  100 W Higgins Rd Ste L20, S. Barrington, IL 60010 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| ATC at Parole Business Trust c/o Greenberg Gibbons Commercial Corporation 2101 Somerville Road, Annapolis, MD 21401 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Atlas Danvers Realty, LLC c/o United Properties Group  301 Newbury St, Danvers, MA 01923 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| B33 Windham II LLC  770 Roosevelt Trl, North Windham, ME 04062 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Barlow Plaza, LLC  1117 6TH Street NW, RocheSter, MN 55901 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Belleview Square LLC  4930 S. Yosemite St, Greenwood Village, CO 80111 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Bloomington Shoppes Developers General Partnership c/o Mid-America Real Estate MN, LLC 8537 Lyndale Ave S, Bloomington, MN 55420 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Bond Companies, Inc.  20291 N. Rand Rd, Kildeer, IL 60074 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Bottle Federal LLC  3600 Boston Street, Baltimore, MD 21224 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Bradford Real Estate Services Corp.  1640 N. Milwaukee Ave, Vernon Hills, IL 60061 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| BRE Retail Residual Owner 6 LLC c/o Brixmor Property Group 4723 County Rd 101, Minnetonka, MN 55345 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Brixmor Ravinia Plaza LLC  15160 S. LaGrange Rd, Orland Park, IL 60462 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| C&D Partners LLC  910 Wildwood RD, Mahtomedi, MN 55115 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| C. Jean Blevins &amp; Beth Blevins Cuje  2509 N Franklin Rd, Arlington, VA 22201 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| c/o Bozzuto Development Company  3707 Newark St, NW, Washington, DC 20016 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Central SouthWest Texas Development,LLC  4810 Gattis School Rd. Ste 115, Hutto,TX 78634 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Charter Medway II, LLC  67 Main Street, Medway, MA 02053 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| City of Eden Prairie  8022 Den Rd, Eden Prairie, MN 55344 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Clarel Corporation  3852 150th St West, Rosemount, MN 55068 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Clarksville Square LLC  5805 Clarksville Square Drive, Clarksville, MD 21029 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Clybourn Center LLC  2055 N Clybourn Ave, Chicago, IL 60614 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Columbia II Burnt Mills Shopping Center, LLC  10737 Columbia Pike, Silver Spring, MD 20901 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Columbia II Naperville Plaza LLC  8 W. Gartner Road Ste 152, Naperville, IL 60540 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Commercial, Trade Loop, LLC  1444 N Maize Rd, Wichita, KS 67212 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Concord &amp; Milwaukee Owner LLC  1658 N Milwaukee Ave Ste D, Chicago, IL 60647 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Congressional Plaza Associates, LLC  1643 Rockville Pike, Rockville, MD 20852 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| CP Kent Place Owner, LLC; c/o Continuum Property Management Company 3475 S. University Blvd Suite 8, Englewood, CO 80113 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| CP5 McClurg Court LLC  356 E. Ohio St, Chicago, IL 60611 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| CPC Retail, LLC  1719 Whetstone Way, Baltimore, MD 21230 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| CPF-Highlands Ranch, LLC  9362 S. Colorado Blvd, Highlands Ranch, CO 80126 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| CSHV Woodlands, L.P.  1580 Lake Woodlands Dr, The Woodlands,TX 77380 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |

Independent Pet Partners Holdings, LLC
Case No. 23-10153
Schedule AB 55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest.

| Description and Location of Property | Nature and Extent of Debtor's Interest in Property | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Cypress Creek Plaza, LLC  9818 Fry Road Ste 170, Cypress, TX 77433 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Cypress Equities Managed Services, L.P  5725 Williams Dr. Ste 120, GeorgeTown,TX 78633 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Den High, LLC  12393 W 64th Ave, Arvada, CO 80004 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| DPF 1600 Woodbury Avenue LLC  1600 Woodbury Ave, Portsmouth, NH 03801 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| DZ Washington, LLC  4015 Washington Ave Suite A, Houston, TX 77007 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| EA 394 Associates, LLC And Geller Properties, LLC 8711 E Point Douglas #102, Cottage Grove, MN 55016 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Edens Plaza SC Owner LLC  3232 Lake Ave, Wilmette, IL 60091 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Elion III CP Lots 1-6 Owner  265 Radio Drive  Suite G, Woodbury, MN 55125 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Elizabeth Ann Gregory and Michael A. Serritella  1033 W Belmont Ave, Chicago, IL 60657 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Eskridge (E&A), LLC (Edens)  2905 District Ave, Ste 180, Fairfax, VA  22031 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Federal Realty Investment Trust - Property #1315  7505 Leesburg Pike, Ste 120A, Falls Church, VA 22043 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Four J., LLC d/b/a Topsham Fair Mall  49 Topsham Fair Mall Rd, Topsham, ME 04086 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Frederick Road Holdings  816 Frederick Road, Catonsville, MD 21228 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Freeport Elk River, LLC  19230 Freeport ST Bay 123, Elk River, MN 55330 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| FW MN-Colonial Square, LLC  1147 Wayzata Blvd E, Wayzata, MN 55391 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Giant Alexandria (E&A), LLC  929 N. St. Asaph St. Alexandria, VA 22314 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| GKT Bradburn Village LLC.  4550 Main Street, Unit 300, WestminSter, CO 80031 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Grant Properties I, LTD  9868 West Belleview Ave, Littleton, CO 80123 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Great Road Shopping Center, LLC  307 Great Rd, Bedford, MA 01730 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| HHC Hughes Landing Retail, LLC  1925 Hughes Landing Blvd, The Woodlands, TX 77380 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Highland Crossing LLC  2114 Ford Parkway, St Paul, MN 55116 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Houde Realty Trust  476 Main Street, Bolton, MA 01740 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Hudson Plaza 2005, LLC  2312 Crest View Dr Ste B, Hudson, WI 54016 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Inland Western Bangor Broadway, L.L.C. C/o: RPAI US Management LLC 625A Broadway, Bangor, ME 04401 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| IRC Retail Centers  1103 S State St, Chicago, IL 60605 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Kentlands Square LLC  235 Kentlands Boulevard, Gaithersburg, MD 20878 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| KNT Enterprises LLC  1500 Clinton Lane Suite A, Northfield, MN 55057 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| KRF Candelas LLC  14947 Candelas Parkway, Unit A, Arvada, CO 80007 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| La Floresta Regency, LLC  3341 E. Imperial Highway, Brea, CA 92823 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Lake Pointe Shopping Center, LP  1875 HWY 6 Suite 900, Sugar Land,TX 77478 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Lakeline Center Cedar Park Phase IV LTD  1841 S. Lakeline Blvd Suite 103, Cedar Park, TX 78613 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Lakeville 2004, LLC  7397 179th Street West, Lakeville, MN 55044 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Linear Retail Dedham #1, LLC  890 Providence Hwy, Dedham, MA  02026 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| LSC Land, Inc.  8115 Wedgewood Ln Ste 1, Maple Grove, MN 55369 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Lulu's Plaza's Limited Liability Company  201 University Avenue Unit 113, Denver, CO 80206 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Lunds, Inc.  335 Central Avenue SE, Minneapolis, MN 55414 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| M &amp; E Realty Co.  3249 So. Service Drive, Red Wing, MN 55066 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Madison Corporate Group Inc.  674 Roosevelt Rd, Glen Ellyn, IL 60137 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Marc C. FoSter  444 Great Road, Acton, MA 01720 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Market Square Associates II, LLC  7818 Market Blvd. UNiT 26, Chanhassen, MN 55317 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Marrett Retail LLC  433 Marrett Road, Lexington, MA 02421 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Martha Gabriela LLC  12465 Riverdale Blvd Ste C, Coon Rapids, MN 55433 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| MFC Properties 15 Limited Partnership  1254 Town Centre Drive, Eagan, MN 55123 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Middleburg Property Management, LLC  5B East Washington St, Middleburg, VA 20117 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Milestone Borrower LLC  4765 Front Street, Castle Rock, CO 80104 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Milestone West Rayford S. C., Ltd  24230 Kuykendahl Rd. Ste 240, Tomball, TX 77375 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Mirabeau Office Partners, LLC - 55  2330 South Lamar Blvd. Suite 200, Austin, TX 78704 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Morningside Crossroads Partners, LLC  780 Skokie Blvd, Northbrook, IL 60062 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Morningside, Ltd.  4400 N Lamar Blvd, Suite 103, Austin, TX 78756 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Mr 3629 Western Waveland, LLC  3649 N Western Ave, Chicago, IL 60618 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Newcastle Retail Management LLC  5353 N Clark St, Chicago, IL 60640 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| NMMS Twin Peaks, LLC  1250 S Hover Street Shops, Ste 260, Longmont, CO 80501 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| North Oaks Village Center, LLC  893 Village Center Drive, North Oaks, MN 55127 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| NR Main Street at Kingwood  4529 Kingwood Dr. Ste 130, Kingwood,TX 77345 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Onni Hudson Limited Partnership  453 W. Chicago Ave, Chicago, IL 60654 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Palco LLLP  3531 S. College Ave, Fort Collins, CO 80525 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Pender, L.L.C.  3903-F Fair Ridge Drive, Fairfax, VA 22033 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Pfaff Calhoun, LLC  3244 West Lake Street, Minneapolis, MN 55416 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Plaza In The Park (Edens), LLC  5160 Buffalo Speedway, Houston, TX 77005 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Plymouth Marketplace LLC  3525 Vicksburg LN Ste 300, Plymouth, MN 55447 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Point-LC1, LLC  620 Constitution Avenue, Littleton, MA 01460 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| R &amp; L Trust  5045 France Ave S, Edina, MN 55410 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| R. K Associates - Marlboro Inc.  141 Boston Post Road West, Marlborough, MA 01752 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Reconn LLC  1960 Broadway Ave West, Forest Lake, MN 55025 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Regency Centers, L.P.  110 North IH-35 Ste 250, Round Rock,TX 78681 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Regency Centers, L.P.  24272 Valencia Blvd, Valencia, CA 91355 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Regency Centers, L.P.  2501 North Harrison St, Arlington, VA 22207 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Regency Centers, L.P.  966 South Westlake Blvd, Westlake Village, CA 91361 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Robert Street 2008, LLC  2069 South Robert Street, West St Paul, MN 55118 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Rutland & 20th Realty Ltd  250 W. 20th St, Suite 200, Houston, TX 77008 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Saco Valley LLC  4 Scammon St, Saco, ME 04072 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Savage Station LLC  14109 Highway 13 S Ste 109, Savage, MN 55378 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Scanio Cre 1173 Main, LLC  1173 Main Street, Concord, MA 01742 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| SCC Tanglewood LP  5706 San Felipe, Ste A200, Houston, TX 77057 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| SCGVII-Spring Creek, LLC  1821 E Madison Ave, Derby, KS 67037 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| SCW 34K LLC  12507 Ventura Blvd, Studio City, CA 91604 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Seventy Three Severity LLC  7370 153rd St W, Apple Valley, MN 55124 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Shakopee Station LLC  1270 Vierling Drive E, Shakopee, MN 55379 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Shapell Socal Rental Properties, LLC  23894 Aliso Creek Rd, Laguna Niguel, CA 92677 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Sheridan Crossing Associates, LLC  5160 W. 120th Ave, WestminSter, CO 80020 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Sonterra Village, L.P.  427 N. Loop 1604 W, San Antonio, TX 78232 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| SVF Nineteenth Denver, LLC  1910 Chestnut Place, Denver, CO 80202 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Taylor Georgia A, LLC and Taylor Georgia B, LLC &amp; 16800 Route 97, LLC 16822 Georgia Avenue, Olney, MD 20832 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| The New England Expedition-Scarsborough, LLC  200 Expedition Dr, Scarborough, ME 04074 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| The Shops at Highland Walk LLC  4008 Red Cedar Drive Ste D2, Highlands Ranch, CO 80129 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| The Trustees of the Bradley Boulevard Shopping Center  6900 Arlington Rd, Bethesda, MD  20814 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| The Vienna Shopping Center Limited Partnership  144 Maple Ave W, Vienna, VA 22180 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| THF Firestone Development, LLC  4445 City Centre Road Suite 200, Firestone, CO 80504 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Toomey-Guseman Flp  208 Westheimer Rd, Houston, TX  77006 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| UDR, Inc  1030 Washington Street, Boston, MA 02118 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| UpTown Station LLC  164 N NorthWest Highway, Park Ridge, IL 60068 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| US Parcel D-2, LLC  95 First St, Cambridge, MA 02141 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| USPA The Orchards, LLC  5926 S Holly Street, Greenwood Village, CO 80111 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Vintage Marketplace LTD  15556 Cutten Rd Suite 800, Houston, TX 77070 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Vista Ridge I, LLC  1705 State Highway 7, Units 130 & 140, Erie, CO 80516 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Vitamin Shoppe Industries Inc.  10225 Research Blvd Ste 1500, Austin, TX 78759 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| W. Gray &amp; Peden Realty, Ltd.  c/o Braun Enterprises  1515 West Gray St, Houston, TX 77019 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| W/S Lewiston Properties OP LLC  25 East Ave, Lewiston, ME 04240 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Washingtonville, LP  1340 - G Smith Avenue, Baltimore, MD 21209 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Waterford Park Station LLC, a Delaware limited liability company 10160 6th Ave North Unit 110, Plymouth, MN 55441 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Werner G. Scharff and Simone H. Scharff 1988 Family Trust and Jack M. Gross Revocable Trust 303 Lincoln Blvd, Venice, CA 90291 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Westcliff Retail Plaza, LLC  1044 Irvine Ave, Newport Beach, CA 92660 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Whitestone Quinlan Crossing LLC  5145 N. FM 620 Ste B-150, Austin,TX 78732 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Woodholme Properties Limited Partnership  1809 ReistersTown Road, Pikesville, MD 21208 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Yorkdale Shoppes Partners, LLC  6821 York Avenue South, Edina, MN 55435 | Lease - IPP - Stores, LLC | Undetermined | Net Book Value | Undetermined |
| Asana Partners 514 W 19th St, Houston,TX 77008 | Lease - Natural Pawz, LLC | Undetermined | Net Book Value | Undetermined |

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest.**

| Description and Location of Property | Nature and Extent of Debtor's Interest in Property | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Brixmor West U Marketplace LLC 4032 Bellaire Blvd, Houston,TX 77025 | Lease - Natural Pawz, LLC | Undetermined | Net Book Value | Undetermined |
| IA Cypress Cyfair Limited Partnership 25704 NW FWY 290, Cypress,TX 77429 | Lease - Natural Pawz, LLC | Undetermined | Net Book Value | Undetermined |
| LH North Park, LLC 25653 US HWY 59, Ste 203, Kingwood,TX 77339 | Lease - Natural Pawz, LLC | Undetermined | Net Book Value | Undetermined |
| REG8 Sterling Ridge, LLC (Regency Centers) 6700 Woodlands Pkwy, The Woodlands,TX 77382 | Lease - Natural Pawz, LLC | Undetermined | Net Book Value | Undetermined |
| Spring Stuebner RRC I Inc. 2174 Spring Steubner, Ste 340, Spring,TX 77389 | Lease - Natural Pawz, LLC | Undetermined | Net Book Value | Undetermined |
| The Shop at Oak Forest LP 1214 W 43rd St, Ste 700, Houston,TX 77018 | Lease - Natural Pawz, LLC | Undetermined | Net Book Value | Undetermined |
| The Village at Riverstone, LLC 18841 University Blvd, #400, Sugarland, TX 77479 | Lease - Natural Pawz, LLC | Undetermined | Net Book Value | Undetermined |
| Vintage Park LLC 142 Vintage Park Blvd, Houston,TX 77070 | Lease - Natural Pawz, LLC | Undetermined | Net Book Value | Undetermined |
| CFS Limited Partnership  1364 Main St, Sanford, ME 04073 | Lease - Pet Life, LLC | Undetermined | Net Book Value | Undetermined |
| Redstone Operating Limited Partnership  93 Main St, Stoneham, MA 02180 | Lease - Pet Life, LLC | Undetermined | Net Book Value | Undetermined |
| NP Stratham LLC  20 Portsmouth Ave, Stratham, NH 03885 | Lease - Pet Life, LLC | Undetermined | Net Book Value | Undetermined |
| Linear Retail Properties, LLC  517 South Broadway, Salem, NH 03079 | Lease - Pet Life, LLC | Undetermined | Net Book Value | Undetermined |
| Linear Retail Salem #1 LLC  117 Great Road, Stow, MA 01775 | Lease - Pet Source, LLC | Undetermined | Net Book Value | Undetermined |
| Ashburn Farm Station LLC  43330 Junction Plaza Ste 176, Ashburn, VA 20147 | Lease - Whole Pet Central, LLC | Undetermined | Net Book Value | Undetermined |
| B.P. Associates Limited Partnership  1306 East Gude Drive, Rockville, MD 20850 | Lease - Whole Pet Central, LLC | Undetermined | Net Book Value | Undetermined |
| EB Columbia LLC  6925 Oakland Mills Rd Suite R, Columbia, MD 21045 | Lease - Whole Pet Central, LLC | Undetermined | Net Book Value | Undetermined |
| | | | SUBTOTAL | |
| **GRAND TOTAL** | | | | **UNDETERMINED** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 10, QUESTION 60

## PATENTS, COPYRIGHTS, TRADEMARKS, OR TRADE SECRETS

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB60. Patents, copyrights, trademarks, or trade secrets.**

| Debtor Entity | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Especially For Pets, LLC |  ESPECIALLY FOR PETS | Undetermined | Net Book Value | Undetermined |
| Natural Pawz, LLC | **NATURAL PAWZ** | Undetermined | Net Book Value | Undetermined |
| Independent Pet Partners Intermediate Holdings LLC | ROOSEVELT | Undetermined | Net Book Value | Undetermined |
| Independent Pet Partners Intermediate Holdings LLC | ROOSEVELT | Undetermined | Net Book Value | Undetermined |
| Independent Pet Partners Intermediate Holdings LLC |  | Undetermined | Net Book Value | Undetermined |
| Independent Pet Partners Intermediate Holdings LLC | 5 PILLARS OF PET WELLNESS | Undetermined | Net Book Value | Undetermined |
| Independent Pet Partners Intermediate Holdings LLC | FIVE PILLARS OF PET WELLNESS | Undetermined | Net Book Value | Undetermined |
| Independent Pet Partners Intermediate Holdings LLC | LOYAL COMPANION | Undetermined | Net Book Value | Undetermined |
| Independent Pet Partners Intermediate Holdings LLC | WILDSAINT | Undetermined | Net Book Value | Undetermined |
| Independent Pet Partners Intermediate Holdings LLC | FIVE PILLARS OF WELLNESS | Undetermined | Net Book Value | Undetermined |
| Independent Pet Partners Intermediate Holdings LLC | HAPPY PET CBD | Undetermined | Net Book Value | Undetermined |
| Independent Pet Partners Intermediate Holdings LLC | 5 PILLARS OF WELLNESS | Undetermined | Net Book Value | Undetermined |
| Independent Pet Partners Intermediate Holdings LLC | ATTACHMENT THEORTY | Undetermined | Net Book Value | Undetermined |
| Independent Pet Partners Intermediate Holdings LLC | ROOSEVELT | Undetermined | Net Book Value | Undetermined |
| Independent Pet Partners Intermediate Holdings LLC | WILDSAINT | Undetermined | Net Book Value | Undetermined |
| IPP - Stores, LLC | *Kriser's* KRISER'S | Undetermined | Net Book Value | Undetermined |
| IPP - Stores, LLC |  | Undetermined | Net Book Value | Undetermined |
| IPP - Stores, LLC | KRISER'S NATURAL PET | Undetermined | Net Book Value | Undetermined |
| IPP - Stores, LLC | KRISER'S NATURAL PET | Undetermined | Net Book Value | Undetermined |
| IPP - Stores, LLC |  | Undetermined | Net Book Value | Undetermined |
| IPP - Stores, LLC | BARKIN' MEWS | Undetermined | Net Book Value | Undetermined |
| IPP - Stores, LLC | CHUCK'S BUCKS | Undetermined | Net Book Value | Undetermined |
| IPP - Stores, LLC | CHUCK & DON'S WE MAKE PETS HAPPY! | Undetermined | Net Book Value | Undetermined |
| IPP - Stores, LLC | CHUCK & DON'S | Undetermined | Net Book Value | Undetermined |
| IPP - Stores, LLC | FRIENDS OF CHUCK | Undetermined | Net Book Value | Undetermined |

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB60. Patents, copyrights, trademarks, or trade secrets.**

| Debtor Entity | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Pet Life LLC | PET LIFE | Undetermined | Net Book Value | Undetermined |
| Pet Life LLC |  PET LIFE | Undetermined | Net Book Value | Undetermined |
| Pet Life LLC |  VITAWAG DRIP N' SIP | Undetermined | Net Book Value | Undetermined |
| Pet Source, LLC |  | Undetermined | Net Book Value | Undetermined |
| Whole Pet Central, LLC |  WHOLE PET CENTRAL WHERE HEALTHY FOOD COMES NATURALLY | Undetermined | Net Book Value | Undetermined |
| Whole Pet Central, LLC |  | Undetermined | Net Book Value | Undetermined |
| Whole Pet Central, LLC | Whole Pet Central | Undetermined | Net Book Value | Undetermined |
| Whole Pet Central, LLC | Whole Pet Central Rewards Program | Undetermined | Net Book Value | Undetermined |
| Whole Pet Central, LLC | Whole Pet Central Healthy Rewards | Undetermined | Net Book Value | Undetermined |
| **Total** | | **Undetermined** | **Net Book Value** | **Undetermined** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 10, QUESTION 61

## INTERNET DOMAIN NAMES AND WEBSITES

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| ABBYSPETPLACE.COM | $0.00 | N/A | $0.00 |
| allpawsks.com | $0.00 | N/A | $0.00 |
| allpawspetcenter.com | $0.00 | N/A | $0.00 |
| allpawspetcenter.net | $0.00 | N/A | $0.00 |
| appcks.com | $0.00 | N/A | $0.00 |
| attachmenttheorypet.com | $0.00 | N/A | $0.00 |
| attachmenttheorytoys.com | $0.00 | N/A | $0.00 |
| cbdpetpartners.com | $0.00 | N/A | $0.00 |
| cbdpetshop.co | $0.00 | N/A | $0.00 |
| chuckanddons.com | $0.00 | N/A | $0.00 |
| CHUCKANDDONS.INFO | $0.00 | N/A | $0.00 |
| CHUCKANDDONS.NET | $0.00 | N/A | $0.00 |
| chuckanddonsdelivers.com | $0.00 | N/A | $0.00 |
| chuckdelivers.com | $0.00 | N/A | $0.00 |
| e-chuckanddons.com | $0.00 | N/A | $0.00 |
| e-ippwellness.com | $0.00 | N/A | $0.00 |
| e-krisers.com | $0.00 | N/A | $0.00 |
| e-loyalcompanion.com | $0.00 | N/A | $0.00 |
| e-naturalpawz.com | $0.00 | N/A | $0.00 |
| fetch.co | $0.00 | N/A | $0.00 |
| fetchdelivers.com | $0.00 | N/A | $0.00 |
| GRINTOWIN.COM | $0.00 | N/A | $0.00 |
| independentpetpartners.com | $0.00 | N/A | $0.00 |
| ippcbd.com | $0.00 | N/A | $0.00 |
| ippfam.com | $0.00 | N/A | $0.00 |
| ippfamily.com | $0.00 | N/A | $0.00 |
| ipphl.com | $0.00 | N/A | $0.00 |
| ipppet.com | $0.00 | N/A | $0.00 |
| ippwellness.com | $0.00 | N/A | $0.00 |

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| krisers.com | $0.00 | N/A | $0.00 |
| kriserspetsupplies.com | $0.00 | N/A | $0.00 |
| littlelionscat.com | $0.00 | N/A | $0.00 |
| lovelittlelions.com | $0.00 | N/A | $0.00 |
| loyalcompanion.io | $0.00 | N/A | $0.00 |
| loyalcompanionpets.com | $0.00 | N/A | $0.00 |
| MNPAW.NET | $0.00 | N/A | $0.00 |
| MNPAW.ORG | $0.00 | N/A | $0.00 |
| mypetwellnessstore.com | $0.00 | N/A | $0.00 |
| mypetwellnessstores.com | $0.00 | N/A | $0.00 |
| partnerscbd.com | $0.00 | N/A | $0.00 |
| petsource.biz | $0.00 | N/A | $0.00 |
| petwellness.boston | $0.00 | N/A | $0.00 |
| petwellness.pet | $0.00 | N/A | $0.00 |
| petwellnessexp.com | $0.00 | N/A | $0.00 |
| petwellnessexperience.com | $0.00 | N/A | $0.00 |
| petwellnesspass.com | $0.00 | N/A | $0.00 |
| rooseveltpet.com | $0.00 | N/A | $0.00 |
| rooseveltpets.com | $0.00 | N/A | $0.00 |
| SASSYFELINE.COM | $0.00 | N/A | $0.00 |
| theorypets.com | $0.00 | N/A | $0.00 |
| theorytoys.com | $0.00 | N/A | $0.00 |
| thepetwellnessexperience.com | $0.00 | N/A | $0.00 |
| thepetwellnessstore.com | $0.00 | N/A | $0.00 |
| thepetwellnessstores.com | $0.00 | N/A | $0.00 |
| wildsaint.com | $0.00 | N/A | $0.00 |
| wildsaintgrooming.com | $0.00 | N/A | $0.00 |
| wildsaintpet.com | $0.00 | N/A | $0.00 |
| wildsaints.com | $0.00 | N/A | $0.00 |

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| wildsaintsalon.com | $0.00 | N/A | $0.00 |
| barknatural.com | $0.00 | N/A | $0.00 |
| dogmaforpets.com | $0.00 | N/A | $0.00 |
| especiallyforpets.com | $0.00 | N/A | $0.00 |
| ipppack.com | $0.00 | N/A | $0.00 |
| loveroosevelt.com | $0.00 | N/A | $0.00 |
| loyalcompanion.com | $0.00 | N/A | $0.00 |
| NATURALPAWZ.COM | $0.00 | N/A | $0.00 |
| naturalpawz.org | $0.00 | N/A | $0.00 |
| petlifestores.com | $0.00 | N/A | $0.00 |
| petpartnersinternational.com | $0.00 | N/A | $0.00 |
| wholepetcentral.com | $0.00 | N/A | $0.00 |
| happypetcbd.com | $0.00 | N/A | $0.00 |
| **Grand Total** | | | **$0.00** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 11, QUESTION 73

## INTERESTS IN INSURANCE POLICIES OR ANNUITIES

**Independent Pet Partners Holdings, LLC**
**Case No. 23-10153**
**Schedule AB 73. Interests in insurance policies or annuities**

| Insurance Carrier | Type of Coverage | Last 4 Digits of Policy Number | Expiration Date | Insured Party | Current Value of Debtor's Interest |
|---|---|---|---|---|---|
| Nationwide | Property - All states except CA, NH, MA | 6674 | 08/01/23 | All Debtors | Undetermined |
| Nationwide | Property - CA | 1028 | 08/01/23 | All Debtors | Undetermined |
| Nationwide | Property - NH | 6674 | 08/01/23 | All Debtors | Undetermined |
| Nationwide | Inland Marine | 6674 | 08/01/23 | All Debtors | Undetermined |
| Nationwide | General Liability | 6674 | 08/01/23 | All Debtors | Undetermined |
| Nationwide | Property & General Liability - MA | 42AY | 08/01/23 | All Debtors | Undetermined |
| Nationwide | Hired/Non-Owned Auto - MA | 43AY | 08/01/23 | All Debtors | Undetermined |
| Nationwide | Automobile | 6674 | 08/01/23 | All Debtors | Undetermined |
| Nationwide | Workers Compensation - All states except CA | 9213 | 08/01/23 | All Debtors | Undetermined |
| Nationwide | Workers Compensation - CA | 1028 | 08/01/23 | All Debtors | Undetermined |
| Nationwide | Umbrella Liability | 6674 | 08/01/23 | All Debtors | Undetermined |
| Travelers Casualty and Surety of America | Cyber Risk | 1191 | 08/01/23 | All Debtors | Undetermined |
| Ascot Insurance Company | Excess Cyber | 6501 | 08/01/23 | All Debtors | Undetermined |
| AXIS Insurance Company | D&O, EPL, Fiduciary, Crime | 7604 | 08/01/23 | All Debtors | Undetermined |
| Ironshore Specialty Insurance Company | Excess D&O, EPL | W003 | 08/01/23 | All Debtors | Undetermined |
| **Total** | | | | | **Undetermined** |

| | |
|---|---|
| Debtor Name | **Independent Pet Partners Holdings, LLC** |

**United States Bankruptcy Court for the  District of Delaware**

Case number (if known):    **23-10153**

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Claims Secured by Property** |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one
secured claim, list the creditor separately for each claim.

| | | | **Amount of Claim**<br>Do not deduct the<br>value of collateral | **Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**2.1**

**Creditor's name**

**ACQUIOM AGENCY SERVICES, AS AGENT**

**Describe debtor's property that is subject to a lien**

**LIEN ON SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS**

**$9,195,481.69**    Undetermined

**Creditor's mailing address**

**150 S 5TH ST, STE 2600
MINNEAPOLIS, MN 55402**

**Describe the lien**

Priming Facility

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred**

**Last four digits of
account number**

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same
property?**

☑ No

☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

☑ No. Specify each creditor, including this creditor,
and its relative priority.

**As of the petition filing date, the claim is:**

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ Yes.  The relative priority of creditors is specified on
lines

**2.2**

**Creditor's name**

**ACQUIOM AGENCY SERVICES, AS AGENT**

**Describe debtor's property that is subject to a lien**

**LIEN ON SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS INCLUDING ALL INVENTORY, RECEIVABLES AND CASH**

**$17,700,416.74**    Undetermined

**Creditor's mailing address**

**150 S 5TH ST, STE 2600
MINNEAPOLIS, MN 55402**

**Describe the lien**

Asset Based Lending Facility

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred**

**Last four digits of
account number**

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same
property?**

☑ No

☐ Yes. Have you already specified the relative
priority?

☑ No. Specify each creditor, including this creditor,
and its relative priority.

**As of the petition filing date, the claim is:**

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ Yes.  The relative priority of creditors is specified on
lines

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.**

$111,442,419.28

| Debtor Name | **Independent Pet Partners Holdings, LLC** | Case number (if known): **23-10153** |
|---|---|---|

| **Part 1:** | **Additional Page(s)** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Amount of Claim**<br>Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|---|

**2.3**

**Creditor's name**

WILMINGTON TRUST, NA, AS AGENT

**Creditor's mailing address**

50 S 6TH ST, STE 1290
MINNEAPOLIS, MN 55402

**Creditor's email address, if known**

**Date debt was incurred**

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**

- [x] No
- [ ] Yes. Have you already specified the relative priority?
- [x] No. Specify each creditor, including this creditor, and its relative priority.
- [ ] Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

LIEN ON SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS

**$84,546,520.85**    **Undetermined**

**Describe the lien**

Delayed Draw Term Loan Facility

**Is the creditor an insider or related party?**

- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**

- [ ] No
- [x] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Debtor Name | **Independent Pet Partners Holdings, LLC** |
|---|---|

**United States Bankruptcy Court for the  District of Delaware**

Case number (if known):     **23-10153**

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F - Creditors Who Have Claims Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**
- [X] No. Go to Part 2.
- [ ] Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.    If the debtor has more than
3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a) (        )

| Debtor Name | Independent Pet Partners Holdings, LLC | Case number (if known): **23-10153** |
|---|---|---|

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

| | | Amount of claim |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
345 HARRISON/UDR INC
345 HARRISON/UDR INC - PARKING
P.O. BOX 1639
MADISON, TN 37116

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☐ No
☑ Yes

$500.90

---

**3.2**

**Nonpriority creditor's name and mailing address**
A CLEAR VIEW
P.O. BOX 502
NEW FREEDOM, PA 17349

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☐ No
☑ Yes

$356.16

---

**3.3**

**Nonpriority creditor's name and mailing address**
A-1 EXTERMINATORS
P.O. BOX 310
LYNN, MA 01903-0310

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☐ No
☑ Yes

$188.75

---

**3.4**

**Nonpriority creditor's name and mailing address**
ACCELERIZE 360 INC
750 N SAINT PAUL ST, APT 1525
DALLAS, TX 75201

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

$18,665.00

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,165,312.16 |
|---|---|---|---|

**ADMC**
7900 97TH ST S
COTTAGE GROVE, MN 55016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 |
|---|---|---|---|

**ADOPT A HUSKY, INC**
15721 MITCHELL CIR SE
PRIOR LAKE, MN 55372

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,112.37 |
|---|---|---|---|

**ADT COMMERCIAL LLC**
P.O. BOX 872987
KANSAS CITY, MO 64187

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,247.95 |
|---|---|---|---|

**AFCO**
P.O. BOX 360572
PITTSBURGH, PA 15250-6572

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**

ALBERT URESTI, MPA, PCC
BEXAR COUNTY
P.O. BOX 2903
SAN ANTONIO, TX 78299-2903

As of the petition filing date, the claim is: $3,801.78

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**

ALEX'S LAWN & TURF, LLC
DBA DREAMSCAPES LANDSCAPING & DESIGN
7087 20TH AVE S
CENTERVILLE, MN 55038

As of the petition filing date, the claim is: $10,839.26

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**

ALLSTREAM
P.O. BOX 734521
CHICAGO, IL 60673

As of the petition filing date, the claim is: $784.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address**

ALLURE PET PRODUCTS
AKA HUGGLE HOUNDS
321 PALMER RD
DENVILLE, NJ 07834

As of the petition filing date, the claim is: $159.47

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $443.01 |
|---|---|---|---|

AMAZON CAPITAL SERVICES, INC
P.O. BOX 035184
SEATTLE, WA 98124-5184

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,019.77 |
|---|---|---|---|

AMERICAN SOLUTIONS FOR BUSINESS
8479 SOLUTION CTR
CHICAGO, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,288.60 |
|---|---|---|---|

ANYBILL FINANCIAL SERVICES INC
800 MAINE AVE SW, STE 650
WASHINGTON, DC 20024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,680.00 |
|---|---|---|---|

APISERO, INC
1351 N ALMA SCHOOL RD, APT 150
CHANDLER, AZ 85224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $74,290.13 |
|---|---|---|---|

ARAMARK (28050)
P.O. BOX 28050
NEW YORK, NY 10087-8050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,836.18 |
|---|---|---|---|

ARLINGTON COUNTY VIRGINIA
2100 CLARENDON BLVD, STE 201
ARLINGTON, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $306.25 |
|---|---|---|---|

ASTRO LOYALTY
P.O. BOX 8959
ATLANTA, GA 31106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $760.92 |
|---|---|---|---|

AT&T 105414
P.O. BOX 105414
ATLANTA, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,376.89 |
|---|---|---|---|

AT&T 5014
P.O. BOX 5014
CAROL STREAM, IL 60197-5014

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE CLAIM

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,258.48 |
|---|---|---|---|

AT&T CA 5025
P.O. BOX 5025
CAROL STREAM, IL 60197-5025

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE CLAIM

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.68 |
|---|---|---|---|

AURORA - CITY
P.O. BOX 719117
DENVER, CO 80271-9117

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
UTILITY

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,397.00 |
|---|---|---|---|

AVALARA, INC
DEPT CH 16781
PALATINE, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE CLAIM

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $1,609.80 |
|---|---|---|---|---|

AVANTI PRESS
P.O. BOX 67000
DETROIT, MI 48267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE CLAIM

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $285.52 |
|---|---|---|---|---|

AW BILLING SERVICES LLC
4431 N DIXIE HWY
BOCA RATON, FL 33431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE CLAIM

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $361.61 |
|---|---|---|---|---|

B-P TRUCKING, INC
P.O. BOX 386
ASHLAND, MA 01721

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE CLAIM

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $572.31 |
|---|---|---|---|---|

BAMBORA
1675 DOUGLAS ST, APT
VICTORIA, BC V8W 2G5
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE CLAIM

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $281.65
BARBARA FLAWS
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $179.00
BARE BITES
AKA TWO PERCENT, LLC
27 S CARROLL ST
FREDERICK, MD 21701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $313.92
BELL ROCK GROWERS, INC
3700 N TWIN OAKS VALLEY RD
SAN MARCOS, CA 92069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $9,336.35
BGE
P.O. BOX 13070
PHILADELPHIA, PA 19101-3070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.33 | Nonpriority creditor's name and mailing address | | $312.92 |

**3.33** **Nonpriority creditor's name and mailing address**

BITTY KITTY BRIGADE
21239 ARLINGTON AVE E
ST PAUL, MN 55119

As of the petition filing date, the claim is: $312.92

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE CLAIM

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**

BLACK HILLS ENERGY
P.O. BOX 6001
RAPID CITY, SD 57709-6001

As of the petition filing date, the claim is: $1,266.56

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE CLAIM

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**

BLACKHAWK INC
2520 PILOT KNOB RD, STE 300
MENDOTA HEIGHTS, MN 55120

As of the petition filing date, the claim is: $3,223.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE CLAIM

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**

BRADLEY KRISER
ADDRESS ON FILE

As of the petition filing date, the claim is: $0.00

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
EMPLOYMENT AGREEMENT

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.37** **Nonpriority creditor's name and mailing address**

BRANDY TAYLOR
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $39.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.38** **Nonpriority creditor's name and mailing address**

BRASK MALL SERVICES III
P.O. BOX 93717
LAS VEGAS, NV 89193

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $789.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.39** **Nonpriority creditor's name and mailing address**

BRITTANY L RASBERRY
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $24.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.40** **Nonpriority creditor's name and mailing address**

BUXTON
2651 S POLARIS DR
FORT WORTH, TX 76137

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $69,390.26

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.41** | **Nonpriority creditor's name and mailing address**

CARDLYTICS, INC
DEPT 3247
75 REMITTANCE DR
CHICAGO, IL 60675

**As of the petition filing date, the claim is:** $19,988.18

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address**

CASR -BRING YOUR OWN BAG PROGRAM

**As of the petition filing date, the claim is:** $28.57

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address**

CENTERPOINT ENERGY
P.O. BOX 4671
HOUSTON, TX 77210-4671

**As of the petition filing date, the claim is:** $10,291.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address**

CENTRAL MAINE POWER
P.O. BOX 847810
BOSTON, MA 02284-7810

**As of the petition filing date, the claim is:** $10,286.13

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,966.80 |
|---|---|---|---|

CENTRAL PET, WEST
401 CABOT DR, STE A
HAMILTON, MA 01775

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE CLAIM

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.00 |
|---|---|---|---|

CENTRAL SIGNAL CORP
607 NORTH AVE, BLDG 18, 2ND FL
WAKEFIELD, MA 01880-1322

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
VENDOR

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.47 |
|---|---|---|---|

CENTURY LINK
P.O. BOX 2961
PHOENIX, AZ 85062-2961

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE CLAIM

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $357.42 |
|---|---|---|---|

CENTURY LINK
P.O. BOX 91155
SEATTLE, WA 98111-9255

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE CLAIM

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | | $20.88

CHANELLE L ALVARADO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | | $49.34

CHARLES BENNETT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | | $12,916.67

CHARTER MEDWAY II LLC
C/O CHARTER REALTY MANAGEMENT CORP
75 HOLLY HILL LANE, STE 305
GREENWICH, CT 06830

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EXECUTORY CONTRACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | | $11,725.73

CHASING OUR TAILS
P.O. BOX 368
WALNUT GROVE, MN 56180

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,184.22 |
|---|---|---|---|

**CHRISTIAN OFFICE CLEANING LLC**
**3550 LEXINGTON AVE N, STE 299**
**SHOREVIEW, MN 55126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,145.84 |
|---|---|---|---|

**CINTAS 042**
**P.O. BOX 630803**
**CINCINNATI, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,507.87 |
|---|---|---|---|

**CIRRO ENERGY**
**CIRRO ENERGY (NP)**
**P.O. BOX 2229**
**HOUSTON, TX 77252**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UTILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 |
|---|---|---|---|

**CITY OF ALEXANDRIA FINANCE DEPT**
**REVENUE ADMINISTRATION DIVISION**
**P.O. BOX 34850**
**ALEXANDRIA, VA 22334**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,641.01 |
| --- | --- | --- | --- |

CITY OF AUSTIN
P.O. BOX 2267
AUSTIN, TX 78783

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 |
| --- | --- | --- | --- |

CITY OF BOSTON ANIMAL CARE & CONTROL
1010 MASSACHUSETTS AVE, 3RD FL
BOSTON, MA 02118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $434.00 |
| --- | --- | --- | --- |

CITY OF CHICAGO
DEPT OF BUSINESS AFFAIRS & CONSUMER PROTECTION
ATTN: DEBT HOLD DISPUTES UNIT
CITY HALL
121 N LASALLE ST, STE 700
CHICAGO, IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 |
| --- | --- | --- | --- |

CITY OF CHICAGO - DEPT OF FINANCE
HANSEL IPI
P.O. BOX 95242
CHICAGO, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.61**

**Nonpriority creditor's name and mailing address**

CITY OF HOUSTON UTILITY BILL
P.O. BOX 1560
HOUSTON, TX 77251

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                        $166.28

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.62**

**Nonpriority creditor's name and mailing address**

CITY OF HOUSTON, SIGN ADMINISTRATION
HOUSTON, TX 77008

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                        $958.61

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.63**

**Nonpriority creditor's name and mailing address**

CITY OF IRVINE
1 CIVIC CENTER PLZ
IRVINE, CA 92606

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                        $122.76

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR
LICENSING/PERMIT

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.64**

**Nonpriority creditor's name and mailing address**

CITY OF LEWISTON TAX COLLECTION
ATTN: KENDRA GENDRON
27 PINE ST
LEWISTON, ME 04240-7200

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                        $150.81

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.22 |
|---|---|---|---|

**CITY OF LONGMONT**
350 KIMBARK ST
LONGMONT, CO 80501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE CLAIM

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.51 |
|---|---|---|---|

**CITY OF MAHTOMEDI**
600 STILLWATER RD
MAHTOMEDI, MN 55115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE CLAIM

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,383.18 |
|---|---|---|---|

**CITY OF NAPERVILLE**
400 S EAGLE ST
NAPERVILLE, IL 60540

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
UTILITY

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.69 |
|---|---|---|---|

**CITY OF NEWPORT BEACH**
P.O. BOX 1935
NEWPORT BEACH, CA 92658-0935

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE CLAIM

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 |
|------|--------|--------|--------|

**3.69** Nonpriority creditor's name and mailing address

CITY OF NEWPORT BEACH
REVENUE DIVISION
P.O. BOX 1935
NEWPORT BEACH, CA 92658-0935

As of the petition filing date, the claim is:                    $58.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
UTILITY

Last 4 digits of account number

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.70** Nonpriority creditor's name and mailing address

CITY OF NEWTON FIRE DEPT (EFP)
1164 CENTRE ST
NEWTON, MA 02459

As of the petition filing date, the claim is:                    $300.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
VENDOR

Last 4 digits of account number

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.71** Nonpriority creditor's name and mailing address

CITY OF SACO
300 MAIN ST
SACO, ME 04072

As of the petition filing date, the claim is:                    $352.14

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
TAXING AUTHORITY

Last 4 digits of account number

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.72** Nonpriority creditor's name and mailing address

CITY OF SANTA CLARITA - FINANCE DIVISION
23920 W VALENCIA BLVD, STE 295
SANTA CLARITA, CA 91355

As of the petition filing date, the claim is:                    $50.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
TRADE CLAIM

Last 4 digits of account number

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 |
|---|---|---|---|

**3.73**

Nonpriority creditor's name and mailing address

CITY OF THOUSAND OAKS
2100 THOUSAND OAKS BLVD
THOUSAND OAKS, CA 91362

As of the petition filing date, the claim is: $20.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.74**

Nonpriority creditor's name and mailing address

CITY OF WAYZATA
600 RICE ST E
WAYZATA, MN 55391

As of the petition filing date, the claim is: $65.03

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE CLAIM

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.75**

Nonpriority creditor's name and mailing address

CITY OF WEST UNIVERSITY PLACE (NP)
3800 UNIVERSITY BLVD
W UNIVERSITY PLACE, TX 77005

As of the petition filing date, the claim is: $145.91

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
UTILITY

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.76**

Nonpriority creditor's name and mailing address

CITY OF WOODBURY
8301 VALLEY CREEK RD
WOODBURY, MN 55125

As of the petition filing date, the claim is: $120.09

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE CLAIM

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,460.00 |
|---|---|---|---|

CLUTCH HOLDINGS, LLC
201 S MAPLE AVE, STE 250
AMBLER, PA 19002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,792.91 |
|---|---|---|---|

COASTAL PET PRODUCTS INC
911 LEADWAY AVE
ALLIANCE, OH 44601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.39 |
|---|---|---|---|

COLUMBIA GAS OF VA
P.O. BOX 742529
CINCINNATI, OH 45274-2529

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $904.04 |
|---|---|---|---|

COMCAST 60533
P.O. BOX 60533
CITY OF INDUSTRY, CA 91716

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,903.46 |
|---|---|---|---|

COMCAST 70219
P.O. BOX 70219
PHILADELPHIA, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $835.88 |
|---|---|---|---|

COMCAST BUSINESS 8587
P.O. BOX 8587
PHILADELPHIA, PA 19101-8587

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,209.30 |
|---|---|---|---|

COMED
P.O. BOX 6111
CAROL STREAM, IL 60197-6111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.83 |
|---|---|---|---|

COMMERCIAL PROPERTIES MANAGEMENT LLC
P.O. BOX 66749
FALMOUTH, ME 04105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,160.40 |

**3.85** | **Nonpriority creditor's name and mailing address**

COMPSYCH CORP
NBC TOWER
455 N CITYFRONT PLAZA DR, 13TH FL
CHICAGO, IL 60611

**As of the petition filing date, the claim is:**          $7,160.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address**

CONCUR SOLUTIONS
62157 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**          $904.11

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address**

CONNEXUS ENERGY
P.O. BOX 1808
MINNEAPOLIS, MN 55480-1808

**As of the petition filing date, the claim is:**          $1,246.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address**

CONSOLIDATED COMMUNICATIONS
P.O. BOX 11021
LEWISTON, ME 04243-9472

**As of the petition filing date, the claim is:**          $362.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.89** | **Nonpriority creditor's name and mailing address**

COSTAR REALTY INFORMATION, INC
P.O. BOX 7410095
CHICAGO, IL 60674

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                        $59,535.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address**

COUNTY OF LOS ANGELES
DEPT OF ANIMAL CARE & CONTROL
12440 E IMPERIAL HWY, STE 603
NORWALK, CA 90650

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                        $500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address**

COURTNEY HALE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                        $350.68

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address**

COX COMMUNICATIONS
P.O. BOX 78000, DEPT 781114
DETROIT, MI 48278-1114

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                        $48.64

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $770.38 |
|---|---|---|---|

CPS ENERGY
AKA CITY PUBLIC SRV
P.O. BOX 2678
SAN ANTONIO, TX 78289

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,112.07 |
|---|---|---|---|

CSC
P.O. BOX 7410023
CHICAGO, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,086.00 |
|---|---|---|---|

CTHRU
651 TOPEKA WAY, STE 200
CASTLE ROCK, CO 80109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12.50 |
|---|---|---|---|

CUSTOM CHANNELS
2569 PARK LN, STE 104
LAFAYETTE, CO 80026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,510.79 |
|------|------|------|------|

DAKOTA ELECTRIC ASSOCIATION
P.O. BOX 64427
SAINT PAUL, MN 55164-0427

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,056.10 |
|------|------|------|------|

DATASITE LLC
BAKER CTR
733 S MARQUETTE AVE, STE 600
MINNEAPOLIS, MN 55402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,110.32 |
|------|------|------|------|

DC TREASURER
GOVERNMENT OF THE DISTRICT OF COLUMBIA
1101 4TH ST SW
WASHINGTON, DC 20024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $228,900.00 |
|------|------|------|------|

DELOITTE & TOUCHE
P.O. BOX 844708
DALLAS, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.00 |
|---|---|---|---|

**DEPENDABLE FIRE EQUIPMENT INC**
**100 N LEBARON ST**
**WAUKEGAN, IL 60085-3027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**VENDOR**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|

**DERBY CITY HALL - KS**
**611 N MULBERRY RD**
**DERBY, KS 67037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**VENDOR**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,570.84 |
|---|---|---|---|

**DOGGIE WALK BAGS**
**P.O. BOX 228**
**BALBOA ISLAND, CA 92662**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**TRADE CLAIM**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,353.80 |
|---|---|---|---|

**DOMINION ENERGY**
**P.O. BOX 26543**
**RICHMOND, VA 23290-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**TRADE CLAIM**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $125.00
--- | --- | --- | ---

DONICA L GARCIA
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $944.88
--- | --- | --- | ---

DOUGLAS COUNTY TREASURER
100 3RD ST, APT 120
CASTLE ROCK, CO 80104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $995.00
--- | --- | --- | ---

DRYER VENT WIZARD CARL HEIN
DBA DRYER VENT WIZARD
WIDGET & BREAD, INC
26 POPLAR RD
WESTFORD, MA 01886-1640

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $14,207.50
--- | --- | --- | ---

DWC
THE 401K EXPERTS
P.O. BOX 241267
SAINT PAUL, MN 55124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $691.18 |
|---|---|---|---|

**EASTERN PROPANE & OIL**
P.O. BOX 8900
LEWISTON, ME 04243-8900

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.50 |
|---|---|---|---|

**ELK RIVER MUNICIPAL UTILITIES**
13069 ORONO PKWY
ELK RIVER, MN 55330

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $968.18 |
|---|---|---|---|

**ENTERGY**
P.O. BOX 8104
BATON ROUGE, LA 70891

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UTILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,242.62 |
|---|---|---|---|

**EVERSOURCE 56007**
P.O. BOX 56007
BOSTON, MA 02205-6007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $14,504.42 |
|---|---|---|---|---|

FEDEX 94515
P.O. BOX 94515
PALATINE, IL 60094

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $6,052.91 |
|---|---|---|---|---|

FIDOBIOTICS
P.O. BOX 150108
OGDEN, UT 84415

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $176.34 |
|---|---|---|---|---|

FIRST COLONY MUNICIPAL UTILITY
DISTRICT 10
11111 KATY FWY, APT 725
HOUSTON, TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $37.89 |
|---|---|---|---|---|

FISH WINDOW CLEANING (261)
FISH WINDOW CLEANING
P.O. BOX 261
HOPEDALE, MA 01747

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address**

FLOYD TOTAL SECURITY
9036 GRAND AVE S
BLOOMINGTON, MN 55420

**As of the petition filing date, the claim is:** $170.56

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address**

FLUFF & TUFF
3750 PEABODY DR
BLOOMFIELD HILLS, MI 48301

**As of the petition filing date, the claim is:** $25,711.04

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address**

FORT BEND COUNTY
ATTN: CARMEN P TURNER MPA, TAX ASSESSOR
1317 EUGENE HEIMANN CIR
RICHMOND, TX 77469

**As of the petition filing date, the claim is:** $1,272.86

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address**

FORT BEND COUNTY TAX OFFICE
ATTN: CARMEN P TURNER MPA
1317 EUGENE HEIMANN CIR
RICHMOND, TX 77469

**As of the petition filing date, the claim is:** $3,783.65

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| | | |
|---|---|---|
| **3.121** | **Nonpriority creditor's name and mailing address** | $279.23 |

FORT BEND MUNICIPAL UTILITY DISTRICT 128
12841 CAPRICORN ST
STAFFORD, TX 77477

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| | | |
|---|---|---|
| **3.122** | **Nonpriority creditor's name and mailing address** | $2,410.08 |

FROM THE FIELD LLC
16909 RIVENDALE LN SE
RAINIER, WA 98576

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| | | |
|---|---|---|
| **3.123** | **Nonpriority creditor's name and mailing address** | $1,521.39 |

FRONT PORCH PETS, INC
N4935 STATE RD 22
WILD ROSE, WI 54984

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| | | |
|---|---|---|
| **3.124** | **Nonpriority creditor's name and mailing address** | $53,033.56 |

FRONT ROW DIGITAL
7840 COMPUTER AVE
MINNEAPOLIS, MN 55435

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.67 |

**FRONTIER COMMUNICATIONS**
P.O. BOX 740407
CINCINNATI, OH 45274

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $677.00 |

**GENERAL ENVIRONMENTAL SERVICES**
930R EASTERN AVE
MALDEN, MA 02148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $149,431.69 |

**GENERAL PET SUPPLY**
P.O. BOX 245031
7711 N 81ST ST
MILWAUKEE, WI 53224-9531

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,257.99 |

**GILBERT MECHANICAL CONTRACTORS**
5251 W 74TH ST
EDINA, MN 55439

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $353.85 |
|---|---|---|---|

**GO CAT FEATHER TOYS INC**
**GO CAT FEATHER PRODUCTS**
**3248 MULLIKEN RD**
**CHARLOTTE, MI 48813**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,249.19 |
|---|---|---|---|

**GOODNESS GRACIOUS**
**3 BESSOM ST, APT 129**
**MARBLEHEAD, MA 01945**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $128,424.66 |
|---|---|---|---|

**GOOGLE LLC**
**DEPT 33654**
**P.O. BOX 39000**
**SAN FRANCISCO, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,547.99 |
|---|---|---|---|

**GRANITE TELECOMMUNICATIONS**
**P.O. BOX 983119**
**BOSTON, MA 02298**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,610.00 |
|---|---|---|---|

**GRANT THORNTON**
**33562 TREASURY CENTER**
**CHICAGO, IL 60694-3500**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

Date or dates debt was incurred    TRADE DEBTS

Last 4 digits of account number    Is the claim subject to offset?
[ ] No
[x] Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $267.74 |
|---|---|---|---|

**GUARDIAN PEST CONTROL**
**3131 HALVOR LN**
**SUPERIOR, WI 54880**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

Date or dates debt was incurred    VENDOR

Last 4 digits of account number    Is the claim subject to offset?
[ ] No
[x] Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.44 |
|---|---|---|---|

**HAGEN GROUP**
**305 FORBES BLVD**
**MANSFIELD, MA 02048**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

Date or dates debt was incurred    TRADE CLAIM

Last 4 digits of account number    Is the claim subject to offset?
[ ] No
[x] Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.16 |
|---|---|---|---|

**HANNAH M BOYER**
**ADDRESS REDACTED**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

Date or dates debt was incurred    EMPLOYEE

Last 4 digits of account number    Is the claim subject to offset?
[ ] No
[x] Yes

**3.137** Nonpriority creditor's name and mailing address

HARRIS COUNTY
ATTN: ANN HARRIS BENNETT, TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TX 77210-4576

As of the petition filing date, the claim is:                    $24,786.88

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TAXING AUTHORITY

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.138** Nonpriority creditor's name and mailing address

HILL'S PET NUTRITION
P.O. BOX 842257
DALLAS, TX 75284

As of the petition filing date, the claim is:                    $127,351.72

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE CLAIM

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.139** Nonpriority creditor's name and mailing address

HOME PARAMOUNT PEST CONTROL
P.O. BOX 727
FOREST HILL, MD 21050-0727

As of the petition filing date, the claim is:                    $40.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.140** Nonpriority creditor's name and mailing address

HOUNDSWAG, LLC
110 DELANO PARK
CAPE ELIZABETH, ME 04107

As of the petition filing date, the claim is:                    $362.98

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE CLAIM

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
|---|---|---|---|

HOWARD COUNTY - DIRECTOR OF FINANCE
OFFICE OF LAW
3450 COURT HOUSE DR
ELLICOTT CITY, MD 21043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

TAXING AUTHORITY

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $597.86 |
|---|---|---|---|

HUDSON LIGHT & POWER DEPT
P.O. BOX 844568
BOSTON, MA 02884

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

UTILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,651.52 |
|---|---|---|---|

IA CYPRESS CYFAIR LP
19500 STATE HWY 249, STE 130
HOUSTON, TX 77070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $865.00 |
|---|---|---|---|

ILLINOIS DEPT OF AGRICULTURE
BUREAU OF AGRICULTURAL PRODUCTS INSPECTION
ATTN: TARA LEININGER
STATE FAIRGROUNDS
P.O. BOX 19281
SPRINGFIELD, IL 62794

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $927.28 |
|---|---|---|---|

IN CLOVER
P.O. BOX 11256
BOULDER, CO 80301-299

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,000.00 |
|---|---|---|---|

INDEED INC
MAIL CODE 5160
P.O. BOX 660367
DALLAS, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31,712.05 |
|---|---|---|---|

INNOVATIVE OFFICE SOLUTIONS
P.O. BOX 1414
LOCKBOX 131434
MINNEAPOLIS, MN 55480

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,692.81 |
|---|---|---|---|

INSIGHT DIRECT USA, INC
2701 E INSIGHT WAY
CHANDLER, AZ 85286

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $674.83 |

**3.149 Nonpriority creditor's name and mailing address**

INTERMOUNTAIN RURAL ELECTRIC
P.O. BOX 6437
CAROL STREAM, IL 60197-6437

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $674.83

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.150 Nonpriority creditor's name and mailing address**

IRONSCALES, INC
5901 PEACHTREE DUNWOODY RD, STE C-480
ATLANTA, GA 30328

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $27,600.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.151 Nonpriority creditor's name and mailing address**

IT SAVVY LLC
P.O. BOX 3296
GLEN ELLYN, IL 60138

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $16,643.49

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.152 Nonpriority creditor's name and mailing address**

JAMF HOLDINGS, INC & SUBSIDIARIES
100 WASHINGTON AVE S, STE 1100
MINNEAPOLIS, MN 55401

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $3,900.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.153** **Nonpriority creditor's name and mailing address**

JANA M RICHARDSON
ADDRESS REDACTED

As of the petition filing date, the claim is: $21.81

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

EMPLOYEE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.154** **Nonpriority creditor's name and mailing address**

JANICE RITTER
ADDRESS REDACTED

As of the petition filing date, the claim is: $411.61

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

EMPLOYEE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.155** **Nonpriority creditor's name and mailing address**

JEFFREY DAVID
ADDRESS ON FILE

As of the petition filing date, the claim is: $0.00

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

EMPLOYMENT AGREEMENT

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.156** **Nonpriority creditor's name and mailing address**

JMHS ATHLETIC BOOSTERS
ATTN: JENNIFER SORRELL
210 TALAHI RD SE
VIENNA, VA 22180

As of the petition filing date, the claim is: $400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $139.00 |
|---|---|---|---|

JOHN'S SEWER & DRAIN CLEANING
4 BREED AVE
WOBURN, MA 01801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $105.00 |
|---|---|---|---|

JUSTINE P WALLACE
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $453.34 |
|---|---|---|---|

K9 CORPORATION LLC
1208 QUAIL CIR
CEDAR PARK, TX 78613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $150.00 |
|---|---|---|---|

KAITLIN TAKORIAN
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $670.74 |
|---|---|---|---|

**3.161** Nonpriority creditor's name and mailing address

KANSAS GAS SERVICE
P.O. BOX 219046
KANSAS CITY, MO 64121-9046

As of the petition filing date, the claim is: $670.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.162** Nonpriority creditor's name and mailing address

KELLY WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is: $252.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.163** Nonpriority creditor's name and mailing address

KELSEY ANN LUND
ADDRESS REDACTED

As of the petition filing date, the claim is: $144.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.164** Nonpriority creditor's name and mailing address

KETER ENVIRONMENTAL SERVICES INC
P.O. BOX 417468
BOSTON, MA 02241

As of the petition filing date, the claim is: $24.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31,666.66 |

KIBO SOFTWARE, INC
717 N HARWOOD ST, 19TH FL
DALLAS, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,099.18 |

KLEINSCHMIDT, INC
P.O. BOX 7158
DEERFIELD, IL 60015-7158

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $141,756.00 |

KWI
2200 NORTHERN BLVD, STE 102
GREENVALE, NY 11548

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $127.60 |

LAKE COUNTY DEPARTMENT OF PUBLIC WORKS
650 W WINCHESTER RD
LIBERTYVILLE, IL 60048

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,601.57
--- | --- | --- | ---

LARIMER COUNTY TREASURER
P.O. BOX 2336
FORT COLLINS, CO 80522-2336

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,558.06
--- | --- | --- | ---

LARRY GADDES PCAC, CTA
904 S MAIN ST
GEORGETOWN, TX 78626

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $164.28
--- | --- | --- | ---

LAST HOPE, INC
431 3RD ST, UNIT 3
FARMINGTON, MN 55024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $428.00
--- | --- | --- | ---

LAWRENCE WASTE SERVICES
49 ALDER ST
MEDWAY, MA 02053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $638.78 |

LELD - LITTLETON ELECTRIC LIGHT DEPT
39 AYER RD
LITTLETON, MA 01460

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,281.23 |

LIBERTY UTILITIES, NH
75 REMITTANCE DR, STE 1032
CHICAGO, IL 60675-1032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,845.37 |

LOS ANGELES DEPT OF WATER & POWER
P.O. BOX 515407
LOS ANGELES, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $169.18 |

LOVEPAWS
15201 WYCLIFFE CT
ROCKVILLE, MD 20853

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Undetermined** |
|---|---|---|---|

LUTHER COCKRILL
C/O MAHONEY LAW GROUP, APC
249 E OCEAN BLVD, STE 814
LONG BEACH, CA 90802

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$32.00** |
|---|---|---|---|

LYDIA J STEWART
ADDRESS REDACTED

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,493.47** |
|---|---|---|---|

MAINE NATURAL GAS
P.O. BOX 99
BRUNSWICK, ME 04011

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,005.71** |
|---|---|---|---|

MANY PASTURES
26309 22ND ST W
ZIMMERMAN, MN 55398

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

**3.181** Nonpriority creditor's name and mailing address

MAPLEBEAR INC
DBA INSTACART
P.O. BOX 7263
SAN FRANCISCO, CA 94120

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $23,058.36

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

TRADE CLAIM

Is the claim subject to offset?

☐ No
☑ Yes

---

**3.182** Nonpriority creditor's name and mailing address

MARKET SQUARE ASSOCIATES II LLC
C/O V CLAYTON & ASSOCIATES
P.O. BOX 404
CHANHASSEN, MN 55317

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $13,701.86

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

EXECUTORY CONTRACT

Is the claim subject to offset?

☐ No
☑ Yes

---

**3.183** Nonpriority creditor's name and mailing address

MATHIAS LOCK & KEY
1123 DELAWARE ST
DENVER, CO 80204

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $595.20

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

TRADE CLAIM

Is the claim subject to offset?

☐ No
☑ Yes

---

**3.184** Nonpriority creditor's name and mailing address

MD DEPT OF AGRICULTURE
50 HARRY S TRUMAN PKWY
ANNAPOLIS, MD 21401

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $70.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

GOVERNMENTAL AUTHORITY

Is the claim subject to offset?

☐ No
☑ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$23,420.17**

MIDDLEWEST DISTRIBUTORS
1195 ATLANTIC DR
W CHICAGO, IL 60185

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$719.42**

MIDWEST MAINTENANCE & MECHANICAL INC
750 PENNSYLVANIA AVE S
MINNEAPOLIS, MN 55426

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$132.26**

MINNEAPOLIS FINANCE DEPARTMENT
ATTN: UTILITY
P.O. BOX 77028
MINNEAPOLIS, MN 55480-7728

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$329.00**

MINNEAPOLIS FINANCE DEPT
CPED-BUSINESS LICENSES
505 4TH AVE S, RM 220
MINNEAPOLIS, MN 55415

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.189** Nonpriority creditor's name and mailing address

MINNEHAHA BUILDING MAINTENANCE, INC
1200 CENTRE POINTE CURVE, STE 350
MENDOTA HEIGHTS, MN 55120

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $888.61

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE CLAIM

Is the claim subject to offset?
☐ No
☒ Yes

---

**3.190** Nonpriority creditor's name and mailing address

MINNESOTA DEPT OF COMMERCE
85 7TH PL E, STE 280
ST PAUL, MN 55101-2198

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $162.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR

Is the claim subject to offset?
☐ No
☒ Yes

---

**3.191** Nonpriority creditor's name and mailing address

MINNESOTA DEPT OF REVENUE
P.O. BOX 64651
ST PAUL, MN 55164-0439

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $235.38

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TAXING AUTHORITY

Is the claim subject to offset?
☐ No
☒ Yes

---

**3.192** Nonpriority creditor's name and mailing address

MINNESOTA ENERGY RESOURCES
P.O. BOX 3140
MILWAUKEE, WI 53201-3140

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $1,058.48

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE CLAIM

Is the claim subject to offset?
☐ No
☒ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

**3.193** | **Nonpriority creditor's name and mailing address** | | $780.34

MINNESOTA VALLEY ELECTRIC COOP
P.O. BOX 77024
MINNEAPOLIS, MN 55480-7724

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | | $6,088.26

MINUS FORTY TECHNOLOGIES CORP
30 ARMSTRONG AVE
GEORGETOWN, ON L7G 4R9
CANADA

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | | $100.00

MN DEPT OF LABOR & INDUSTRY
FINANCIAL SERVICES OFFICE
443 LAFAYETTE R
ST PAUL, MN 55155

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | | $21,393.75

MOMENTFEED, INC
3415 S SEPULVEDA BLVD, STE 1100-302
LOS ANGELES, CA 90034

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 |
|---|---|---|---|

**MONTGOMERY COUNTY MD - DEPT OF FINANCE**
**DIVISION OF TREASURY**
**255 ROCKVILLE PIKE, L-15**
**ROCKVILLE, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
**TAXING AUTHORITY**

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,282.64 |
|---|---|---|---|

**MOUNTAIN FREE LLC**
**DBA PARALLEL PATH**
**1711 15TH ST, STE B**
**BOULDER, CO 80302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
**TRADE CLAIM**

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.00 |
|---|---|---|---|

**MRI SOFTWARE LLC - TRUSTED EMPLOYEES**
**ALBIN ACQUISITION CORP**
**29596 NETWORK PL**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
**VENDOR**

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.74 |
|---|---|---|---|

**MWI ANIMAL HEALTH**
**14659 COLLECTIONS CENTER DR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
**TRADE CLAIM**

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.201** Nonpriority creditor's name and mailing address

MX DATA
118 E 28TH ST
NEW YORK, NY 10016

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

TRADE CLAIM

Is the claim subject to offset?

☐ No
☑ Yes

$6,410.00

---

**3.202** Nonpriority creditor's name and mailing address

NATIONAL GRID
ATTN: GAS
P.O. BOX 11735
NEWARK, NJ 07101

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

TRADE CLAIM

Is the claim subject to offset?

☐ No
☑ Yes

$2,353.74

---

**3.203** Nonpriority creditor's name and mailing address

NATIONAL GRID
ATTN: ELECTRIC
P.O. BOX 11737
NEWARK, NJ 07101

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

TRADE CLAIM

Is the claim subject to offset?

☐ No
☑ Yes

$2,672.75

---

**3.204** Nonpriority creditor's name and mailing address

NATURAL DOG CO
4444 S BLVD
CHARLOTTE, NC 28209

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

TRADE CLAIM

Is the claim subject to offset?

☐ No
☑ Yes

$5,292.00

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,890.27 |
|---|---|---|---|

NAVEX GLOBAL INC
P.O. BOX 60941
CHARLOTTE, NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,503.64 |
|---|---|---|---|

NEW MEDIA RETAILER
P.O. BOX 1152
NORWICH, NY 13815

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $241,448.24 |
|---|---|---|---|

NEWCO
10700 7TH ST
RANCHO CUCAMONGA, CA 91729

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,292.72 |
|---|---|---|---|

NICOR GAS
P.O. BOX 5407
CAROL STREAM, IL 60197-5407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,401.01 |
|---|---|---|---|

NINJIO LLC
880 HAMPSHIRE RD, STE B
WESTLAKE VILLAGE, CA 91361

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE CLAIM

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.80 |
|---|---|---|---|

NORTH SHORE GAS
P.O. BOX 2968
MILWAUKEE, WI 53201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE CLAIM

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.78 |
|---|---|---|---|

NORTHFIELD CITY
801 WASHINGTON ST
NORTHFIELD, MN 55057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE CLAIM

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $377.83 |
|---|---|---|---|

OFFICE DEPOT INC (88040)
P.O. BOX 88040
CHICAGO, IL 60680-1040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
VENDOR

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.213** Nonpriority creditor's name and mailing address

ONTYME SECURITY, INC
21300 W OXNARD ST, STE 240
WOODLAND HILLS, CA 91367

As of the petition filing date, the claim is:                        $4,117.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE CLAIM

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.214** Nonpriority creditor's name and mailing address

ORDERGROOVE, INC
75 3RD ST, FL 23
NEW YORK, NY 10004

As of the petition filing date, the claim is:                        $11,250.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE CLAIM

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.215** Nonpriority creditor's name and mailing address

ORKIN
1555 E 2ND ST N
WICHITA, KS 67214-4121

As of the petition filing date, the claim is:                        $86.40

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.216** Nonpriority creditor's name and mailing address

PARAGON SCHOOL OF PET GROOMING
5088 CORPORATE EXCHANGE BLVD, APT 340
GRAND RAPIDS, MI 49512

As of the petition filing date, the claim is:                        $9,911.54

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE CLAIM

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $355.89 |
|---|---|---|---|

PEDERNALES ELECTRIC COOP INC
P.O. BOX 1
JOHNSON CITY, TX 78636

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,547.14 |
|---|---|---|---|

PENFIELD CONSULTING LLC
782 SMITH AVE
BIRMINGHAM, MI 48009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,537.64 |
|---|---|---|---|

PEOPLES GAS
P.O. BOX 2968
MILWAUKEE, WI 53201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,749.06 |
|---|---|---|---|

PEPCO
P.O. BOX 13608
PHILADELPHIA, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $81.46 |
|---|---|---|---|

PER MAR SECURITY & RESEARCH CORP
P.O. BOX 1101
DAVENPORT, IA 52805

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,328,475.49 |
|---|---|---|---|

PET FOOD EXPERTS
P.O. BOX 8
PAWTUCKET, RI 02862

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29,736.00 |
|---|---|---|---|

PET NUTRITION NZ LTD
10 STATION RD
BELFAST, CHRISTCHURCH 8051
NEW ZEALAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $56,521.26 |
|---|---|---|---|

PET PALETTE
1332 LONDONTOWN BLVD, STE 230
SYKESVILLE, MD 21784

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.225 | **Nonpriority creditor's name and mailing address** | | $3,846.00 |
|---|---|---|---|

PET RETAIL DIRECT INC
1680 CARMEN DR
ELK GROVE VILLAGE, IL 60007

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | | $18,328.04 |
|---|---|---|---|

PETBARN FOUNDATION
372 EASTERN VALLEY WAY, UNIT 6
CHATSWOOD, NSW 2067
AUSTRALIA

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | | $37,094.95 |
|---|---|---|---|

PETPLATE, INC
1412 BROADWAY, 21ST FL
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | | $10,286.28 |
|---|---|---|---|

PETS GLOBAL, INC
28334 INDUSTRY DR
VALENCIA, CA 91355

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $131,461.88 |
|---|---|---|---|---|

PHILLIPS PET FOOD & SUPPLIES
AKA PHIDO
3747 HECKTOWN RD
EASTON, PA 18045

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $2,604.34 |
|---|---|---|---|---|

PINE TREE WASTE
AKA CASELLA
P.O. BOX 1372
WILLISTON, VT 05495

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $6,918.89 |
|---|---|---|---|---|

PLAZA IN THE PARK
P.O. BOX 536856
ATLANTA, GA 30353

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $1,666.00 |
|---|---|---|---|---|

POO FREE PARKS
ENVIRONMENTAL MEDIA GROUP (NEW)
P.O. BOX 6691
AVON, CO 81620

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

---

**3.233**

**Nonpriority creditor's name and mailing address**

PRAIRIESS EDGE HUMANE SOCIETY, INC
1500 CLINTON LN, STE F
NORTHFIELD, MN 55057

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $70.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.234**

**Nonpriority creditor's name and mailing address**

PREPPY PUPPY
2380 CRANBERRY HWY, UNIT 3
W WAREHAM, MA 02576

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $41,376.07

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.235**

**Nonpriority creditor's name and mailing address**

PURRNITURE INC
2242 UNIVERSITY AVE
SAINT PAUL, MN 55114

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $3,058.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.236**

**Nonpriority creditor's name and mailing address**

RADIO SYSTEMS CORP
AKA PET SAFE
10427 PETSAFE WAY
KNOXVILLE, TN 37932

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $3,180.33

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.237** Nonpriority creditor's name and mailing address

RC PET PRODUCTS
550 E KENT AVE S
VANCOUVER, BC V5X 4V6
CANADA

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                                    $3,634.91

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE CLAIM

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.238** Nonpriority creditor's name and mailing address

RELIANT
P.O. BOX 1532
HOUSTON, TX 77251

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                                    $6,048.94

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE CLAIM

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.239** Nonpriority creditor's name and mailing address

REPUBLIC SERVICES
P.O. BOX 9001154
LOUISVILLE, KY 40290-1154

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                                    $3,196.36

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE CLAIM

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.240** Nonpriority creditor's name and mailing address

RETAIL CONSTRUCTION SERVICES INC
11343 39TH ST N
LAKE ELMO, MN 55042

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                                    $5,609.62

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR

Is the claim subject to offset?
☐ No
☑ Yes

**3.241**

**Nonpriority creditor's name and mailing address**

RIVER BLUFF HUMANE SOCIETY
1213 BRICK AVE
RED WING, MN 55066

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $15.24

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.242**

**Nonpriority creditor's name and mailing address**

RIVER CITY DISPOSAL, INC
314 LUCA LN
RIVER FALLS, WI 54022

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $551.52

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.243**

**Nonpriority creditor's name and mailing address**

ROCHESTER PUBLIC UTILITIES
P.O. BOX 77074
MINNEAPOLIS, MN 55480-7774

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $620.38

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.244**

**Nonpriority creditor's name and mailing address**

ROCKET CLICKS
N56 W13365 SILVER SPRING DR
MENOMONEE FALLS, WI 53051

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $26,092.19

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 |
|---|---|---|---|

**3.245**

**Nonpriority creditor's name and mailing address**

ROCKY MOUNTAIN FELINE RESCUE
2390 S DELAWARE ST
DENVER, CO 80223

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $75.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.246**

**Nonpriority creditor's name and mailing address**

RPM, INC
AKA DRYMATE
6665 W HWY 13
SAVAGE, MN 55378

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $2,924.85

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.247**

**Nonpriority creditor's name and mailing address**

RSM US LLP
5155 PAYSPHERE CIR
CHICAGO, IL 60674

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $2,625.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.248**

**Nonpriority creditor's name and mailing address**

SAFEGUARD BUSINESS SYSTEMS
P.O. BOX 645624
CINCINNATI, OH 45264

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $217.31

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.04 |
|---|---|---|---|

SCGVII
AKA SPRING CREEK, LLC
P.O. BOX 724498
ATLANTA, GA 31139

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,000.00 |
|---|---|---|---|

SDK CPA'S
100 WASHINGTON AVE S, STE 1600
MINNEAPOLIS, MN 55401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $919.30 |
|---|---|---|---|

SEAN CONLEY
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,350.00 |
|---|---|---|---|

SEARCHSPRING
P.O. BOX 371680, STE 81663
DENVER, CO 80237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.253**

**Nonpriority creditor's name and mailing address**

SECONDHAND HOUNDS, PC
5959 BAKER RD, STE 390
MINNETONKA, MN 55345

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                      $8,358.81

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.254**

**Nonpriority creditor's name and mailing address**

SELCO (EFP)
P.O. BOX 9258
CHELSEA, MA 02150

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                      $749.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

UTILITY

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.255**

**Nonpriority creditor's name and mailing address**

SENPROCO
4401 N NORTHVIEW AVE
SIOUX FALLS, SD 57107

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                      $8,645.25

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.256**

**Nonpriority creditor's name and mailing address**

SERVICECHANNEL.COM INC
P.O. BOX 7410571
CHICAGO, IL 60674

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                      $210,100.96

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.257** | **Nonpriority creditor's name and mailing address**

SHAKOPEE PUBLIC UTILITIES
P.O. BOX 470
255 SARAZIN ST
SHAKOPEE, MN 55379-0470

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          $722.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address**

SHC DIRECT LLC
DBA INTEQ
1815 S MEYERS RD, STE 300
OAKBROOK TERRACE, IL 60181

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          $61,366.62

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address**

SHOPIFY
150 ELGIN ST, 8TH FL
OTTAWA, ON K2P 1L4
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          $880.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONTRACT/LEASE

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address**

SOCALGAS
P.O. BOX C
MONTEREY PARK, CA 91756

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          $376.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $33,121.20 |
|---|---|---|---|

SOHAM, INC
AKA ZENOTI
15395 SE 30TH PL, STE 100
BELLEVUE, WA 98007

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,993.63 |
|---|---|---|---|

SOLID GOLD PET PRODUCTS
3830 DIGHT AVE S
MINNEAPOLIS, MN 55406

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,038.82 |
|---|---|---|---|

SOUTHERN CALIFORNIA EDISON
P.O. BOX 300
ROSEVILLE, CA 91772

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $84.78 |
|---|---|---|---|

SPECTRUM BUSINESS
AKA TIME WARNER CABLE
P.O. BOX 60074
CITY OF INDUSTRY, CA 91716-0074

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,050.64 |

SPRING INDEPENDENT SCHOOL DISTRICT
P.O. BOX 19037
HOUSTON, TX 77224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,333.34 |

ST PAUL SAINTS BASEBALL CLUB INC
360 BROADWAY ST
SAINT PAUL, MN 55101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,002.69 |

STAR RANCH PLAZA/BBGB COMM
8522 BROADWAY, STE 109
SAN ANTONIO, TX 78217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXECUTORY CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,122.61 |

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
P.O. BOX 942857
SACRAMENTO, CA 94257-0511

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.269** Nonpriority creditor's name and mailing address

STEEL DOG USA LLC
10828 NORMANDALE BLVD
BLOOMINGTON, MN 55437

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $326.40

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE CLAIM

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.270** Nonpriority creditor's name and mailing address

STEVE'S REAL FOOD
2034 E FORT UNION BLVD
COTTONWOOD HEIGHTS, UT 84121

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                  $48,342.60

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
CONTRACT/LEASE

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.271** Nonpriority creditor's name and mailing address

STREET FLEET
P.O. BOX 130081
ROSEVILLE, MN 55113

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                   $8,823.76

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE CLAIM

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.272** Nonpriority creditor's name and mailing address

SUPREME PET SUPPLIES
P.O. BOX 22629
HOUSTON, TX 77227

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                 $742,455.39

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE CLAIM

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | | $329,187.55 |
|---|---|---|---|

**3.273**

**Nonpriority creditor's name and mailing address**
TALL TAILS
172 S BROADWAY
WHITE PLAINS, NY 10605

**As of the petition filing date, the claim is:**                    $329,187.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.274**

**Nonpriority creditor's name and mailing address**
TECHRIGHT SERVICES
P.O. BOX 20113
MINNEAPOLIS, MN 55420

**As of the petition filing date, the claim is:**                    $2,497.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.275**

**Nonpriority creditor's name and mailing address**
TEXAS GAS SERVICE
P.O. BOX 219913
KANSAS CITY, MO 64121-9913

**As of the petition filing date, the claim is:**                    $163.57

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.276**

**Nonpriority creditor's name and mailing address**
THE BUG CO
15941 TIPPECANOE ST
HAM LAKE, MN 55304

**As of the petition filing date, the claim is:**                    $3,183.59

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,558.70 |
|---|---|---|---|

THE CITY OF BOSTON
1 CITY HALL SQ, STE 500
BOSTON, MA 02201-2013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,679.60 |
|---|---|---|---|

THE HIGH HOPES
AKA GOOD SQUARED
7301 N LINCOLN AVE, STE 215
LINCOLNWOOD, IL 60712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 |
|---|---|---|---|

THE IRVINE CO LLC, IRVINE
P.O. BOX 846035
LOS ANGELES, CA 90084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $186,727.09 |
|---|---|---|---|

THE NATURAL DOG CO
5836 WRIGHT DR
LOVELAND, CO 80538

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.281** Nonpriority creditor's name and mailing address

THE VIENNA SHOPPING CENTER LP
P.O. BOX 456
EMERSON, NJ 07630

As of the petition filing date, the claim is: $2.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.282** Nonpriority creditor's name and mailing address

TIMBERLINE FISHERIES
201 E TIMBERLINE DR
MARION, IL 62959

As of the petition filing date, the claim is: $57.03

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.283** Nonpriority creditor's name and mailing address

TIME WARNER CABLE
60 COLUMBUS CIR
NEW YORK, NY 10023

As of the petition filing date, the claim is: $236.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
VENDOR

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.284** Nonpriority creditor's name and mailing address

TOG
P.O. BOX 1240
ATTLEBORO, MA 02703

As of the petition filing date, the claim is: $3,516.12

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

**3.285** **Nonpriority creditor's name and mailing address**

TOWN OF BEDFORD - COLLECTOR'S OFFICE
10 MUDGE WAY
BEDFORD, MA 01730

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                           $42.86

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.286** **Nonpriority creditor's name and mailing address**

TOWN OF ERIE
FINANCE DEPT
P.O. BOX 750
ERIE, CO 80516-0750

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                           $44.43

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.287** **Nonpriority creditor's name and mailing address**

TOWN OF STONEHAM
35 CENTRAL ST
STONEHAM, MA 02180

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                           $300.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.288** **Nonpriority creditor's name and mailing address**

TOWN OF WELLESLEY
525 WASHINGTON ST
WELLESLEY, MA 02482

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                           $1,969.37

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

TRAVIS COUNTY TAX OFFICE
P.O. BOX 149328
AUSTIN, TX 78714-9328

**As of the petition filing date, the claim is:** $2,768.21

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

TRICIA NICHOLS
ADDRESS ON FILE

**As of the petition filing date, the claim is:** $0.00

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYMENT AGREEMENT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

TUFFY'S PET FOODS, INC
145 1ST AVE N
PERHAM, MN 56573

**As of the petition filing date, the claim is:** $57,247.34

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

TWIN CITIES PET RESCUE
P.O. BOX 28245
ST PAUL, MN 55128

**As of the petition filing date, the claim is:** $36.89

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $164,008.47 |
|---|---|---|---|

**UBER TECHNOLOGIES, INC**
**1455 MARKET ST, 4TH FL**
**SAN FRANCISCO, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,949.63 |
|---|---|---|---|

**ULINE**
**P.O. BOX 88741**
**CHICAGO, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.60 |
|---|---|---|---|

**UNBREAKABULL PIT BULL RESCUE**
**6731 ALDRICH AVE N**
**BROOKLYN CENTER, MN 55430**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $408.95 |
|---|---|---|---|

**UNIQUE MARKETING OF CO**
**5752 LAMAR ST**
**ARVADA, CO 80002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $867.98 |
|---|---|---|---|

UNITED POWER
P.O. BOX 173703
DENVER, CO 80217-3703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UTILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $658.29 |
|---|---|---|---|

UNITEDHEALTHCARE INSURANCE CO
9900 BREN RD E
MINNETONKA, MN 55343

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,183.23 |
|---|---|---|---|

UNITIL
P.O. BOX 981010
BOSTON, MA 02298

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $91,663.00 |
|---|---|---|---|

UNIVERSITY OF DENVER
2199 S UNIVERSITY BLVD
DENVER, CO 80210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $73.97 |
|---|---|---|---|

VA DEPT OF AGRICULTURE & CONSUMER SERVICES
P.O. BOX 526
RICHMOND, VA 23218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

GOVERNMENTAL AUTHORITY

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,131.25 |
|---|---|---|---|

VEE ENTERPRISES
1066 S OGDEN DR
LOS ANGELES, CA 90019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $209.98 |
|---|---|---|---|

VERIZON AUTO PAY
P.O. BOX 12045
TRENTON, NJ 08650-2045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $166.95 |
|---|---|---|---|

VERIZON COMMUNICATIONS - 16801
P.O. BOX 16801
NEWARK, NJ 07101-6801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

UTILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.41 |
|---|---|---|---|

VERIZON COMMUNICATIONS 15124
P.O. BOX 15124
ALBANY, NY 12212-5124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,335.00 |
|---|---|---|---|

VIKING AUTOMATIC SPRINKLER
301 YORK AVE
ST PAUL, MN 55130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.33 |
|---|---|---|---|

VILLAGE OF GLEN ELLYN
535 DUANE ST
GLEN ELLYN, IL 60137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 |
|---|---|---|---|

VILLAGE OF ORLAND PARK
14700 RAVINIA AVE
ORLAND PARK, IL 60462

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 |
|---|---|---|---|

WAGS & WHISKERS
315 4TH ST
FARMINGTON, MN 55024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,181.51 |
|---|---|---|---|

WASHINGTON GAS
P.O. BOX 37747
PHILADELPHIA, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.75 |
|---|---|---|---|

WASTE MANAGEMENT
P.O. BOX 13648
PHILADELPHIA, PA 19101-3648

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,774.91 |
|---|---|---|---|

WESTAR ENERGY
AKA EVERGY
P.O. BOX 419353
KANSAS CITY, MO 64141-6353

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.313** Nonpriority creditor's name and mailing address

WESTLEY ROBINSON
C/O MAHONEY LAW GROUP, APC
249 E OCEAN BLVD, STE 814
LONG BEACH, CA 90802

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:      Undetermined

[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:

PENDING LITIGATION

Is the claim subject to offset?
[ ] No
[x] Yes

---

**3.314** Nonpriority creditor's name and mailing address

WILD MEADOW FARMS LLC
1080 ENTERPRISE CT, STE C
NOKOMIS, FL 34275

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:      $8,538.41

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

TRADE CLAIM

Is the claim subject to offset?
[ ] No
[x] Yes

---

**3.315** Nonpriority creditor's name and mailing address

XCEL ENERGY
P.O. BOX 9477
MINNEAPOLIS, MN 55484

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:      $59,432.26

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

TRADE CLAIM

Is the claim subject to offset?
[ ] No
[x] Yes

---

**3.316** Nonpriority creditor's name and mailing address

XSELL TECHNOLOGIES, INC
170 N SANGAMON ST, STE 2
CHICAGO, IL 60607

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:      $39,000.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

TRADE CLAIM

Is the claim subject to offset?
[ ] No
[x] Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | | | $272.71 |

YETI CORP
12414 HWY 99, STE 10
EVERETT, WA 98204

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | | | $150,146.53 |

ZEIGLER'S DISTRIBUTION, INC
27 LEBANON VALLEY PKWY
LEBANON, PA 17042

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | | | $69.23 |

ZOOM VIDEO COMMUNICATIONS, INC
55 ALMADEN BLVD, 6TH FL
SAN JOSE, CA 95113

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

Debtor Name   **Independent Pet Partners Holdings, LLC**            Case number (if known): **23-10153**

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

Debtor Name   **Independent Pet Partners Holdings, LLC**          Case number (if known): **23-10153**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                          $0.00

**5b. Total claims from Part 2**                                   $8,308,883.49

**5c. Total claims of Parts 1 and 2**
  Lines 5a + 5b = 5c                                             $8,308,883.49

| Debtor Name | **Independent Pet Partners Holdings, LLC** |
|---|---|
| **United States Bankruptcy Court for the District of Delaware** | |
| Case number (if known): | **23-10153** |

☐ Check if this is an amended filing

<u>Official Form 206G</u>

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | IT IMPLEMENTATION AND SERVICES PROVIDER | ACCELERIZE 360, INC<br>750 N ST PAUL ST, STE 1525<br>DALLAS, TX 75201 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | SECURITY SYSTEM SERVICES | ADT COMMERCIAL LLC<br>P.O. BOX 872987<br>KANSAS CITY, MO 64187 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | ADMINISTRATION OF RETIREMENT AND EMPLOYEE BENEFITS PLANS | ALERUS FINANCIAL, INC<br>401 DEMERS AVE<br>GRAND FORKS, ND 58201 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | ADMINISTRATION OF RETIREMENT AND EMPLOYEE BENEFITS PLANS | ALERUS RETIREMENT & BENEFITS SERVICES<br>P.O. BOX 64535<br>ST PAUL, MN 55164-0535 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | IT IMPLEMENTATION AND SERVICES PROVIDER | APISERO, INC<br>1351 N ALMA SCHOOL RD, STE 150<br>CHANDLER, AZ 85224 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Independent Pet Partners Holdings, LLC** | Case number (if known): **23-10153** |

---

## ▮ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT AGREEMENT** | **BRADLEY KRISER**<br>**ADDRESS ON FILE** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **STRATEGIC PARTNERSHIP PROPOSAL 69390.26** | **BUXTON**<br>**2651 S POLARIS DR**<br>**FT WORTH, TX 76137** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | **POS IT SERVICES** | **CARDCONNECT**<br>**1000 CONTINENTAL DR, STE 300**<br>**KING ON PRUSSIA, PA 19046** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | **DIGITAL MARKETING** | **CARDLYTICS, INC**<br>**DEPT 3247**<br>**75 REMITTANCE DR**<br>**CHICAGO, IL 60675** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | **GIFT CARD PROVIDER** | **CLUTCH HOLDINGS, LLC**<br>**201 S MAPLE AVE, STE 250**<br>**AMBLER, PA 19002** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | **PRODUCT DELIVERY** | **DOORDASH, INC**<br>**303 2ND ST, STE 800, S TOWER**<br>**SAN FRANCISCO, CA 94107** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | Independent Pet Partners Holdings, LLC | Case number (if known): **23-10153** |
|---|---|---|

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | **WEBSITE DEVELOPMENT** | **FRONT ROW DIGITAL**<br>**7840 COMPUTER AVE**<br>**MINNEAPOLIS, MN 55435** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | **IT HARDWARE** | **GRANITE TELECOMMUNICATIONS**<br>**P.O. BOX 983119**<br>**BOSTON, MA 02298** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | **COUPON PROCESSING** | **INMAR CLEARING, INC**<br>**635 VINE ST**<br>**WINSTON-SALEM, NC 27101** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | **IT HARDWARE AND SOFTWARE PROVIDER** | **INSIGHT DIRECT USA, INC**<br>**2701 E INSIGHT WAY**<br>**CHANDLER, AZ 85286** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | **MOBILE DEVICE MANAGEMENT** | **JAMF HOLDINGS, INC & SUBSIDIARIES**<br>**100 WASHINGTON AVE S, STE 1100**<br>**MINNEAPOLIS, MN 55401** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | **ORDER MANAGEMENT SOFTWARE** | **KIBO SOFTWARE, INC**<br>**717 N HARWOOD ST, STE 1900**<br>**DALLAS, TX 75201** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Independent Pet Partners Holdings, LLC** | Case number (if known): **23-10153** |
| --- | --- | --- |

■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | SALE AGREEMENT | KLEINSCHMIDT, INC<br>450 LAKE COOK RD<br>DEERFIEK, IL 60015-4973 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | POS IT SERVICES | KWI<br>2200 NORTHERN BLVD, STE 102<br>GREENVALE, NY 11548 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | IT SOLUTIONS | LOFFLER<br>BIN 131511<br>P.O. BOX 1511<br>MINNEAPOLIS, MN 55480-1511 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | IT SERVICE PROVIDER | MULESOFT<br>50 FREMONT ST, STE 300<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | STORE AUDIO PROVIDER | MUZAK LLC<br>AKA MOOD MEDIA<br>P.O. BOX 71070<br>CHARLOTTE, NC 28272-1070 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | SALE AGREEMENT | NINJIO AWARE ENTERPRISE<br>2820 TOWNSGATE RD, STE 101<br>WESTLAKE VILLAGE, CA 91361 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Independent Pet Partners Holdings, LLC** | Case number (if known): **23-10153** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INVENTORY PROVIDER | PETPLATE, INC<br>1412 BROADWAY, 21ST FL<br>NEW YORK, NY 10018 |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MARKETING PARTNERSHIP | ROCKET CLICKS<br>N56 W13365 SILVER SPRING DR<br>MENOMONEE FALLS, WI 53051 |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | IT SERVICE PROVIDER | SALESFORCE, INC<br>415 MISSION ST, 3RD FL<br>SAN FRANCISCO, CA 94105 |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MARKETING PARTNERSHIP | SECONDHAND HOUNDS, PC<br>5959 BAKER RD, STE 390<br>MINNETONKA, MN 55345 |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STORE REPAIR AND MAINTENANCE PARTNER | SERVICECHANNEL.COM INC<br>P.O. BOX 7410571<br>CHICAGO, IL 60674 |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | IT HARDWARE AND SOFTWARE PROVIDER | SOHAM, INC<br>15395 SE 30TH PL, STE 100<br>BELLEVUE, WA 98007 |

| Debtor Name | **Independent Pet Partners Holdings, LLC** | Case number (if known): **23-10153** |
|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.30** | State what the contract or lease is for and the nature of the debtor's interest | IT IMPLEMENTATION AND SERVICES PROVIDER | STONERIDGE SOFTWARE LLC<br>C/O BURNS & HANSEN, PA<br>8401 WAYZATA BLVD, STE 300<br>MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.31** | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT | TDBBS (BARKWORTHIES)<br>5701 EASTPORT BLVD<br>RICHMOND, VA 23231 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.32** | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | TRICIA NICHOLS<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.33** | State what the contract or lease is for and the nature of the debtor's interest | GIFT SUPPORT PLEDGE<br>91663 | UNIVERSITY OF DENVER<br>2199 S UNIVERSITY BLVD<br>DENVER, CO 80210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest | DIGITAL MARKETING | YOTPO<br>233 SPRING ST<br>NEW YORK, NY 10003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Independent Pet Partners Holdings, LLC** |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **23-10153** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**    Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

**Column 1: Codebtor**

**Column 2: Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply |
|---|---|---|---|---|
| 2.1 | ESPECIALLY FOR PETS, LLC | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Acquiom Agency Services, as Agent | ☒ D ☐ E/F ☐ G |
| 2.2 | ESPECIALLY FOR PETS, LLC | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Acquiom Agency Services, as Agent | ☒ D ☐ E/F ☐ G |
| 2.3 | ESPECIALLY FOR PETS, LLC | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Wilmington Trust, NA, as Agent | ☒ D ☐ E/F ☐ G |
| 2.4 | INDEPENDENT PET PARTNERS EMPLOYER HOLDINGS, | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Acquiom Agency Services, as Agent | ☒ D ☐ E/F ☐ G |
| 2.5 | INDEPENDENT PET PARTNERS EMPLOYER HOLDINGS, | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Acquiom Agency Services, as Agent | ☒ D ☐ E/F ☐ G |

| Debtor Name | **Independent Pet Partners Holdings, LLC** | | Case number (if known): **23-10153** |
|---|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply |
| 2.6 INDEPENDENT PET PARTNERS EMPLOYER HOLDINGS, | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Wilmington Trust, NA, as Agent | ☑ D ☐ E/F ☐ G |
| 2.7 INDEPENDENT PET PARTNERS EMPLOYER, LLC | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Acquiom Agency Services, as Agent | ☑ D ☐ E/F ☐ G |
| 2.8 INDEPENDENT PET PARTNERS EMPLOYER, LLC | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Acquiom Agency Services, as Agent | ☑ D ☐ E/F ☐ G |
| 2.9 INDEPENDENT PET PARTNERS EMPLOYER, LLC | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Wilmington Trust, NA, as Agent | ☑ D ☐ E/F ☐ G |
| 2.10 INDEPENDENT PET PARTNERS INTERMEDIATE HOLD I | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Acquiom Agency Services, as Agent | ☑ D ☐ E/F ☐ G |
| 2.11 INDEPENDENT PET PARTNERS INTERMEDIATE HOLD I | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Acquiom Agency Services, as Agent | ☑ D ☐ E/F ☐ G |
| 2.12 INDEPENDENT PET PARTNERS INTERMEDIATE HOLD I | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Wilmington Trust, NA, as Agent | ☑ D ☐ E/F ☐ G |
| 2.13 INDEPENDENT PET PARTNERS INTERMEDIATE HOLD II | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Acquiom Agency Services, as Agent | ☑ D ☐ E/F ☐ G |

Debtor Name      **Independent Pet Partners Holdings, LLC**                    Case number (if known): **23-10153**

| | **Additional Page(s) if Debtor has More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**Column 1: Codebtor**

**Column 2: Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply |
|---|---|---|---|---|
| 2.14 | **INDEPENDENT PET PARTNERS INTERMEDIATE HOLD II** | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Acquiom Agency Services, as Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.15 | **INDEPENDENT PET PARTNERS INTERMEDIATE HOLD II** | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Wilmington Trust, NA, as Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.16 | **INDEPENDENT PET PARTNERS INTERMEDIATE HOLDING** | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Acquiom Agency Services, as Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.17 | **INDEPENDENT PET PARTNERS INTERMEDIATE HOLDING** | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Acquiom Agency Services, as Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.18 | **INDEPENDENT PET PARTNERS INTERMEDIATE HOLDING** | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Wilmington Trust, NA, as Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.19 | **IPP - STORES, LLC** | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Acquiom Agency Services, as Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.20 | **IPP - STORES, LLC** | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Acquiom Agency Services, as Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.21 | **IPP - STORES, LLC** | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Wilmington Trust, NA, as Agent | ☑ D<br>☐ E/F<br>☐ G |

Official Form 206H                    Schedule H: Codebtors                    Page 3 of 5

| Debtor Name | **Independent Pet Partners Holdings, LLC** | | Case number (if known): **23-10153** |
|---|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply* |
| 2.22 | **IPP STORES EMPLOYER, LLC** | **8450 CITY CENTRE DR WOODBURY, MN 55125** | Acquiom Agency Services, as Agent | ☑ D ☐ E/F ☐ G |
| 2.23 | **IPP STORES EMPLOYER, LLC** | **8450 CITY CENTRE DR WOODBURY, MN 55125** | Acquiom Agency Services, as Agent | ☑ D ☐ E/F ☐ G |
| 2.24 | **IPP STORES EMPLOYER, LLC** | **8450 CITY CENTRE DR WOODBURY, MN 55125** | Wilmington Trust, NA, as Agent | ☑ D ☐ E/F ☐ G |
| 2.25 | **NATURAL PAWZ, LLC** | **8450 CITY CENTRE DR WOODBURY, MN 55125** | Acquiom Agency Services, as Agent | ☑ D ☐ E/F ☐ G |
| 2.26 | **NATURAL PAWZ, LLC** | **8450 CITY CENTRE DR WOODBURY, MN 55125** | Acquiom Agency Services, as Agent | ☑ D ☐ E/F ☐ G |
| 2.27 | **NATURAL PAWZ, LLC** | **8450 CITY CENTRE DR WOODBURY, MN 55125** | Wilmington Trust, NA, as Agent | ☑ D ☐ E/F ☐ G |
| 2.28 | **PET LIFE, LLC** | **8450 CITY CENTRE DR WOODBURY, MN 55125** | Acquiom Agency Services, as Agent | ☑ D ☐ E/F ☐ G |
| 2.29 | **PET LIFE, LLC** | **8450 CITY CENTRE DR WOODBURY, MN 55125** | Acquiom Agency Services, as Agent | ☑ D ☐ E/F ☐ G |

| Debtor Name | **Independent Pet Partners Holdings, LLC** | Case number (if known): **23-10153** |
|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply |
| 2.30 PET LIFE, LLC | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Wilmington Trust, NA, as Agent | ☑ D ☐ E/F ☐ G |
| 2.31 PET SOURCE, LLC | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Acquiom Agency Services, as Agent | ☑ D ☐ E/F ☐ G |
| 2.32 PET SOURCE, LLC | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Acquiom Agency Services, as Agent | ☑ D ☐ E/F ☐ G |
| 2.33 PET SOURCE, LLC | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Wilmington Trust, NA, as Agent | ☑ D ☐ E/F ☐ G |
| 2.34 WHOLE PET CENTRAL, LLC | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Acquiom Agency Services, as Agent | ☑ D ☐ E/F ☐ G |
| 2.35 WHOLE PET CENTRAL, LLC | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Acquiom Agency Services, as Agent | ☑ D ☐ E/F ☐ G |
| 2.36 WHOLE PET CENTRAL, LLC | 8450 CITY CENTRE DR WOODBURY, MN 55125 | Wilmington Trust, NA, as Agent | ☑ D ☐ E/F ☐ G |

| | |
|---|---|
| **Debtor Name** | Independent Pet Partners Holdings, LLC |
| **United States Bankruptcy Court for the  District of Delaware** | |
| **Case Number:**  23-10153 | |

<u>Official Form 202</u>

## <u>Declaration Under Penalty of Perjury for Non-Individual Debtors</u>           12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C.  152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)
- ☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)
- ☑ *Schedule H: Codebtors*                 (Official Form 206 H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*   (Official Form 204)
- ☐ *Other document that requires a declaration*

I, the Co-Chief Restructuring Officer of the Independent Pet Partners Holdings, LLC, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 170 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on:  3/3/2023                Signature _____
          MM / DD / YYYY                         /s/ Stephen Coulombe

                              Stephen Coulombe
                              _____
                              Printed Name

                              Co-Chief Restructuring Officer
                              _____
                              Title