# Exhibit 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| INDEPENDENT PET PARTNERS | ) |
| HOLDINGS, LLC, *et al.*,[1] | ) Case No. 23-10153 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) **Related Docket No:** |
| | ) |

**ORDER GRANTING APPLICATION OF NP ACQUISITION LLC FOR ALLOWANCE
AND PAYMENT OF A CHAPTER 11 ADMINISTRATIVE EXPENSE**

CAME ON for consideration the *Application for Allowance and Payment of a Chapter 11 Administrative Expense* (the "Application") filed by NP ACQUISITION LLC ("NP Acquisition") in this Court on July 31, 2023, and the Court having jurisdiction to consider the Application under 28 U.S.C. §§ 157 and 1334; and the Court having considered the Application, the evidence offered in support of the Application, and any responses or opposition to the Application; and the Court having determined that the relief requested in the Application is well-taken; and after due and proper notice having been granted to all parties entitled to notice of the Application, the Court is of the opinion that the Application should be GRANTED.[2]

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1.    The Application is GRANTED.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Independent Pet Partners Holdings, LLC (5913), Independent Pet Partners Intermediate Holdings I, LLC (4827), Independent Pet Partners Intermediate Holdings II, LLC (7550), Independent Pet Partners Employer Holdings, LLC (6785), Independent Pet Partners Employer, LLC (7531), Independent Pet Partners Intermediate Holdings, LLC (8793), IPP - Stores, LLC (6147), IPP Stores Employer, LLC (0847), Especially For Pets, LLC (6801), Pet Life, LLC (3420), Whole Pet Central, LLC (7833), Natural Pawz, LLC (5615), and Pet Source, LLC (1905). The corporate headquarters and the mailing address for the Debtors is 8450 City Centre Dr., Woodbury, MN 55125.

[2] All capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Application.

2.      NP Acquisition has an allowed administrative-expense claim under 11 U.S.C. § 503(b) in these Bankruptcy Cases in the amount of $_____ (the "Allowed Administrative Claim") for post-petition damages, expenses, and costs incurred by NP Acquisition for the period from the Petition Date through the Effective Date.

3.      The Trustee is hereby ordered and directed, on behalf of the Trust, to pay the Allowed Administrative Claim to NP Acquisition from the Trust Assets by no later than fourteen (14) calendar days following the entry of this Order. The Allowed Administrative Claim shall be treated as an Administrative Claim under the Plan and shall be paid in accordance with (and in the amount provided by) the Plan, the Confirmation Order, the Trust Agreement, the Bankruptcy Code, and the Bankruptcy Rules.