# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INDEPENDENT PET PARTNERS HOLDINGS, LLC, *et al.*,[1]<br><br>Post-Confirmation Debtors. | Chapter 11<br><br>Case No. 23-10153 (LSS)<br><br>(Jointly Administered)<br><br>Re:  D.I. 601 |

## FINAL DECREE AND ORDER CLOSING CERTAIN OF THE DEBTORS' CHAPTER 11 CASES AND MODIFYING CASE CAPTION

Upon the *Motion of the IPP Liquidating Trust for a Final Decree and Order Closing Certain of the Debtors' Chapter 11 Cases and Modifying Case Caption* (the "Motion")[2] filed by the IPP Liquidating Trust ("the Trust"), seeking an order (this "Order") under sections 105(a) and 350 of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, closing the Subsidiary Cases as of the date of entry of this Order, leaving open only the Remaining Case, and modifying the case caption to reflect that only the Remaining Case remains open; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary; and this Bankruptcy Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this Bankruptcy Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Independent Pet Partners Holdings, LLC, Independent Pet Partners Intermediate Holdings I, LLC, Independent Pet Partners Intermediate Holdings II, LLC, Independent Pet Partners Employer Holdings, LLC, Independent Pet Partners Employer, LLC, Independent Pet Partners Intermediate Holdings, LLC, IPP - Stores, LLC, IPP Stores Employer, LLC, Especially For Pets, LLC, Pet Life, LLC, Whole Pet Central, LLC, Natural Pawz, LLC, and Pet Source, LLC.  The mailing address for the Trust established pursuant to the Plan and Confirmation Order (each as defined herein) is c/o MHR Advisory Group, LLC, 6701 Bay Parkway, 3rd Floor, Brooklyn, New York 11204, Attn: Steven Balasiano.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

10978664v.1

before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Bankruptcy Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Trust and other creditors and parties in interest; and upon the record in these proceedings; and after due deliberation; and good and sufficient cause appearing therefor; it is hereby,

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Chapter 11 Cases of Independent Pet Partners Intermediate Holdings I, LLC; Independent Pet Partners Intermediate Holdings II, LLC; Independent Pet Partners Employer Holdings, LLC; Independent Pet Partners Employer, LLC; Independent Pet Partners Intermediate Holdings, LLC; IPP - Stores, LLC; IPP Stores Employer, LLC; Especially For Pets, LLC; Pet Life, LLC; Whole Pet Central, LLC; Natural Pawz, LLC; and Pet Source, LLC, shall be, and hereby are, closed pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, effective as of the date of entry of this Final Decree and Order.

3. The Clerk of the Court shall enter this Final Decree and Order individually on each of the dockets of the Subsidiary Debtor's respective chapter 11 cases and thereafter each such docket shall be marked as "Closed."

4. The Chapter 11 Case of the Remaining Debtor, Independent Pet Partners Holdings, LLC, shall remain open pending further order of this Bankruptcy Court.

5. The caption of the Chapter 11 Cases shall be modified to read as follows:

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| INDEPENDENT PET PARTNERS | ) |
| HOLDINGS, LLC,[1] | ) Case No. 23-10153 (LSS) |
| | ) |
| Post-Confirmation Debtor. | ) |
| | ) |

---

[1] The mailing address for the Trust established pursuant to the Plan and Confirmation Order (each as defined herein) is c/o MHR Advisory Group, LLC, 6701 Bay Parkway, 3rd Floor, Brooklyn, New York 11204, Attn: Steven Balasiano.

6. The Trust shall not be obligated to pay quarterly fees pursuant to 28 U.S.C. § 1930(a) with respect to the Subsidiary Cases for any period after the date of the entry of this Order.

7. The requirement under Local Rule 3022-1(c) to file a final report with respect to the Subsidiary Cases is hereby waived, and the Trust shall file such report with a motion to close the Remaining Case, which will remain open pending further order of this Bankruptcy Court.

8. Entry of this Final Decree and Order shall be without prejudice to any entity's right to seek to reopen the Subsidiary Cases for cause.

9. The Trust is empowered and authorized to take all actions necessary or appropriate to effect the relief granted in this Final Decree and Order.

10. This Final Decree and Order shall be effective and enforceable immediately upon entry hereof.

11. This Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Final Decree and Order.

**Dated: September 7th, 2023**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

10978664v.1                        3